Confidential Investigation - Supplemental to EEOC No. 11 (Page 92 of 310)

**ALBUQUERQUE PUBLIC SCHOOLS**

Scott Elder
Superintendent

**VIA USPS MAIL & EMAIL**

October 21, 2022

Daniel Le
8226 Manuel Blvd NE, Unit 430
Albuquerque, NM 87110

Dear Mr. Le:

On May 3, 2022, the Albuquerque Public Schools (APS) Office of Equal Opportunity Services (EOS) received an administrative report from the Felicia Mondragon, principal at Chaparral Elementary School. The report stated ▮▮▮▮▮▮▮ (hereinafter Complainant), a 5th grade student at Chaparral Elementary School reported that Daniel Le (hereinafter Respondent), a counselor at Chaparral Elementary School sexually harassed her when asking her, "Who do you feel comfortable with touching or seeing you naked?" On August 16, 2022, EOS received another report from Complainant that the Respondent took pictures of her on his cell phone.

Robert Caswell Investigations (RCI) was assigned to investigate this complaint with Mike Sisneros (hereinafter Sisneros) as the investigator. Sisneros interviewed four people in connection with this investigation including the Complainant and the Respondent. After a careful review of the interviews and documentation, the investigation is complete.

The investigation revealed the Complainant saw Respondent for counseling sessions after an interaction with another student. Complainant stated during a session the Respondent drew a family tree and asked her to label it with family members (mom, dad, etc.). Complainant stated when she was done the Respondent took the drawing and then asked her "Who would you feel comfortable with touching and seeing you naked?" Complainant stated she felt "something was up" with the question and remained quiet. Complainant stated Respondent then told her for him it would have to be his sister. Complainant stated she did not know what to say so she just said, "my sister, also." The respondent stated denied asking Complainant the question. However, Respondent gave examples to Sisneros of an activity he did at another agency that was similar to what Complainant described their activity was. Respondent also commented to Sisneros he wanted Complainant to "have good radar" and "wanted her to feel validated." In regards to the photographs, the investigation revealed Respondent admitted to taking photographs of Complainant on his cell phone. Respondent stated this was for a project for the Complainant to do a self-portrait; however, the project was never started. Sisneros confirmed Respondent does not

Physical Address: 6400 Uptown Blvd. NE, Suite 520W, Albuquerque, NM 871 10; Mailing Address: P.O. Box 25704, Albuquerque, NM 87125; (Phone) 505-855-9831 (Fax) 505-855-9857 (E-Mail) EOSOffice@aps.edu

**EXHIBIT C**

Corrective Action - Supplemental for LE, DANIEL T (Page 93 of 310)

have any photos of Complainant on his device. Sisneros spoke to another counselor at Chaparral ES who stated Respondent sometimes displayed a lack of judgement or appropriateness with students and she sometimes questioned his boundaries. When Sisneros asked if it was appropriate for the Respondent to ask the Complainant who she felt comfortable touching or seeing her naked the counselor responded "absolutely not."

Harassment occurs when the conduct has the intent or effect of creating an intimidating, hostile or offensive educational environment. Individuals are in violation of District policy if they engage in making demeaning or derogatory remarks or comments directly to an individual based on their protected class as defined by law and/or APS policy. Sexual harassment/bullying is a form of gender discrimination that generally is considered a misuse of power. Examples of possible sexual harassment are; unwelcome pressure for sexual activity; unwelcome, sexually motivated or inappropriate physical contact; unwelcome verbal or written words or symbols directed at an individual because of gender (whether that gender is the same as the harasser or aimed at the opposite sex); and use of authority to coerce sexual favors.

The Complainant stated she was uncomfortable with the situation and felt "something was off." Sisneros noted the Complainants statements about the incident never changed or wavered since her initial complaint. The Respondent denied asking Complainant who she felt comfortable with touching or seeing her naked, however, he did give examples of part of the activity that he used at another agency. Respondent's co-worker and fellow counselor stated she felt the Respondent showed a lack of judgement and appropriateness around students. EOS substantiates that the Respondent sexually harassed the Complainant by asking her who she felt comfortable with seeing her naked and by taking pictures of her on his device.

This concludes EOS' internal investigation. You, as the Respondent, are entitled to appeal this finding, if you so desire. An appeal needs to focus on the nature of the disagreement, the reasons underlying such disagreement and how outcomes would change by reconsideration of the determination. If you choose to appeal, an initial letter of notice of your appeal must be received by EOS in one of two ways, (1) By physical letter, postmarked within ten (10) days of your receipt of this notice, or, (2) A letter sent electronically within ten (10) days of your receipt of this notice, to EOSOffice@aps.edu. If you accept the above findings without appeal, we will consider the EOS process regarding this matter to be concluded.

This information will be forwarded to Mr. Todd Torgerson, Chief of Human Resources and Legal Support Services.

---

Physical Address: 6400 Uptown Blvd. NE, Suite 520W, Albuquerque, NM 87110; Mailing Address: P.O. Box 25704, Albuquerque, NM 87125; (Phone) 505-855-9831 (Fax) 505-855-9857 (E-Mail) EOSOffice@aps.edu

Corrective Action - Supplemental for LE, DANIEL  T (Page 94 of 310)

If you have any question, please do not hesitate to contact our office at (505) 855-9831 or EOSOffice@aps.edu.

Sincerely,

Heather Cowan
Director, EOS and Title IX
Office of Equal Opportunity Services

Physical Address: 6400 Uptown Blvd. NE, Suite 520W, Albuquerque, NM 871 10; Mailing Address: P.O. Box 25704, Albuquerque, NM 87125; (Phone) 505-855-9831 (Fax) 505-855-9857 (E-Mail) EOSOffice@aps.edu

CONFIDENTIAL                    DL-APS_000094