Corrective Action for LE, DANIEL  T (Page 41 of 310)



**ALBUQUERQUE PUBLIC SCHOOLS**

Scott Elder
SUPERINTENDENT

Todd Torgerson
CHIEF OF HUMAN RESOURCES
AND LEGAL SUPPORT

**HAND-DELIVERED**

May 3, 2022

Daniel Le
2205 Ambassador Road NE
Apt 424
Albuquerque, NM 87112

Dear Mr. Le:

You are hereby placed on administrative leave with pay for allegations of employee misconduct and pending an investigation by APS Equal Opportunity Services. Until further notice, you are not to be at your worksite or on APS property, nor are you to have contact with students, parents, or staff of the Albuquerque Public Schools.

You are expected to cooperate, participate and remain available during the duty day to the APS Human Resources Department. Additionally, per the APS Employee Handbook, under Standards of Conduct (#7) all employees are expected to cooperate in investigations. If you have any questions, please call Jennifer O'Connell, Employee Relations Specialist at 505-880-2572.

Sincerely,

*Jessica Rivera*

Jessica Rivera
Director Employee Relations and Staffing
Human Resources

cc:      Personnel file #206391

**EXHIBIT**

**D**

6400 Uptown Blvd., NE Ste. 200E    P.O. Box 25704   Albuquerque, NM 87125     todd.torgerson@aps.edu    fax 505-889-4883

CONFIDENTIAL

DL-APS_000041