Corrective Action - Supplemental for LE, DANIEL T (Page 87 of 310)


**ALBUQUERQUE PUBLIC SCHOOLS**

Scott Elder
Superintendent

**VIA U.S. MAIL & E-MAIL**

November 23, 2022

Daniel Le
8226 Menaul Blvd NE, Unit 430
Albuquerque, NM 87110
tri.le@aps.edu

Dear Mr. Le:

On May 3, 2022, the Albuquerque Public schools (APS), Office of Equal Opportunity Services (EOS) received a complaint of sexual harassment against Daniel Le, Counselor, Chaparral Elementary.

On October 21, 2022, via written letter and email, EOS sent the findings of the investigation stating the investigation found that there was sufficient evidence to determine sexual harassment had occurred. On October 31, 2022, EOS received notice from Mr. Le of his intent to appeal the decision. On November 22, 2022 the APS Appeal Panel convened to hear the appeal.

After careful review of the testimony provided by Mr. Le and his representation, the presentation made by EOS, and the materials provided by the parent of the impacted student and Mr. Le, the Appeal Panel has upheld the EOS decision.

The decision of the Appeal Panel is the final decision of the APS district in the EOS process. However, if a party is not satisfied at any time, including with the Appeal Panel's decision, the party may file a complaint with the Office of Civil Rights ("OCR") in Denver Colorado. Individuals may also file complaints with any other civil rights entities such as the New Mexico Human Rights Division.

Sincerely,

Heather Cowan
Director, EOS and Title IX

cc: Todd Torgerson, Chief of Human Resources and Legal Support Services

**EXHIBIT**
**E**