Corrective Action - Supplemental for LE, DANIEL  T (Page 86 of 310)



**ALBUQUERQUE PUBLIC SCHOOLS**

Scott Elder
SUPERINTENDENT

Todd Torgerson
CHIEF OF HUMAN RESOURCES
AND LEGAL SUPPORT

**VIA EMAIL & USPS Mail**

December 8, 2022

Daniel Le
8226 Menaul BLVD NE, Unit 430
Albuquerque, NM 87110

Dear Mr. Le:

You are scheduled for a Due Process Hearing with the APS Human Resources Department to allow you an opportunity to respond to allegations of employee misconduct.

The due process hearing has been scheduled for **Wednesday, January 11, 2023 at 10:00AM.  The hearing will be held via Zoom and an email link has been sent to you.** You have a right to bring representation of your choice to this hearing. This is a confidential matter and is not to be discuss in the office or with co-workers.

The purpose of the meeting will be for you to respond to the allegations of employee misconduct. Please be advised that disciplinary action up to a suspension without pay and/or termination of employment can occur as a result of this hearing. If you have any questions, please contact Jennifer Mackey at mackey@aps.edu or at 505-889-4823.

Sincerely,

Jessica Rivera
Director of Employee Relations and Staffing
Human Resources

cc:     Personnel file # 206391

EXHIBIT
**F**

6400  Uptown  Blvd.,  NE  Ste.  200E        P.O.  Box  25704      Albuquerque,  NM  87125
todd.torgerson@aps.edu   fax 505-889-4883

CONFIDENTIAL        DL-APS_000086