Corrective Action - Supplemental for LE, DANIEL  T (Page 42 of 310)

Scott Elder
INTERIM SUPERINTENDENT

Todd Torgerson
CHIEF OF HUMAN RESOURCES
AND LEGAL SUPPORT

To: Payroll
From: APS HR Employee Relations, Jessica Rivera

August 4, 2023

UPDATE

| Employee # | Location # | Name | Date (s) of Suspension | # of Days | Paid/ Unpaid |
|---|---|---|---|---|---|
| 206391 | Chaparral #234  **Transferred to**  Sandia HS #550 | Daniel Le | Paid Admin leave effective May 3, 2022 to July 31, 2023 |  | paid |

On paid admin leave starting 5/3/22 to 7/31/23

RETURN TO WORK:  August 1, 2023 and TRANSFERRED TO SANDIA HS

**EXHIBIT**

**G**

6400  Uptown  Blvd.,  NE  Ste.  200E         P.O.  Box  25704       Albuquerque,  NM  87125
todd.torgerson@aps.edu    fax 505-889-4883

CONFIDENTIAL                                           DL-APS_000042