**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**DANIEL LE,**

>       **Plaintiff,**

**v.**                                                         **Case No. 1:25-cv-00591 LF/JFR**

**BOARD OF EDUCATION FOR**
**ALBUQUERQUE PUBLIC SCHOOLS,**

>       **Defendant.**

**PLAINTIFF'S ANSWERS AND RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Plaintiff Daniel Le ("Plaintiff") responds as follows to Defendant's First Set of Interrogatories and Requests for Production ("Requests" or "Request"):

**GENERAL OBJECTIONS AND RESPONSES**

1.      Plaintiff asserts the following General Objections, which apply to each of the responses to the Requests. Although Plaintiff may respond specifically to certain Requests, the responses are subject to these General Objections and no response should be considered, or is, a waiver of any General Objection.

2.      Plaintiff objects to the Requests to the extent that they seek information neither relevant to the issues raised in this case nor proportional to the needs of the case.

3.      Plaintiff objects to the Requests to the extent that they are overly broad, unreasonably burdensome and oppressive, and impose an undue expense.

4.      Plaintiff objects to the Requests to the extent that they seek information protected from disclosure by the attorney-client privilege, the work-product doctrine, or any other rule of privilege or confidentiality provided by law.

**EXHIBIT**

**H**

**INTERROGATORY NO. 21:** Please identify and describe the statement(s) or disclosure(s) you made which underlie your claims under the Whistleblower Protection Act, and for each such instance please include the names of the individual(s) to whom the statement/disclosure was made, the date of the statement/disclosure was made, a description of the statement/disclosure, and a description of any documents or evidence related to or supporting each such statement/disclosure.

**ANSWER:  Plaintiff specifically objects to this Interrogatory because it is compound, overly broad, more appropriate for a deposition, and, further, Defendant is fully aware of Plaintiff's allegations as a result of the documentation provided during the EEOC process, which is also being produced in response to Defendant's Requests for Production with specific bates label references identified in the answers above.  Without waiving any objections, Plaintiff also refers Defendant to PLA000058-65, PLA000075-80, PLA000085-88, PLA000131-135, PLA000143-144, PLA000235-236, and PLA000336-347 for details that answer this Interrogatory.**