# Formal Whistleblower Report

**Daniel Le**

**Private Citizen**

**Public Employee**

**Purposely Released between 4-26-2025 and 4-27-2025**

**Respectfully Submitted in Consideration of the Public Interest**



EXHIBIT

I

0

PLA000749