13. For all reasons outlined above, a Federal Charge of Discrimination was filed against Albuquerque public schools district alleging unjustified and unlawful Employment Discipline-Discrimination-Harassment-Retaliation with respect to Race-Color-Sex-National Origin under Title VII of the Civil Rights Act.  That Charge was amended and submitted on 4-19-2024.

14. On 4-17-2024, the United States Supreme Court unanimously ruled that all plaintiffs need not show evidence of "significant material harm" in order to prevail on a Title VII Claim.

15. On 4-22-2024, Albuquerque public schools district issued my transfer to Jefferson Middle School. The legal team of Albuquerque public schools district realized the implication of the 4-17-2024 Unanimous United States Supreme Court ruling in Muldrow vs. City of St. Louis.

16. Prior to the 4-17-2024 US Supreme Court ruling, I did issue a Letter of Rebuttal and Sworn Statement for a Federal Judge on 4-8-2024 to be placed in my employment file with Albuquerque public schools.

17. In March of 2025, I realized that Albuquerque public schools had never placed my Letter of Rebuttal and Sworn Statement in my employee file. This is a violation of State Law and the Negotiated Agreement.

18. On April 7 2025, I realized that Mr. Max Bode was no longer serving as a specialist for the Office of Equal Opportunity Services. Mr. Bode's absence from the Office of Equal Opportunity Services activated an awareness within me to protect myself, loved ones, and all beloved community members from harm.

19. A Formal Whistleblower Report, issued in April 2025, provides additional details with respect to violations of Civil Liberties, Civil Rights, Employment Rights, and the Negotiated Agreement.

EXHIBIT

J

11

PLA000745