Corrective Action - Supplemental for LE, DANIEL  T (Page 95 of 310)



Scott Elder
SUPERINTENDENT

Todd Torgerson
CHIEF OF HUMAN RESOURCES
AND LEGAL SUPPORT

**HAND-DELIVERED**

January 19, 2024

Daniel Le
2205 Ambassador Road NE
Apt 424
Albuquerque, NM 87112

Dear Mr. Le:

You are hereby placed on administrative leave pending. APS reserves the right to place any employee on paid administrative leave per the terms of the APS' Employee Handbook and annual employment contract terms.   Until further notice, you are not to be at your worksite or on APS property, nor are you to have contact with students, parents, or staff of the Albuquerque Public Schools.

You are expected to cooperate, participate and remain available during the duty day to the APS Human Resources Department. Additionally, per the APS Employee Handbook, under Standards of Conduct (#7) all employees are expected to cooperate in investigations. If you have any questions, please call Jennifer Mackey, Employee Relations Specialist at 505-889-4823.

Sincerely,

Jessica Rivera
Director Employee Relations and Staffing
Human Resources

cc:      Personnel file #206391

EXHIBIT
**K**

6400 Uptown Blvd., NE Ste. 200E   P.O. Box 25704  Albuquerque, NM 87125   todd.torgerson@aps.edu   fax 505-889-4883

CONFIDENTIAL                                                    DL-APS_000095