EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | **543-2024-00142** |

| New Mexico Dept of Workforce Solutions, Human Rights Bureau | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Daniel Le | (505) 480-2096 | 1976 |

Street Address

320 Rhode Island Street NE Apartment 1

ALBUQUERQUE, NM 87108

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below*.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ALBUQUERQUE PUBLIC SCHOOLS | 501+ Employees | |

Street Address

6400 UPTOWN BLVD NE STE 210

ALBUQUERQUE, NM 87110

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest                Latest |
| Color, Race | 11/16/2023                01/19/2024 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

On August 6, 2014, I was hired as a school counselor by Francis Garcia, the principal.

On November 16, 2023, I filed a complaint with the New Mexico Attorney General regarding unprofessional behavior by my principal. The following day, November 17, 2023, I was denied access to my email.

On January 10, 2024, my ability to print was removed from the school printer.

On January 19, 2024, I received a letter placing me on paid administrative leave.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. Daniel Le**<br><br>**01/19/2024** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| *Charging Party Signature* | |

EXHIBIT

L

DL-APS_000311

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>**543-2024-00142** |
|---|---|---|
| **New Mexico Dept of Workforce Solutions, Human Rights Bureau**<br>*State or local Agency, if any* | | and EEOC |

I believe that I have been discriminated, discipline and harassed against because of my color and race (Asian), in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br> **Digitally Signed By: Mr. Daniel Le**<br><br>**01/19/2024**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

DL-APS_000312