EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | **543-2024-00142** |

| New Mexico Dept of Workforce Solutions, Human Rights Bureau | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Daniel Le | (505) 480-2096 | 1976 |

Street Address

320 Rhode Island Street NE Apartment 1

ALBUQUERQUE, NM 87108

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ALBUQUERQUE PUBLIC SCHOOLS | 501+ Employees | |

Street Address

6400 UPTOWN BLVD NE STE 210

Albuquerque, NM 87110

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest / Latest |
| Color, National Origin, Race, Sex | 11/16/2023 / 01/19/2024 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On August 6, 2014, I was hired as a school counselor by Francis Garcia, the principal.

On November 16, 2023, I filed a complaint with the New Mexico Attorney General regarding unprofessional behavior by my principal. The following day, November 17, 2023, I was denied access to my email.

On January 10, 2024, my ability to print was removed from the school printer.

On January 19, 2024, I received a letter placing me on paid administrative leave.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Mr. Daniel Le**  **04/04/2024** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |
| *Charging Party Signature* | |

**EXHIBIT**
**M**

DL-APS_000349

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>**543-2024-00142** |
|---|---|---|
| **New Mexico Dept of Workforce Solutions, Human Rights Bureau**<br>*State or local Agency, if any* | | and EEOC |

I believe that I have been discriminated, discipline and harassed against because of my color, National Origin (Japanese), sex (male) and race (Asian), in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. Daniel Le**<br><br>**04/04/2024**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

DL-APS_000350