EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>**543-2024-00142** |
|---|---|---|
| **New Mexico Dept of Workforce Solutions, Human Rights Bureau**<br>*State or local Agency, if any* | | and EEOC |

| Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*<br><br>Mr. Daniel Le | Home Phone<br><br>(505) 480-2096 | Year of Birth<br><br>1976 |
|---|---|---|
| Street Address<br><br>320 Rhode Island Street NE Apartment 1<br><br>ALBUQUERQUE, NM 87108 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name<br><br>ALBUQUERQUE PUBLIC SCHOOLS | No. Employees, Members<br><br>501+ Employees | Phone No. |
|---|---|---|
| Street Address<br><br>6400 UPTOWN BLVD NE STE 210<br><br>Albuquerque, NM 87110 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address                                    City, State and ZIP Code | | |

| DISCRIMINATION BASED ON<br><br>Color, National Origin, Race, Retaliation, Sex | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest                              Latest<br>11/16/2023                         01/19/2024 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

On August 6, 2014, I was hired as a school counselor by Francis Garcia, the principal.

On or about August 14, 2023, I was forced by Jessica Rivera (HR director) to attend mandatory performance review.

On or about November 16, 2023, I filed a complaint with the New Mexico Attorney General regarding unprofessional behavior by my principal. The following day, November 17, 2023, I was denied access to my email.

On or about January 10, 2024, my ability to print was removed from the school printer.

On or about January 19, 2024, I received a letter placing me on paid administrative leave.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br> **Digitally Signed By: Mr. Daniel Le**<br><br>**04/09/2024**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

**EXHIBIT N**

Page **1** of **3**

DL-APS_000352

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act<br>Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC<br><br>FEPA | Agency(ies) Charge No(s):<br><br>**543-2024-00142** |
|---|---|---|

**New Mexico Dept of Workforce Solutions, Human Rights Bureau**        and EEOC

*State or local Agency, if any*

I believe that I have been discriminated, retaliated, discipline and harassed against because of my color, National Origin (Japanese), sex (male) and race (Asian), in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br> **Digitally Signed By: Mr. Daniel Le**<br><br>**04/09/2024**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

DL-APS_000353