**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**DANIEL LE,**

    **Plaintiff,**

**vs.**                                                                          **Civ. No. 25-591 LF/JFR**

**BOARD OF EDUCATION FOR
ALBUQUERQUE PUBLIC SCHOOLS,**

    **Defendant.**

### NOTICE OF EXTENSIONS OF TIME

The parties, by and through counsel, provide notice under D.N.M.LR-Civ. 7.4(a) that they agree to extend the deadlines for Plaintiff to file his Response to Defendant's Motion for Summary Judgment and for Defendant to file its Reply in support of its Motion for Summary Judgment.  The parties agree as follows:

Plaintiff shall file his Response to Defendant's Motion for Summary Judgment on or before April 27, 2026.

Defendant shall file is Reply in support of its Motion for Summary Judgment on or before May 25, 2026.

DATED on this 9th day of April, 2026.

                        **COUNXEL LEGAL FIRM**

                        */s/ Andrew N. Morrow Esq.*
                        **Andrew N. Morrow, Esq. CAID #18/384**
                        2222 South Dobson Road, Suite 1104
                        Mesa, Arizona 85202
                        P: (480) 536-6122
                        E: amorrow@counxel.com
                        *Attorney for Plaintiff*

1

**Modrall, Sperling, Roehl, Harris & Sisk, P.A.**

*/s/ Tessa L. Chrisman*
**Mia K. Lardy, Esq.**
**Tessa L. Chrisman, Esq.**
**Emily J. Windsor, Esq.**
P.O. Box 2168
Albuquerque, New Mexico 87103
(505) 848-1800
mia.lardy@modrall.com
tessa.chrisman@modrall.com
emily.windsor@modrall.com
*Attorneys for Defendant*

2