| | |
|---|---|
| **From:** | Andrew Morrow <amorrow@Counxel.com> |
| **Sent:** | Thursday, March 19, 2026 9:38 AM |
| **To:** | Tessa Chrisman |
| **Cc:** | Andrew Meier; Stacey King; Mia K. Lardy; Cindee Hernandez; Emily J. Windsor; Dina R. Venn; Diane Garcia |
| **Subject:** | RE: Le v APS: Motion to Stike |

Since we have not offered any experts, we oppose any motion to strike as a frivolous and wasteful filing meant only to cause costs and expenses. The appropriate path for you is to oppose if we sought to offer any expert.

You can note our opposition.


Andrew Morrow | Partner*  | Counxel Legal Firm

a: 2222 South Dobson Rd. Suite 1104 | Mesa, AZ 85202
e: amorrow@counxel.com | w: www.counxel.com
p: (480)-536-6122 | p : (480) 372-4750 (direct)


*Licensed in Arizona, New Mexico and Utah.
Like our work?  Refer us to your customers, friends and family. We take excellent care of referrals.
For any referrals, contact us at (480) 536-6122 or intake@counxel.com.
CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

-----Original Message-----
From: Tessa Chrisman <tchrisman@modrall.com>
Sent: Thursday, March 19, 2026 8:35 AM
To: Andrew Morrow <amorrow@Counxel.com>
Cc: Andrew Meier <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>; Mia K. Lardy <mlk@modrall.com>; Cindee Hernandez <cindeeh@modrall.com>; Emily J. Windsor <emily.windsor@modrall.com>; Dina R. Venn <dinav@modrall.com>; Diane Garcia <dianeg@modrall.com>
Subject: Re: Le v APS: Motion to Stike

Andrew,

As indicated, our motion addresses the lack of sufficient information provided in the summary disclosures for the treating witness providers under Rule 26(a)(2). Requisite information was not timely provided under the scheduling order.

Please let us know your position on the Motion.

Thanks,
Tessa

Sent from my iPhone

**EXHIBIT**

**B**

> On Mar 19, 2026, at 8:48 AM, Andrew Morrow <amorrow@counxel.com> wrote:
>
> They're very clearly labelled potential and not identified as experts. Please be specific on what you will seek to strike and the grounds for doing so.
>
>
>
> Andrew Morrow | Partner*  | Counxel Legal Firm
>
> a: 2222 South Dobson Rd. Suite 1104 | Mesa, AZ 85202
> e: amorrow@counxel.com | w: www.counxel.com
> p: (480)-536-6122 | p : (480) 372-4750 (direct)
>
>
> *Licensed in Arizona, New Mexico and Utah.
> Like our work?  Refer us to your customers, friends and family. We take excellent care of referrals.
> For any referrals, contact us at (480) 536-6122 or intake@counxel.com.
> CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.
>
> -----Original Message-----
> From: Tessa Chrisman <tchrisman@modrall.com>
> Sent: Thursday, March 19, 2026 7:47 AM
> To: Andrew Morrow <amorrow@Counxel.com>
> Cc: Andrew Meier <Ameier@Counxel.com>; Stacey King
> <SKing@Counxel.com>; Mia K. Lardy <mlk@modrall.com>; Cindee Hernandez
> <cindeeh@modrall.com>; Emily J. Windsor <emily.windsor@modrall.com>;
> Dina R. Venn <dinav@modrall.com>; Diane Garcia <dianeg@modrall.com>
> Subject: Re: Le v APS: Motion to Stike
>
> Andrew,
>
> You designated a handful of treating providers within your expert disclosure. The motion is directed to the information provided for those witnesses.
>
> Thanks,
> Tessa
>
> Sent from my iPhone
>
>> On Mar 19, 2026, at 8:42 AM, Andrew Morrow <amorrow@counxel.com> wrote:
>> Good morning,
>> Considering that we did not identify an expert I'd like to know what deficiencies you're speaking of.
>> Thank you,
>> Andrew Morrow | Partner*  | Counxel Legal Firm
>> a: 2222 South Dobson Rd. Suite 1104 | Mesa, AZ 85202
>> e: amorrow@counxel.com | w: www.counxel.com
>> p: (480)-536-6122 | p : (480) 372-4750 (direct) *Licensed in Arizona,
>> New Mexico and Utah.
>> Like our work?  Refer us to your customers, friends and family. We take excellent care of referrals.

>> For any referrals, contact us at (480) 536-6122 or intake@counxel.com.
>> CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.
>> -----Original Message-----
>> From: Tessa Chrisman <tchrisman@modrall.com>
>> Sent: Thursday, March 19, 2026 7:02 AM
>> To: Andrew Morrow <amorrow@Counxel.com>; Andrew Meier
>> <Ameier@Counxel.com>; Stacey King <SKing@Counxel.com>
>> Cc: Mia K. Lardy <mlk@modrall.com>; Cindee Hernandez
>> <cindeeh@modrall.com>; Emily J. Windsor <emily.windsor@modrall.com>;
>> Dina R. Venn <dinav@modrall.com>; Diane Garcia <dianeg@modrall.com>
>> Subject: Le v APS: Motion to Stike
>> EXTERNAL EMAIL: Please do not click any links or open any attachments unless you trust the sender and are expecting this message and know the content is safe.
>> Andrew and Andrew,
>> We are planning to file a motion to strike based on deficiencies in your client's expert disclosure statement. We presume you will oppose the motion, but wanted to confirm. Please let us know your position by close of business today.
>> Thanks,
>> Tessa
>> Sent from my iPhone