**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable John F. Robbenhaar
United States Magistrate Judge**

**Clerk's Minutes**

25cv591 LF/JFR
*Le v. Board of Education for Albuquerque Public Schools*
Monday, April 6, 2026, at 1:30 p.m.

**Plaintiff's Attorney Present:**                          Andrew Morrow

**Defendant's Attorneys Present:**                       Mia Kern Lardy
                                                         Tessa Chrisman
                                                         Emily Windsor

**TYPE OF PROCEEDING:**  Telephone Pre-Settlement Status Conference
                         Total Time – Ten Minutes

**COURT'S NOTES/RULINGS:**

- The Court held a status conference in anticipation of the settlement conference scheduled for **Friday, April 10, 2026, beginning at 9:00 a.m., via ZOOM**