**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable John F. Robbenhaar**
**United States Magistrate Judge**

**Clerk's Minutes**

**CASE NAME:**    *Le v. Board of Education For Albuquerque Public Schools*

**CASE NUMBER:**    Civ. No. 25cv591 LF/JFR

A Rule 16 Settlement Conference was held on **Friday, April 10, 2026, beginning at 9:00 a.m.,** via ZOOM, before United States Magistrate Judge John F. Robbenhaar.

**Plaintiff's Attorney Present:**                Andrew Morrow

**With Client:**                Daniel Le

**Defendant's Attorneys Present:**                Tessa Chrisman
                Mia Lardy

**With Client:**                Roberta Dalton, Senior Claims Adj.

**RESULTS OF SETTLEMENT CONFERENCE:**

  Case did not settle.

**TIME SPENT IN SETTLEMENT CONFERENCE:**

  Five Hours and Fifty Minutes

**TIME SPENT IN PRE-SETTLEMENT SEPARATE CAUCUS:**

  Fifty-Two Minutes