**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DANIEL LE,

      Plaintiff,

vs.                                 Case No. 1-25-cv-00591 LF/JFR

BOARD OF EDUCATION FOR
ALBUQUERQUE PUBLIC SCHOOLS,

      Defendant.

**<u>CERTIFICATE OF SERVICE</u>**

WE HEREBY CERTIFY that on this 20th day of April, 2026, Defendant Board of Education for Albuquerque Public Schools ("APS") served its Second Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production on Plaintiff, along with a copy of this Certificate, through the following counsel of record:

Andrew N. Morrow
Andrew P. Meier
2222 S. Dobson Rd. Suite 1104
Mesa, AZ 85202
(480) 536-6122
amorrow@counxel.com
ameier@counxel.com
*Attorney for Plaintiff*

                                  Respectfully submitted,

                                  MODRALL, SPERLING, ROEHL, HARRIS
                                    & SISK, P.A.

                                  By: /s/ *Tessa L. Chrisman*
                                      Mia K. Lardy
                                      Tessa L. Chrisman
                                      *Attorneys for Defendant APS*
                                    P.O. Box 2168
                                    Albuquerque, NM 87103-2168
                                    505.848.1800/ Fax: 505.848.9710
                                    mia.lardy@modrall.com
                                    tessa.chrisman@modrall.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Counxel Legal Firm**
Andrew N. Morrow
Andrew P. Meier
2222 S. Dobson Rd. Suite 1104
Mesa, AZ 85202
(480) 536-6122
amorrow@counxel.com
ameier@counxel.com
*Attorneys for Plaintiff*


By:  _/s/ Tessa L. Chrisman_
        Tessa L. Chrisman