# Exhibit 1-2

Corrective Action for LE, DANIEL  T (Page 33 of 310)



## ALBUQUERQUE PUBLIC SCHOOLS

Scott Elder
SUPERINTENDENT

**Todd Torgerson**
CHIEF OF HUMAN RESOURCES
AND LEGAL SUPPORT

### HAND DELIVERED

August 8, 2023

Daniel Le
805 Loma Hermosa
Albuquerque, NM 87110

Re: Letter of Reprimand

Dear Mr. Le:

As you are aware, a complaint was submitted against you alleging that you engaged in sexual harassment in relation to a fifth-grade student that you were counseling at the time. A sexual harassment complaint was filed by the child's mother on May 2, 2022. You were placed on paid administrative leave at that time pending the outcome of the EOS office investigation. At the conclusion of the investigation, EOS concluded that the allegation of harassment were substantiated and sustained. You appealed that determination with the assistance of your union representative and presented your case to the appeal panel. The appeal panel upheld EOS' findings on November 23, 2022. You also attended an APS Due Process hearing on January 11, 2023, in which you and your union representative presented this matter to Human Resources Department personnel in attendance and APS' outside counsel.

During the due process hearing, you ultimately denied asking the student who she would feel comfortable with touching her and seeing her naked. However, you did admit to engaging in a similar activity to the one described by the student and admitted to taking photographs of her on your personal cell phone.

**Violations Found:**

After review of the underlying facts, your defenses and written materials, and your oral and written explanations for your conduct, APS HR has concluded that you likely did not intend your actions to be sexual in nature. However, your conduct was inappropriate for your role as a school counselor. It is evident that you have exceeded your role as an APS counselor by failing to exercise proper boundaries in relation to students, that you are not following the mandatory professional standards contained in the American School Counselor Association binder, and that you are placing APS, your colleagues, and students and students at risk. It is extremely important that you understand and comply with the boundaries associated with your role as a school counselor to avoid any appearance of impropriety and to ensure compliance with the

6400 Uptown Blvd, NE Ste. 200E    P.O. Box 25704  Albuquerque, NM 87125    todd.torgerson@aps.edu    fax 505-889-4883

CONFIDENTIAL

**EXHIBIT**
Ex. 2
LC 2/20/26

DL-APS_000033

Corrective Action for LE, DANIEL T (Page 34 of 310)

## ALBUQUERQUE PUBLIC SCHOOLS

Scott Elder
SUPERINTENDENT

Todd Torgerson
CHIEF OF HUMAN RESOURCES
AND LEGAL SUPPORT

requisite professional standards you have agreed to comply with as an APS school counselor.

**APS acknowledges you did not intend your actions to be of a sexual nature. However, due to the nature of the allegations you need to be aware of and follow these applicable policies at all times as an APS employee:**

**Staff Conduct with Students**

> Staff members will maintain appropriate professional behavior while working with students and refrain from harassment, malicious or prejudicial treatment, and/or violations of student rights.

**The APS Employee Handbook,** Standards of Conduct states in part:

> APS expects each employee to maintain the highest standards of conduct and act in a mature and responsible manner at all times. Employees must not engage in activities which violate federal, state or local laws or which, in any way, diminish the integrity, efficiency or discipline of the District.

**The APS Employee Handbook,** Staff Conduct with Students provision states:

> Staff members will maintain appropriate professional behavior while working with students and refrain from harassment, malicious or prejudicial treatment, and/or violations of student rights.

**The APS Employee Handbook identifies the below non-exhaustive list of Unacceptable Activities "that can result in disciplinary action, up to and including discharge":**

> Any act of harassment or retaliation based on disability, race, ethnicity, color, sex, sexual orientation, national origin or ancestry, religion, age, veteran status, HIV status and/or any other protected status as defined by law" is prohibited;

> Violation of any APS policy or Procedural Directive;

> Negligence or any careless action which may endanger the health, safety or well-being of the individual or another person;

> Inappropriate conduct or indecency on district property;

> Unsatisfactory or careless work, failure to meet work productivity or work quality

---

6400 Uptown Blvd., NE Ste. 200E    P.O. Box 25704 Albuquerque, NM 87125    todd.torgerson@aps.edu    fax 505-889-4883

CONFIDENTIAL

DL-APS_000034

 **ALBUQUERQUE PUBLIC SCHOOLS**

Scott Elder
Superintendent

Todd Torgerson
Chief of Human Resources
and Legal Support

standards;

Any other act or omission which impairs or restricts the ability of the District to provide a safe and healthy environment for employees and students;

Obscene or abusive language toward any supervisor, employee, parent, or student; indifference or rudeness; and

Engaging in behavior which creates discord and lack of harmony.

**Further APS Board Policy Prohibiting the Discrimination and Harassment of Students provides, in pertinent part, the following:**

Individuals or groups are in violation of district policy if they engage in the following types of behaviors (not an all-inclusive list) toward an individual on school grounds, in the workplace, at school/work-sanctioned activities or in vehicles owned/dispatched by the district.

1. making demeaning or derogatory remarks or comments directly or indirectly to an individual or group because of his/her/their disability, race, ethnicity, color, gender, sexual orientation, national origin or ancestry, religion, age, veteran status or any other protected status as defined by law.

**The PED Code of Ethical Responsibility of the Education Profession** provides in pertinent part:

C. Standard II: Duty to the profession. The education profession has been vested by the public with an awesome trust and responsibility. To live up to that lofty expectation, we must continually engender public confidence in the integrity of our profession, and must strive consistently in educating the children of New Mexico, all of whom will one-day shape the future. To satisfy this obligation, we [teachers]:

*(2) shall not discriminate or permit students within our control, supervision or responsibility to discriminate against any other student on the basis of race, color, national origin, ethnicity, sex, sexual orientation, disability, religion, or serious medical condition;*

*(3) shall avoid using our positions as licensed school employees to exploit or unduly influence a student into engaging in an illegal act, immoral act, or any other behavior*

---

6400 Uptown Blvd, NE Ste. 200E   P.O. Box 25704  Albuquerque, NM 87125    todd.torgerson@aps.edu   fax 505-889-4883

**CONFIDENTIAL**

Corrective Action for LE, DANIEL T (Page 36 of 310)

**ALBUQUERQUE PUBLIC SCHOOLS**

Scott Elder
SUPERINTENDENT

Todd Torgerson
CHIEF OF HUMAN RESOURCES
AND LEGAL SUPPORT

*that would subject a licensed school employee or student to discipline for misconduct whether or not the student actually engages in the behavior;*

*(5) shall not give a gift to any one student unless all students situated similarly receive or are offered gifts of equal value for the same reason;*

*(7) shall not have inappropriate contact with any student, whether or not on school property, which includes but is not limited to:*

*(c) any open displays of affection toward mostly-boys or mostly-girls;*

*(8) shall not interfere with a student's right to a public education by sexually harassing a student or permitting students within our control, supervision or responsibility to sexually harass any other student, which prohibited behavior includes:*

*(a) making any sexual advances, requests for sexual favors, repeated sexual references, any name calling by means of sexual references or references directed at gender-specific students, any other verbal or physical conduct of a physical nature with a student even where the licensed educator believes the student consents or the student actually initiates the activity, and any display/distribution of sexually oriented materials where students can see them*

*(9) shall avoid conduct connected with official duties that is unfair, improper, illegal or gives the appearance of being improper or illegal;*

*(12) shall not engage in inappropriate displays of affection, even with consenting adults, while on school property or during school events off campus;*

*(23) shall not engage in unprofessional conduct*

**Course of action:**

Based on the various violations cited above, you are receiving this reprimand for unprofessional conduct with a student and for violation of some of the above policies. You are to follow the policies listed above as well as the professional standards contained in the American School Counseling Association requirements. You are reminded to interact with students in a professional manner and to maintain professional boundaries in accordance with your role as a School Counselor. It is extremely important for you to understand that your interactions with students must be strictly professional, and you must proactively avoid any appearance of impropriety with students. You also must maintain professional boundaries and appropriate professional

6400 Uptown Blvd, NE Ste. 200E    P.O. Box 25704 Albuquerque, NM 87125    todd.torgerson@aps.edu    fax 505-889-4883

CONFIDENTIAL

DL-APS_000036

Corrective Action for LE, DANIEL T (Page 37 of 310)



**ALBUQUERQUE PUBLIC SCHOOLS**

Scott Elder
SUPERINTENDENT

Todd Torgerson
CHIEF OF HUMAN RESOURCES
AND LEGAL SUPPORT

relationships with students. Finally, you are required to adhere to and comply all professional standards set forth in the APS Counseling Guide and the American School Counseling Association standards.

Accordingly, the following additional requirements are being imposed to ensure the District that you comply with its requirements in your role as a school counselor:

1) You are being placed on a ninety (90) day performance improvement plan which will require you to comply with each and every requirement set forth below. Your failure to comply with one or more of the below requirements will result in your termination and/or discharge of employment with APS.

2) You are reassigned to Sandia High School as a High School Counselor and will begin your work assignment on Wednesday, August 2, 2023.

This is a confidential matter and not to be discussed with peers or any other person employed by APS.  APS will not tolerate any type of retaliation related to those reporting their concerns.

**Failure to comply with this reprimand and/or any future similar conduct will result in further disciplinary action, including discharge or termination of employment.  You are required to abide and follow the above policies listed in the APS Employee Handbook, APS Standards of Conduct, APS Counseling Guide, American School Counseling Association standards and the PED Code of Ethical Responsibility of the Education Profession.**

Sincerely,

Jessica Rivera
Director, Employee Relations and Staffing
Albuquerque Public Schools

cc: Personnel File # 206391

6400 Uptown Blvd, NE Ste. 200E    P.O. Box 25704  Albuquerque, NM 87125    todd.torgerson@aps.edu   fax 505-889-4883

CONFIDENTIAL

DL-APS_000037