# Exhibit 1-3

Corrective Action for LE, DANIEL  T (Page 38 of 310)



**ALBUQUERQUE PUBLIC SCHOOLS**

Scott Elder
SUPERINTENDENT

Todd Torgerson
CHIEF OF HUMAN RESOURCES
AND LEGAL SUPPORT

Hand Delivered

November 6, 2023

Daniel Le
8226 Menaul Blvd NE
Unit 430
Albuquerque, NM 87110

Re: Directive

As part of your Performance Improvement Plan, we have been meeting to support your work and provide feedback.  On November 6, we met with Joseph Lovato from HR and Jerry Thorn, your Union Representative.

We discussed your student who was returning to school after a suicide attempt. I stated clearly to you last week that for this situation a Follow-Up Post-Suicide Attempt Checklist needed to be done (see memo dated 10/30/23). You explained you had met with the student and that the mother was participating by phone. When asked about completing the Follow-Up Post-Suicide Attempt Checklist, you indicated that you had followed some of the steps, but that you felt, "the student being there and safe" was most important. While I agree with you that this was the most important part, it did not alleviate or replace the need to follow the protocol completely. My main concern was you did not follow the protocol entirely and an administrator was not present in the follow-up meeting. I instructed you to discuss the situation with the principal and that the two of you should decide if a more formal Follow-Up After a Suicide Attempt meeting needed to happen, along with a fully completing the checklist. When I showed you the protocol paperwork, you indicated you might not have the correct forms. (The protocol is attached to the email with this directive).

It is my expectation that you follow up with your administrator about this situation. I also expect you to understand and abide by the "Follow-Up after a Suicide Attempt Checklist and Guidance" that is part of the Student Suicide: Prevention, Intervention, and Postvension Procedural Directive.

You need to utilize our counseling website to ensure you have the current school year forms when performing your work.

During our meeting, we discovered that you have been using your personal laptop to do your work. You were instructed to stop using your personal computer immediately and you should use

6400 Uptown Blvd., NE Ste. 200E   P.O. Box 25704  Albuquerque, NM 87125   todd.torgerson@aps.edu   fax 505-8



CONFIDENTIAL

DL-APS_000038

Corrective Action for LE, DANIEL T (Page 39 of 310)

 **ALBUQUERQUE PUBLIC SCHOOLS**

Scott Elder
SUPERINTENDENT

Todd Torgerson
CHIEF OF HUMAN RESOURCES
AND LEGAL SUPPORT

your work-issued desktop until a laptop can be provided to you.

I am directing you to only use work-issued devices to conduct APS business as stated in the APS Employee Technology Acceptable Use Policy

**As an APS employee you are required to abide by the following polices that govern your employment:**

**The APS Employee Handbook,** Standards of Conduct state:

> APS employees serve as positive role models for students and set good examples in conduct, manners, dress and grooming. APS expects each employee to maintain the highest standards of conduct and act in a mature and responsible manner at all times. Employees must not engage in activities which violate federal, state or local laws or which, in any way, diminish the integrity, efficiency or discipline of the District.

**The APS Employee Handbook,** Unacceptable Activities:

1. Violation of any APS policy or Procedural Directive. 23. Obscene or abusive language toward any supervisor, employee, parent, or student; indifference or rudeness; any disorderly/antagonistic conduct on District premises.

7. Insubordination or refusing to obey instructions properly issued by your supervisor pertaining to your work; refusal to help out on a special assignment or refusing to cooperate in investigations.

**Employee Technology Acceptable Use**

The use of district technology resources is a privilege granted to employees for the enhancement of job-related functions. All employees shall use their APS assigned email accounts to conduct all school/district business. Employees may have limited access to these resources for personal use, if they comply with the professional standards and the district's acceptable use policies. Violations of this policy may result in the revocation of this privilege. Employees may also face disciplinary action up to and including termination/discharge, civil litigation, and/or criminal prosecution for misuse of these resources.

Failure to comply with this directive or any future similar conduct may result in further disciplinary action up to and including discharge or a non-renew of contract of employment.

6400 Uptown Blvd., NE Ste. 200E    P.O. Box 25704   Albuquerque, NM 87125    todd.torgerson@aps.edu    fax 505-889-4883

CONFIDENTIAL

DL-APS_000039

Corrective Action for LE, DANIEL  T (Page 40 of 310)



**ALBUQUERQUE PUBLIC SCHOOLS**

Scott Elder
SUPERINTENDENT

Todd Torgerson
CHIEF OF HUMAN RESOURCES
AND LEGAL SUPPORT

Additionally, this memo is a confidential matter and should not be discussed with other staff or community members.

APS will not tolerate any retaliation to those reporting concerns.

Sincerely,

*Jessica Rivera*

Jessica Rivera
Director, Employee Relations & Staffing
Human Resources Department

cc:  Employee File #206391

6400 Uptown Blvd., NE Ste. 200E    P.O. Box 25704  Albuquerque, NM 87125    todd.torgerson@aps.edu    fax 505-889-4883

CONFIDENTIAL

DL-APS_000040