# Exhibit 1-5

Corrective Action - Supplemental for LE, DANIEL  T (Page 43 of 310)

## A Redacted Report in Response to Allegations of Sexual Harassment

Attn: Albuquerque Public Schools, Office of Equal Opportunity Services

Re: Report in Response to Allegation of Sexual Harassment

Complainant: Ms. D. Herrera, former student at Chaparral Elementary

Respondent: Mr. Daniel Lê, former school counselor at Chaparral Elementary

Mr. Daniel Lê

8226 Menaul Blvd. NE

#430

Albuquerque, NM 87110

505-480-2096

TABLE OF CONTENTS

I. Summary of events

II. Purposes of Respondent's Redacted Report

III. Protecting Confidentiality

IV. Ethical Dilemma and Limits to Confidentiality

V. Racism and Systemic Prejudice: A Desire to Reduce Harm

VI. Contents for Review of Board

VII. Linear Timeline that Provides Context for Interventions

VIII. Relevant Disclosures of the Complainant

IX. Purpose of Interventions with Respect to Disclosures

X. Differences in Professional Opinion re: Administrative Report

XI. Relevant Contents of Communication with Complainant's Primary Caregiver

XII. A Circle of Love and its operation within the ecosystem of Chaparral Elementary School from 2016-2022

XIII. Linear Record of Unmerited Claims in 2022 that were Advanced Adamantly

XIV. Synopsis

XV. Concluding Thoughts

CONFIDENTIAL

EXHIBIT

Ex. 5

Le 2/20/24

DL-APS_000043

Corrective Action - Supplemental for LE, DANIEL  T (Page 44 of 310)

# I.    SUMMARY OF EVENTS

**I took conscious effort to write this as objectively and clinically as I could, referring to myself as the Respondent and the student as the Complainant.**

This process has been long, stressful and hard on me personally and my family.  The Respondent invites the reader to consider the harm that has been caused (with conscious or unconscious intent) to the Respondent, to his family, to his life's work, and subsequently, to all persons, with visibly Asian ancestry, who have made been made to feel responsible for global anxiety.

On May 3, 2020 the federal government declared that a community of 1.4 billion persons[1] is responsible for a global pandemic.
On May 3, 2021, the Respondent received an email stating that a student is seeking counseling for anxiety.
On May 3, 2022, the Respondent receives a letter alleging sexual harassment.

The shock of this allegation results in a 1-minute loss of consciousness.  Upon awaking, Respondent hears water sprinklers for approximately 2 to 3 minutes.  The two APS Administrators who hand-deliver a letter of the allegation witness the loss of consciousness.  Both Administrators confirmed that there are no water sprinklers are going off within the building.  The Administrators invited the school Nurse inside the counseling office in order to confirm the fact that all 3 of them could not hear water sprinklers going off inside the building.

---

[1] When COVID-19 emerges as a global pandemic, several videotaped incidents showcasing violence against persons of visibly Asian ancestry (females and elderly persons in particular) are already in circulation. A woman has been pushed to her death on a train track; physical assaults, verbal assaults, and emotional harassment become normative behaviors in public spaces. The May 3, 2020 federal declaration fuels a collective consciousness of Racism and division.

                DL-APS_000044

Corrective Action - Supplemental for LE, DANIEL  T (Page 45 of 310)

- The May 3, 2022 loss of consciousness resulted in an immediate escort to the hospital emergency room. (medical records to be included in full report)
- The May 3, 2022 loss of consciousness ultimately results in a temporary loss of driving privileges. (email communications to be included in full report)
- Despite the painful nature of this allegation, Respondent continues to wish good, for every person, involved in this matter.  A report from the Respondent, nonetheless, is necessary in order to bring vital context and perspective to the situation.

CONFIDENTIAL

DL-APS_000045

Corrective Action - Supplemental for LE, DANIEL  T (Page 46 of 310)

# I.    PURPOSES OF RESPONDENT'S REDACTED REPORT

This redacted report affirms that the Respondent is fully committed to the following statement: **Mr. Daniel Lê has never harbored a desire to sexually harass any student, at any time, during his role as a school counselor and minister, ever.** This statement extends to the Complainant named in the report.  This statement definitively extends to every single student who has been enrolled at a private or public institution in any place on the globe, and in the entire State of New Mexico, since the Respondent's arrival into the State of New Mexico in April of 2014.

This report illustrates the interventions that took place between the Complainant and the Respondent, based off of the Complainant's disclosures.  The Complainant disclosed a dream that directly conflicted with the expressed wish of the Complainant's Primary Caregiver, creating a situation where the Respondent strove to protect student confidentiality.  After learning that the Respondent became the target of an investigation by Robert Casewell Investigations on June 9, 2022, the Respondent did not reveal disclosures of the Complainant to Robert Casewell Investigations.

DL-APS_000046

Corrective Action - Supplemental for LE, DANIEL  T (Page 47 of 310)

## II.   PROTECTION OF CONFIDENTIALITY

Respondent did not learn the identity of the Complainant who filed the allegation until June 9, 2022.  During the phone interview with Mr. Mike Sisneros (Robert Casewell Investigations) and Mr. Jerry Thorn (Albuquerque Teachers Federation) on June 9, 2022, Respondent was asked to disclose the contents of why the Complainant sought counseling. Respondent was asked about the contents of dreams/wishes that the Complainant disclosed to the Respondent. A disclosure would violate student confidentiality. The contents of the disclosure also stand in direct conflict with the stated wishes of the Complainant's Primary Caregiver.  The ethical obligation to protect student confidentiality is outlined in ASCA ETHICAL STANDARDS A:2 CONFIDENTIALITY. **REFERENCE: (ASCA National Model: A Framework for School Counseling Programs. Fourth Edition.)**

Respondent stated that he did not feel comfortable disclosing the contents of what the Complainant shared, since it was disclosed as a private dream and wish.  Mr. Jerry Thorn (Albuquerque Teachers Federation Union Representative) confirmed that school counselors and social workers are obligated to protect client confidentiality, during the phone interview with Mr. Mike Sisneros (Robert Casewell Investigations) on June 9, 2022.

Since learning about the identity of the Complainant on June 9, 2022, Respondent continues to protect student confidentiality.  The reputation of the Respondent is predicated on confidentiality. Second, a violation of confidentiality can stain the license and reputation of the Respondent; students (Complainant included) will not trust a counselor who does not keep confidentiality.  Third, a violation of confidentiality puts the Complainant in potential harm since the Primary Caregiver emphatically stated: "don't bring that ---t home!" with respect to the Complainant's disclosure.  Fourth, a violation of confidentiality affects the reputation of all Essential and Related Service Providers in

                                                    DL-APS_000047

Corrective Action - Supplemental for LE, DANIEL  T (Page 48 of 310)

APS.  Fifth, a violation of confidentiality goes against ethical standards of the profession and puts the reputation of Counselors, Social Workers, and Therapists in harm's way[2].

_____

[2] There are potential mental health consequences for the Complainant if Confidentiality is violated since the Complainant's disclosure conflicts with the emphatic wishes of her Primary Caregiver, there are ethical, legal and moral consequences for the Respondent for the violation of Confidentiality, there is potential harm to the reputation of all Essential and Related Service Providers in APS, and lastly, potential harm to the profession of all Counselors, Social Workers, and Therapists.

CONFIDENTIAL                      DL-APS_000048

Corrective Action - Supplemental for LE, DANIEL  T (Page 49 of 310)

## III.  <u>ETHICAL DILEMMA</u>

Since learning about the identity of the Complainant and the nature of the allegation, Respondent consulted with no less than 50 persons (e.g. licensed counselors, licensed clinicians, trauma-informed therapists, an ASCA ethicist, licensed professional art therapist, lived experienced facilitator) in regard to the following ethical questions: *Does a proactive desire to protect student confidentiality provide a greater benefit that can outweigh the harm that has already come from keeping the complainant's disclosures confidential?  Does an obligation to protect student confidentiality provide a greater benefit that outweighs foreseeable harm to multiple individuals and organizations, including possible harm to the Complainant?*

Based on the feedback that the Respondent received in consultation from no less than 50 personnel, the majority consensus of licensed professional counselors and therapists held that it would be best practice to disclose the contents of what the Complainant shared during sessions with the Respondent, for the safety of the Complainant, the Respondent, and all involved.

Corrective Action - Supplemental for LE, DANIEL  T (Page 50 of 310)

## IV.    <u>RACISM AND SYSTEMIC PREJUDICE: A DESIRE TO REDUCE HARM</u>

On May 3, 2020, a federal Cabinet member declared that a community of 1,400,000,000 persons was responsible for a global pandemic. Widespread assaults targeting persons of visibly Asian ancestry were already being widely circulated on the news and social media.  In every single inhabited part of the globe where persons of visibly Asian ancestry are a vulnerable minority (female, elderly, low to high socio-economic status, East Asian phenotype), there have been emotional, physical, and verbal assaults that target persons of visibly Asian ancestry.

On May 3, 2021, the Respondent received an email with respect to a student seeking counseling services re: anxiety.

On May 3, 2022, Respondent received a hand-delivered letter from APS EOS alleging sexual harassment.  Respondent was not aware of the identity of the Complainant or the nature of the allegation.  Respondent only became aware of the specific details and nature of the allegation after communicating with his union representative, Mr. Jerry Thorn. In phone conversation with Mr. Thorn, the Respondent learned that a student came forth to disclose: "(Respondent) said that he wants to touch me when I am naked."

Clearly, an utterance like this has never come forth from the Respondent during the entire time that the Respondent has worked as a counselor. Therefore, the Respondent did not focus on the ridiculous nature of this slanderous allegation.

    DL-APS_000050

Corrective Action - Supplemental for LE, DANIEL T (Page 51 of 310)

Respondent learned by phone interview, on June 9, 2022, that a former 5th grade student, who first requested counseling on May 3, 2021, had leveled allegations at the Respondent.  To the Respondent, it sounded like the Complainant and Primary Caregiver of the Complainant were attempting to construe counseling sessions as a place where incest is encouraged.  This is absurd and slanderous.

CONFIDENTIAL

DL-APS_000051

Corrective Action - Supplemental for LE, DANIEL  T (Page 52 of 310)

## V.  CONTENTS FOR REVIEW OF BOARD

To the best of his ability, Respondent is submitting a linear record of every relevant interaction that took place between the Complainant, Ms. Danika Herrera, and the Respondent, Mr. Daniel Lê.   The linear record includes vital context and perspective that was once missing from the first investigative report that was issued to EOS by the investigative team of Robert Casewell Investigations.

On October 31, 2022, APS EOS shared a revised redacted report with the Respondent.

This linear record includes differences of professional opinion (both valid) between the Respondent and a colleague (Mrs. Marianne Brown) who once worked at Chaparral Elementary.

This linear record documents several reported eyewitness accounts (e.g. a death threat, sexual harassment, assault, exposure of private parts, exposure to pornography) that were all proven false at Chaparral Elementary.  In 2022, several students repeatedly promoted unmerited claims, adamantly.  The Illusory Truth Effect explains this.  The Illusory Truth Effect[3] was first documented by Villanova University and Temple University in 1977.  If an unbelievable claim is repeated over and over again, it has the potential to gain traction[4] as a believable statement.

---

[3] https://cognitiveresearchjournal.springeropen.com/articles/10.1186/s41235-021-00301-5 This scientific article from March of 2021 documents the observation that the more times that a claim is repeated, regardless of believability, the more likely it is to be perceived as true.

[4] https://mentalhealthathome.org/2020/08/07/what-is-illusory-truth-effect/ This article addresses the larger political implications of the Illusory Truth Effect (repeating a claim over and over again until it is perceived as true). When the Illusory Truth Effect takes place on a federal level, it can trickle down to the state/county/local/community/family/school level. In the fall of 2016, during a heated Presidential Campaign, the Respondent formed a support group for children of color. A variety of children became targeted by various students for having "the wrong skin color", "the wrong hair", "being Muslim". The Respondent informed the children that his friends (from kindergarten through college) valued each of their unique phenotypes, ethnic backgrounds, and skin hues. . .the children were reminded that that there are real and genuine people who do value the unique hue-man diversity of every person on this planet.

CONFIDENTIAL

DL-APS_000052

Corrective Action - Supplemental for LE, DANIEL  T (Page 53 of 310)

In April of 2022, the Complainant disclosed a desire to nurture a romantic connection with her 5th grade classmate[5]. The Complainant also sought to arrange an exclusive meeting with herself, the 5th grade classmate, and the Respondent. This disclosure is the primary reason that the Complainant sought counseling from the Respondent; this disclosure violates a family injunction against romance; this injunction was emphatically declared by the Complainant's Primary Caregiver when she leveled attempted to level allegations at 4 Chaparral Faculty members during a single phone conversation.

Even if the Primary Caregiver of the Complainant had given permission for the Complainant to date (and the Primary Caregiver unequivocally did not), there is still a possible harm. Student may be experiencing the Illusory Truth Effect if she perceives that her feelings for romance with AG are not being reciprocated.

---

[5] The stated object of the Complainant's affection is A.G., 5th grade male student who was previously involved in an incident with the Complainant in the November of 2021.  At the time of the incident, the Complainant expressed visible bodily discomfort that is captured on a video feed, in the school cafeteria.  About 4-5 months after this incident, the Complainant approached the Respondent to reveal romantic feelings for A.G.

CONFIDENTIAL

DL-APS_000053

Corrective Action - Supplemental for LE, DANIEL  T (Page 54 of 310)

## VI. <u>LINEAR TIMELINE THAT PROVIDES CONTEXT FOR INTERVENTIONS</u>

### <u>FIRST CONTACT:</u> May 3, 2021

Complainant's 4th grade classroom Educator sends an email to two school counselors: Mrs. Marianne Brown and Mr. Daniel Lê.  The email states: **"D. Herrera is dealing with some anxiety and that she would like to speak to one of you."**  After reading the email, M. Brown (MB) immediately walks to the complainant's 4th grade classroom and offer counseling services to the student dealing with anxiety.

### <u>November 17, 2021</u>

The Respondent, MB, and the Complainant are walking in the hallway of Chaparral Elementary School.  MB pulls the Respondent aside and submits a private disclosure. MB advocates on behalf of the Complainant and states that "administration does not believe" that the Complainant has been sexually harassed. MB asks if Respondent will meet with the Administration to advocate on behalf of the Complainant.

After hearing this perspective from MB, the Respondent moves toward the direction of the Principal's office.  After entering the Principal's office, the Respondent observes 3 APS Administrators watching, several times over, a video feed of an interaction taking place in the school cafeteria. The APS administrators are actively trying to determine if the interaction between the Complainant and her 5th grade classmate, AG (who later becomes a stated object of affection for the Complainant), qualifies as sexual harassment.

After reviewing the video feed of the incident several times, the Administration shares the perspective that a genuine case of sexual harassment does not appear to have taken place.  The video incident features a 5th grade male student, AG, being pushed

DL-APS_000054

Corrective Action - Supplemental for LE, DANIEL  T (Page 55 of 310)

into the Complainant by classmates. There is no audio. Nonetheless, it is stated that a vocal sound was heard by the Complainant from AG when a bump happens.

In the presence of 3 APS administrators, the Respondent advocates on behalf of the Complainant.  Respondent shares the observation that the interaction does seem like sexual harassment, from a certain perspective.  The Administration takes note of this perspective and responds by providing further context for their belief in the innocence of the alleged harasser of the Complainant. They mention that, in their interview with the alleged harasser, the alleged harasser expresses absolute shock when he is confronted with the video feed.

In a counseling space, at the request of Administration, the Respondent interviews the 5th grade classmate of the Complainant. The information that is disclosed within the counseling space, does, in fact, agree with the perception of Administration.
The Respondent meets with two other students involved in the cafeteria incident. After individual and group counseling sessions, all 3 students apologize to the Complainant.

At the request of MB, the Respondent also checks in with the Complainant to see how the Complainant is processing the incident. **The first check-in between the Complainant and the Respondent takes place on the same day of the cafeteria incident on November 17, 2021.** The Respondent asks the Complainant if she would like a check-in. Complainant mentions "yes" and suggests that a check-in outside of the classroom walls is preferable.  During the check-in, the Respondent merely has one overarching goal with the Complainant.  The goal is to validate whatever the Complainant is feeling, to encourage non-judgment of what is shared, and, as much as possible, provide a supportive space.  When this check-in ends, the Respondent states that the door is open for a future check-in, should the Complainant ever feel the need.

CONFIDENTIAL

DL-APS_000055

Corrective Action - Supplemental for LE, DANIEL  T (Page 56 of 310)

After the first check-in with the Complainant ends, MB approaches the Respondent to say: "Thank you for telling DH that you believe her. It is important to hear that from a male."

CONFIDENTIAL

DL-APS_000056

Corrective Action - Supplemental for LE, DANIEL  T (Page 57 of 310)

# Late March/April 2022

The Complainant approaches the Respondent in the hallway of Chaparral Elementary School.  Complainant asks if it would be "okay to check-in".  Respondent replies with an affirmative response: "yes".

The Respondent remembers that he and the Complainant check-in between 2-3 times within the above time frame.  In the APS EOS Report, the Complainant mentioned that she remembers meeting with the Respondent 5-6 times in the above time frame. Respectfully, Respondent would like to note that it is not physically possible for the Respondent to have met with the Complainant 5-6 times in the above time frame. One, the Respondent had 90+ students on his caseload during this time frame; due to this number of students on the Respondent's caseload, Respondent could only aspire to meet with each student once per every other week.   Second, the Respondent informed MB that he would only check-in with Complainant once per week since the Complainant was already seeing MB more than once per week (an APS email communication between MB and Respondent on April 19, 2022 documents this). Third, due to tight Standardized Testing schedules in April 2022, Respondent can confirm that there was at least one week, within the above time frame, when the Respondent and Complainant did not meet.   On April 14, 2022, the Complainant's 5th grade classroom Educator informed Respondent that Complainant had left campus to go home for the week. Respondent subsequently sent a message to Complainant, via APS Chat, on April 14, to mention that he looks forward to checking in with the Complainant upon the Complainant's return to campus.

During the first meeting (April 6, 2022) within the counseling office of the Respondent, the Respondent shows the Complainant a range of activities that students have invested in counseling sessions.  There are clay sculptures made by students, sketches composed by students, a basketball, a frisbee, a drum, and a sand tray.   Respondent recalls that none of these items appear to interest the Complainant.

CONFIDENTIAL                    DL-APS_000057

Corrective Action - Supplemental for LE, DANIEL  T (Page 58 of 310)

The Complainant does share one thing that bothers her.  Complainant mentions that her 5th grade classmate (E.R.) said to her: "*I can see why you keep your mask on, you're --- -*", implying that E.R. was being mean.  Respondent offers a sympathetic response to the Complainant.  At the same time, the Respondent silently notes that E.R. may have issued this comment in retaliation for a remark issued by the Complainant toward E.R. Prior to this incident, E.R. requesting counseling directly as a result of comments he heard directly from the Complainant. E.R. informed the Respondent that the Complainant kept saying: "you're too short".

On April 6 of 2022, the SC and the Complainant's 5th grade classroom Educator inform the Respondent that the Complainant feels sad about a certain situation. Respondent mentions to the Complainant that MB and the Complainant's classroom Educator have expressed their sympathy.  Complainant nods her head.

During the session on April 6, the Respondent and Complainant move outside the counseling office and walk along the track that encompasses the grass field.  The Complainant mentions that she is starting to have memories of "First Holy Communion". The Respondent invites the Complainant to take one of the dandelions that are on the field, to blow on it, and to make a wish.  Respondent mentions to the Complainant that she does not have to share the dream/wish with the Respondent.  Student did end up disclosing her dream/wish.

                                                      DL-APS_000058

Corrective Action - Supplemental for LE, DANIEL  T (Page 59 of 310)

# VII.  RELEVANT DISCLOSURES OF THE COMPLAINANT

Disclosure 1

The Complainant shares that her dream is for "AG to be able to see me without my mask on when they are out at the mall".   A romantic sentiment for her 5th grade classmate is revealed, verbally, for the first time to the Respondent.  This revelation raises a minor red flag for the Respondent. The Respondent remembers that the Complainant was advised that she does not need to put herself in a space where she feels uncomfortable. Complainant showcased an expression of bodily discomfort[6] that was captured on camera, and, then later, verbally disclosed to the Respondent. Complainant said she felt uncomfortable during the incident that took place on November 17, 2021. Furthermore, this dream[7] conflicts with the stated wishes of the Complainant's Primary Caregiver. The Primary Caregiver issued an empathic injunction against romance with respect to each of her children.

Disclosure 2

Within the counseling office, on April 6, the Complainant discloses: "the last time I felt like I could be a happy child was in the 1st or second grade".  Complainant refers to the

---

[6] The Good Touch, Bad Touch curriculum underscores the message that if you feel uncomfortable in your body after physical contact, then this is a "bad touch".  This curriculum is normally shared in kindergarten and/or 1st grade.  The Complainant, as a 5th grader, disclosed a feeling of discomfort and sexual harassment with respect to AG.   When the Complainant expresses romantic affection for AG in light of a previous disclosure of sexual harassment (bad touch) this is what raises a minor red flag. Complainant is disclosing that she correlates uncomfortable physical contact with romantic affection.

[7] "To cite a historical example, consider the piercing, painful sensation of forbidden or unrequited love. . .You might think that in everyday life, the things you see and hear influence how you feel, but it's mostly the other way around: that what you feel alters your sight and hearing. . .your sense of your internal state is more influential to perception, and how you act, than the outside world is. . .Not only do our thoughts and feelings influence our sensory perceptions, they can actually delude us into believing that we have seen, heard, smelled, or even eaten things that we simply imagined." REFERENCE: Susan Hrach. Minding Bodies: How Physical Space, Sensation, And Movement Affect Learning. Pgs 80-81.  2021

DL-APS_000059

Corrective Action - Supplemental for LE, DANIEL  T (Page 60 of 310)

1st or 2nd grade as the "good ol days".  When the Respondent hears this disclosure from the Complainant, the Respondent expresses the opinion that her best years are ahead of her, not behind her.  The Complainant smiles.  At the same time, the Respondent quietly notes the possibility of unresolved trauma.  Respondent does not probe any further.

Disclosure 3

Complainant and the Respondent discuss a series of possible interventions. First, Respondent informs Complainant that there are friendship groups where students can explore a friendship in a platonic and playful sense. These support groups come together when there is a shared desire on the part of students to form a supportive connection. Friendship support groups also form if there is a request and/or permission from parent/guardians on behalf of a student to facilitate a place of social and emotional support when their child is on campus. To facilitate the possibility of a friendship group intervention (one that is primarily platonic), the Respondent asks the Complainant if she knows of three students (one self-identified male, two self-identified females) who seem like good candidates for a friendship group. The Respondent remembers that the Complainant did not seem interested in any of these friendship candidates.

Disclosure 4

Complainant initiates a student-led request to form a meeting with the 5th grade male student where she once expressed a visible sense of bodily discomfort in the school cafeteria (November 17, 2021).  This stated wish of the Complainant conflicts with the stated wishes of the Complainant's Primary Caregiver.

CONFIDENTIAL                                    DL-APS_000060

Corrective Action - Supplemental for LE, DANIEL T (Page 61 of 310)

# VIII.  <u>PURPOSE OF INTERVENTIONS WITH RESPECT TO DISCLOSURES</u>

**INTERVENTION 1:** The Complainant disclosed that she felt hurt from an unflattering comment directed at her unmasked visage. Furthermore, the Complainant also shared a dream for her 5th grade classmate, AG, to be able to see her without her mask on at the mall.   Receiving positive validation from another person is a common desire. In a counseling setting, this desire is a source of anxiety that may be addressed in a number of ways[8].

Rather than dwell on the perceived flattery (or lack thereof[9]) of other individuals, the Respondent invites the Complainant to ponder whether or not she is willing to see the beauty and love within her own self.  The Complainant was invited to grasp a hand-held mirror within the counseling office.  The Complainant was invited to say, "I love you", while looking at her own visage. The Respondent encouraged the Complainant to say, "I love you"[10], and to say it like she "means it". Respondent remembers that the

---

[8] **REFERENCE:**  Effects of interventions for social anxiety and shyness in school-aged children: A systematic review and meta-analysis. Reinie Cordier , Renée Speyer, Natasha Mahoney, Anne Arnesen, Liv Heidi Mjelve, Geir Nyborg Published: July 9, 2021 https://doi.org/10.1371/journal.pone.0254117

[9] In the initial counseling session, there is a time and place for the Respondent to hold space for the pain being felt from a hurtful word. Nonetheless, it is worth mentioning that if negative thoughts are repeatedly held in the mind, this habit begins to cause damage to the nervous system.  **REFERENCE:** Do words hurt? Brain activation during the processing of pain-related words MariaRichter[ab]JudithEck[c]ThomasStraube[c]Wolfgang H.R.Miltner[c]ThomasWeiss[c]  Department of Neurology, Friedrich Schiller University Medical School Jena, Germany. Clinic of Anaesthesiology and Intensive Care, Friedrich Schiller University Medical School Jena, Germany. Department of Biological and Clinical Psychology, Friedrich Schiller University Jena, Germany. PAIN Volume 148, Issue 2, February 2010, Pages 198-205

[10] **REFERENCE FOR INTERVENTION:** International Author Louise Hay was diagnosed with irreversible cervical cancer in the 1970's. Using a series of affirmations in combination with a mirror, she outlined a pathway to healing. Despite being issued a terminal diagnosis in the 1970's, she discovered a natural pathway to restore her health.  Using specific methods, Louise Hay cured herself of a terminal diagnosis and lived until 2017, into her 9th decade. Self-Affirmation Theory by Claude Steele (1988) provides a more clinical perspective with respect to the tangible effectiveness of positive affirmations on health outcomes; one of Claude Steele's books is in the counseling office at Chaparral Elementary, where I last worked. Finally, positive affirmations are often used in Cognitive Behavioral Therapy.

Corrective Action - Supplemental for LE, DANIEL T (Page 62 of 310)

Complainant participated.  The purpose of this exercise was to invite the Complainant to focus on the beauty within[11], rather than dwell on the feedback (positive or negative[12]) that can come into the mind from within or outside one's own self.

After this session concluded, the Complainant was invited to draw something on the chalkboard.  The Complainant used her finger, rather than a piece of chalk. With her finger, the Complainant slowly drew the outline of a heart with the existing chalk dust. Within the faint outline of a heart, the Complainant wrote a message that was barely discernible. The message was two words: "Love Yourself".  In order to amplify this feeling and memory, the Respondent asked the Complainant if it would be okay for other students to know the identity of the Complainant, the artist.  Complainant shared that it would be okay to let other students know that she was the artist who was responsible for creating that piece of art, "Love Yourself"[13].  At least 2 or 3 students came into the office later and noticed the heart message. All students who witnessed this art expressed appreciation for the Complainant's work.  Compliments were subsequently passed onto the Complainant.

## INTERVENTION 2:

When the 5th Grade Complainant revealed that the last time she felt like she was a happy child was in "the 1st or 2nd grade", the Respondent asked the Complainant if there

---

[11] Respondent introduces an epigenetic intervention. Actions, taken within the present moment, can positively influence the neuronal networks that once formed from a previous experience that was initially perceived as painful. REFERENCE FOR INTERVENTION: "a single word has the power to influence the expression of genes that regulate physical and emotional stress." Dr. Andrew Newberg, M.D.  Words Can Change Your Brain

[12] REFERENCE FOR INTERVENTION: "negative self-talk plays a role in the generation or maintenance of anxiety in normal children."  Children's self-talk under conditions of mild anxiety J Lodge 1, D K Harte, G Tripp  J Anxiety Disorders. 1998 Mar-Apr;12(2):153-76.

[13] REFERENCE FOR INTERVENTION: "Love is something we most long for, try to recapture, and spend much of our lives attempting to create. If we feel we don't have it, love is a wonderful subject to meditate on. . . Instead of thinking we are empty and desperately looking for someone outside to make us feel loved, we go inward and find that it was there all the time." The Art of Emotional Healing. Lucia Capacchione, Ph.D. page 107.

CONFIDENTIAL

DL-APS_000062

Corrective Action - Supplemental for LE, DANIEL  T (Page 63 of 310)

were any students, at school, where she remembers feeling absolutely comfortable around.  Initially, the Complainant mentioned that there was no one.  Later, with apparent persistence, Complainant recalled the name of 1 student. As a way to reignite a memory of safety and happiness[14], and possibly create a same-age social support group within APS, the Respondent asked the Complainant if she would like for the Respondent to reach out and see if the Complainant's "safe" person was available through online chat.  The Complainant responded "yes".  The Respondent sent a chat message to the "safe" person to let them know that the Complainant says "hi". This chat was sent on April 6, 2022 through APS chat[15].

In regard to faculty members, Respondent disclosed two persons[16], on campus, with who he felt a sense of safety/love/understanding, around April 2022. Respondent described to Complainant why he felt this way, with the intention of inviting a possible conversation within the mind of the Complainant. Feeling vulnerable is a natural emotional state that the Respondent can empathize with, and this is the kind of emotional state that the Complainant appeared to convey during their time together. Respondent wanted the Complainant to know that he could empathize with the situation that the Complainant disclosed. Respondent remembers that Complainant mentioned at least two separate faculty members within the PreK-5 ecosystem of Chaparral

---

[14] REFERENCE FOR INTERVENTION: "What does love look like to you?  What would a more loving life be like?  Use the arts to portray your vision of love."  The Art of Emotional Healing. Lucia Capacchione, Ph.D. page 108.  Also see: https://www.authentichappiness.sas.upenn.edu/learn/positiveneuroscience

[15] After on-campus schooling closed due to COVID-19, school counseling eventually resumed online in 2020.  To provide a network of online social support among school students, the Respondent facilitated a number of student support groups using the Albuquerque Public Schools chat system, responding to requests for supportive connection from students/faculty/parents/guardians.

[16] One of the persons that the Respondent mentioned to the Complainant is someone who naturally radiates a co-regulating presence with colleagues, guardians, parents, and all of her 3rd grade students. This person is referred to in section IX of this document as someone, whose presence, de-escalated a visibly tense situation during an afterschool situation. While in session with the Complainant, Respondent only disclosed that, during a time of vulnerability, "two people" are people who the Respondent feels most safe around, within Chaparral Elementary. One of those people is the former 3rd Chaparral Educator listed in this description.

Corrective Action - Supplemental for LE, DANIEL T (Page 64 of 310)

Elementary School from where she once felt safe[17]: A pre-kindergarten instructor and Kindergarten instructor (H.V.).

**INTERVENTION 3:**

The Complainant recalls that the Respondent invited the Complainant to make a "family tree". Respondent clarifies emphatically that this vocabulary term—"family tree"—is not used by the Respondent. The reason for not using "family tree" as a vocabulary term within a local counseling setting simply has to do with the observation that, many students, on the Respondent's caseload, have not been able to list a name of a person within their natal family of origin, as a reliable source of love, safety, and support. Asking a student to make a "family tree" has sometimes been found to be a potentially triggering term for any student who has been orphaned, and/or if a student has perceived abuse/neglect by someone within their natal family of origin. The language that the Respondent prefers to use with students is "Circle of Love". Within the counseling session, the Respondent has invited the Complainant to consider the following questions:

Three Critical Safety Questions [Steele & Malchiodi, 2011]

Where do you feel the safest?
Who do you feel the safest with?
What do you do to feel safe?

---

[17] **REFERENCE FOR INTERVENTION:** "Social support is a biological necessity, not an option, and this reality should be the backbone of all prevention and treatment." (The Body Keeps the Score. Bessel Van Der Kolk, M.D. pg. 169)

CONFIDENTIAL    DL-APS_000064

Corrective Action - Supplemental for LE, DANIEL  T (Page 65 of 310)

The Respondent and Complainant practiced this procedure[18], at least twice.  The Respondent recalls that the answers which the Complainant provided were not consistent. That is typical and common.   Often, students are not able to come up with the name of a person who, they feel, loves and supports them unconditionally. Furthermore, the names that people recall during this exercise often change from day to day or month to month. This observation has also applied to the Respondent.

With respect to "incest", it needs to be emphatically stated that, at no time, in the life of the Respondent, has any person ever sincerely and seriously declared to the Respondent that they would like a sibling to "touch them while they are naked", in an authentic voice.   This includes what the Respondent remembers about statements uttered by the Complainant.

# Intervention 4:

Complainant suggests a student-led intervention where she, the stated object of her affection AG (5th grade male classmate) and the Respondent can all meet.

---

[18] **REFERENCE FOR INTERVENTION:** Trauma-Informed Practices with Children and Adolescents.  William Steele and Cathy A. Malchiodi.  2011

CONFIDENTIAL    DL-APS_000065

Corrective Action - Supplemental for LE, DANIEL  T (Page 66 of 310)

## IX.  DIFFERENCES IN PROFESSIONAL OPINION RE: ADMINISTRATIVE REPORT

With respect to the allegations listed in the Administrative Report, the Respondent will disclose 5 relevant points of difference with MB.

**The first point** of difference has to do with whether or not Child Protection[19] should be discussed with students. In 2021-2022, the Respondent and MB were both aware of more than a dozen students at Chaparral Elementary who experienced sexual abuse within their family. MB expressed concern that any discussion of sexual abuse prevention, among young children, can potentially trigger a self-fulfilling prophecy.  MB pointed out that a discussion of sexual abuse prevention can unwittingly plant seeds that, in MB's view, do not need to be planted in the first place due to the natural habit and curiosity of children to engage in activities that they are forbidden to do.

In reply, the Respondent expressed the belief that it is possible that some of the students who have attended Chaparral Elementary and other schools, could have been benefited from learning how to protect themselves from sexual abuse by engaging in a program of Child Protection in kindergarten.  This difference of opinion resulted in a closed-door disagreement whereby MB threatened to call the district and report the issue to L.A., one of the District Resource Counselors.

In an effort to mend any misunderstanding, Respondent reminded MB that the Child Protection curriculum had already been conducted at Rudolfo Anaya Elementary School in previous years by the Respondent. Furthermore, the Respondent noted to MB, that it

---

[19] The Child Protection Unit that was discussed between MB and the Respondent is a Second Step Curriculum that has been designed with evidence-based research for young children.  The Committee for Children has dedicated over 40 years of research to various curriculums like this. This is a national curriculum that been endorsed and utilized by several Educators and Essential & Related Service Providers.

DL-APS_000066

Corrective Action - Supplemental for LE, DANIEL  T (Page 67 of 310)

was MB who requested permission to shadow him when this curriculum began at Chaparral Elementary in 2021-2022.

**The second point** of professional difference has to do with how any disagreement is handled in a public space.  If possible, the Respondent prefers to handle any conflict in a closed-door setting that is away from public view.  In 2022, MB and the Respondent were outside on the grass field supervising an afterschool campus duty where parents and guardians come and pick up their children after the school day ends.   MB expressed a visible tone of anger and frustration toward the Respondent[20].  The 3rd grade cohort, the 4th grade cohort, and the 5th grade cohort witnessed this event.

The arrival of one Chaparral faculty member[21] instantly diffused any visible tension within MB. MB smiled and completely seemed to forget about the situation when one Chaparral faculty member showed up. Nonetheless, the visible incident made an impression on students who witnessed the display of anger. Within the span of 1 or 2 months, an estimated 30 students (in 1st, 3rd, 4th, and 5th grades) started to disclose, to the Respondent, that they did not feel comfortable going to MB for counseling[22].The reasons that the students disclosed for "feeling uncomfortable" with MB, in a counseling session, will remain confidential to the Respondent's best ability. As a result, at least 30+ students started to seek counseling services from the Respondent.

---

[20] When confronted with a visible display of anger from MB, the Respondent, to the best of his ability, strove to model unconditional positive regard, recognizing that multiple students and grown-ups were present at this event.

[21] A 3rd grade faculty member of Chaparral (now retired from APS) arrived on the scene with a stillness and presence that instantly served as a co-regulating mechanism which diffused any visible tension in MB.  After this 3rd grade faculty member came within visibility, any visible trace of tension completely disappeared within MB.  The Respondent turned around, saw who the faculty member was, and immediately thanked the 3rd grade faculty member for providing a calming and healing Presence. The 3rd grade faculty member smiled and replied with: "What do you mean?  I did not do anything."

[22] A 1st grade student, AC, mentioned privately to the Respondent that "I think that MB is spreading rumors about you."  Respondent immediately denied and dismissed this rumor to AC, after AC shared it privately.  Nonetheless, Respondent did mention to MB that a student (name and identity not disclosed to MB) reported this trend and that this may have been happening because various members of the 3rd grade cohort, 4th grade cohort, and 5th grade cohort all witnessed visible tension in MB, tension that was directed toward the Respondent, during that one afterschool parent pick-up duty.

Corrective Action - Supplemental for LE, DANIEL  T (Page 68 of 310)

Please note that, after these disclosures, the Respondent continued to share positive compliments about MB with students[23], as an extension of professional courtesy to any APS employee. At the same time, the Respondent balanced professional courtesy with a need to respect each student's right to honor their counseling preferences after disclosing their feelings in a counseling setting.

**The third point** of difference between the professional practice of the Respondent and MB has to do with how the following saying is interpreted with respect to helping a child: "It takes a village."  From 2015-2022, the Respondent has worked closely with a combination of Administrators, Behavior Redirectors, Counselors, Custodial Engineers, Educators (both SPED and Regular Education), Foster Parents, Grandparents, Guardians, Outside Psychologists, School Social Workers, and Siblings to help each Student form a Circle of Love that feels authentic and genuine, for them, and them alone.  A more detailed explanation of the Circle of Love diagram is being shared with Mr. Jerry Thorn of Albuquerque Teachers Federation.   For reasons of confidentiality, the information contained within that document will not be disclosed in this Redacted Report.

**The fourth point** of difference comes down to whether or not a student has a right to refer themselves for counseling.   In 2022, a 5th grade student[24] was referred to the Respondent for counseling, by Administration, after it was discovered that the 5th grade student was consuming adult erotic content in the classroom and using Tinder. In a counseling session, the 5th grade student and Respondent processed the incident. It is not uncommon for the Respondent to receive referrals from Administration, Parents and/or Guardians, after it is discovered that a child becomes exposed to adult erotic

---

[23] This is professional courtesy. When interacting with students, the Respondent strives to emphasize the positive attributes of each member within the body of Administration, Essential and Related Service Providers, Educators, fellow Students, and other APS Service Staff. This has been done to the best of the Respondent's ability.

[24] This 5th grade student identifies as 'they' rather than 'he' or 'she'.

DL-APS_000068

content.   At least 3 students have self-referred for counseling as a result of a professed addiction to mature adult erotic content.

In the counseling session that took place in 2022, the 5th grade student disclosed that they would like to be placed in a support group for students who, as a result of current cultural trends, experienced premature exposure to adult erotic content. When this 5th grade student requested counseling for both an individual setting and in a small support group setting, this right was denied by an APS employee.

The consequence of this denial is that, in April of 2022, a 5th grade classmate and friend of they approached the Respondent with a concern. A 5th grade classmate and friend of they said that "'they' were laying down and crying on the bathroom floor because they felt depressed that they were not being allowed" the opportunity to be in a small support group facilitated by the Respondent.  The 5th grade classmate of 'they' then asked if "MB and (APS employee) were preventing students from seeing you (Respondent)". Out of concern for MB's reputation in the eyes of this 5th grade student and other students, the Respondent told the student that he and MB work closely together with students together[25], all of the time.

In order to protect MB's reputation, the Respondent mentioned this interaction to MB. MB, in response, started to tear up and mentioned that she already knew that 'they' were found laying on the bathroom floor, crying, and feeling depressed after being denied the opportunity to check in with the Respondent for counseling and small group support.  MB pointed out that the 5th grade student was "missing her dad" in her life and that this was the reason for why 'they' needed to check-in with the Respondent.   In a closed-door setting, MB stated to the Respondent that she changed her mind and told

---

[25] This statement was uttered by the Respondent to protect MB's reputation in the eyes of the 5th grade student and other students who the 5th grader regularly communicates with (professional courtesy).  MB, nonetheless, has stated to the Respondent, on various occasions, that she prefers to work with students on her own, without the presence of other APS Essential and Related Service Providers.  Respondent respects this style of counseling of MB unless there is a student who comes directly to the Respondent and requests counseling and support in a small group setting.

CONFIDENTIAL

DL-APS_000069

Corrective Action - Supplemental for LE, DANIEL  T (Page 70 of 310)

the Respondent that she would set up a meeting between the 5th grade student (the one found on the bathroom floor and crying) and the Respondent.  For the record, the Respondent and this one 5th grade student on MB's caseload did not check-in again. **The fifth and final point** of difference is related to point #4.  The administrative report mentions "trustworthiness".  With respect to "trustworthiness", MB approached the Respondent in the school cafeteria in April of 2022.  In a visible state of anger, MB shared the perspective that an APS employee was incensed over the fact that the Respondent was allowing the Complainant to check-in with him for counseling.

The Respondent thanked MB for letting him know that an APS employee was very angry with the Respondent for allowing a student to check-in with him.   The Respondent approached the APS employee who was "alleged" to be angry with him. The Respondent subsequently apologized to the APS employee based off of the information disclosed by MB.   The APS employee, who MB alleged was angry at the Respondent, expressed shock.   The APS employee immediately clarified to the Respondent that such words never left her mouth.  This APS employee later went to MB and clarified the misunderstanding.  This APS employee asked MB to not relay information which had never left her mouth.

MB later apologized to the Respondent for making up a story that an APS employee was angry at him.  In response, the Respondent thanked MB.  The Respondent informed MB that, in his experience, she is the only grown-up (APS employee) who has not only owned up to the truth but also apologized to him for making a mistake. The Respondent appreciated MB's willingness to own up for a false allegation and the Respondent moved forward[26].

---

[26] If not for the continued support of loved ones, family members, trusted clinical personnel, and Mr. Jerry Thorn of Albuquerque Teachers Federation, the Respondent would not have been able to disclose these professional points of difference between him and MB.

                    DL-APS_000070

Corrective Action - Supplemental for LE, DANIEL  T (Page 71 of 310)

# X.  <u>RELEVANT CONTENTS OF COMMUNICATION WITH PRIMARY CAREGIVER OF COMPLAINANT</u>

During the last week of April 2022 (April 26 or April 27), the Complainant informed the Respondent that he should be receiving a call in the afternoon from the Complainant's Primary Caregiver. The Respondent answered the phone in the afternoon between 2:45 PM to 3:00 PM. The Primary Caregiver ended the phone call by emphatically stating that there is an injunction against any kind of romantic activity within the household, when it comes to each of the daughters who live in the household.  An exact phrase was repeated three times. With respect to romance, the Primary Caregiver of the Complainant stated that she tells each of her daughters: "Don't bring that ---- home!" The Primary Caregiver modeled the exact tone that she uses when this injunction is stated with her daughters.  Based on this one phone call, the firmly stated injunction of the Primary Caregiver against romance conflicts with the Complainant's dream to nurture a romantic connection.  ASCA ETHICAL STANDARDS A:2 CONFIDENTIALITY. **REFERENCE: (ASCA National Model: A Framework for School Counseling Programs. Fourth Edition.)**

During the phone call, the Primary Caregiver of the Complainant attempted to level allegations at 4 Chaparral faculty.  The allegations came as a surprise. The allegations that the Primary Caregiver of the Complainant leveled at 4 faculty have only been shared with Mr. Jerry Thorn of Albuquerque Teachers Federation. The Primary Caregiver leveled allegations at 4 Chaparral Faculty under the label of "peer confidence".

With regard to all allegations mentioned by the Primary Caregiver, it is worth mentioning that unless there is buy-in from the Primary Caregiver, it is very difficult for a Child to

DL-APS_000071

develop a trusting bond with any person outside of the Caregiver-Child dyad[27].   The Primary Caregiver disclosed that, by habit, the Complainant will take the side of the Primary Caregiver whenever the Complainant perceives a conflict between the Primary Caregiver and another person within their family[28].

After the Primary Caregiver attempted to level allegations at several Chaparral faculty, the Primary Caregiver stated, "Don't worry Mr. Daniel, I'll take care of it."   The Respondent perceived a close relationship between the Primary Caregiver of the Complainant and Administration. Furthermore, the Respondent perceived an enmeshed relationship between the Primary Caregiver and the Complainant.

In regard to future counseling, the Primary Caregiver of the Complainant made two requests of the Respondent.  First, the Primary Caregiver asked the Respondent for 3 clinical references so that she and the Complainant could attending counseling together.  Second, the Primary Caregiver asked the Respondent for permission for the Complainant to check in with the Respondent when the Complainant goes on to middle school.  The Primary Caregiver of the Complainant also clarified that the Complainant "did really well with an older lady", who "was an art therapist".   As a result of the Primary Caregiver's requests, the Respondent agreed that it would be okay for the Complainant to check in when she goes on to middle school.

Up until June 7, 2022, the Respondent continued to seek out at least 3 separate art therapists in the local community to honor the requests of the Primary Caregiver.  Of the 3 art therapists who the Respondent contacted as a means of honoring the Primary Caregiver's request, only 2 of them met the profile of "an older lady who is an art therapist".   Of the 2 art therapists who meet this profile, only 1 of them is accepting any new clients.

---

[27] "The second major aspect of the mother-daughter relationship is that a mother not only identifies with her daughter but also projects onto her some of the feelings she has". Luise Eichenbaum. Understanding Women

[28] "We know ourselves as separate only in so far as we live in connection with others. . .we experience relationships only in so far as we differentiate other from self." Carol Gilligan. In a Different Voice

DL-APS_000072

Corrective Action - Supplemental for LE, DANIEL  T (Page 73 of 310)

On June 7, 2022, the Respondent engaged in a face to face meeting with a licensed clinical counselor who is an art therapist, an older lady who fits the profile mentioned by the Primary Caregiver of the Complainant.  The Respondent asked this art therapist if it would be okay to refer a good family to her.  The family that the Respondent had in mind, on June 7, 2022, is the family of the Complainant.

On June 9, 2022, after the Respondent learned about the identity of the Complainant and the nature of the allegation from the outside investigative team hired by APS. This news was confusing and shocking for the Respondent.

After learning about the allegation of sexual harassment from the Complainant, the Respondent has respectfully withdrawn any form of counseling services re: Complainant and the Complainant's Primary Caregiver with respect to the Complainant's allegation. Please know that this is done out of respect for the allegations of the Complainant, out of respect for the Respondent's own welfare, and out of a heartfelt desire to protect all loved ones from any additional harm.

CONFIDENTIAL

DL-APS_000073

Corrective Action - Supplemental for LE, DANIEL T (Page 74 of 310)

## XI. THE CIRCLE OF LOVE AND ITS OPERATION WITHIN THE ECOSYSTEM OF CHAPARRAL ELEMENTARY SCHOOL: LONGITUDINAL EXAMPLES

Three Critical Safety
Questions [Steele &
Malchiodi, 2011]

**Where do you feel the
safest?
Who do you feel the
safest with?
What do you do to
feel safe?**

In the Circle of Love diagram, the Respondent invites students to consider the above questions, with the hope of helping a student identify an activity/memory/person/place that stimulates a feeling of love, safety, and support. Here are some examples.

EXAMPLE 1

In 2022, a uniquely traumatic event occurred. A 2nd grade student was strangled by a Primary Caregiver and was left in a state of complete shock. Multiple faculty members could tell that something was off with this 2nd grade student. When doing the Circle diagram, the 2nd grade student was only able to identify her 2nd grade teacher as a person where she felt safe to disclose the incident. The 2nd grade student gave permission for the Respondent to disclose this information to her "2nd grade teacher", MW. This is one way in which the Circle of Love is used with students. It is used to help a student to identify a person, at school, who radiates a reliable sense of love, safety, and support.

CONFIDENTIAL                                    DL-APS_000074

EXAMPLE 2

Sometimes, the Circle of Love does need to be explicitly drawn in order for a Person to disclose how they feel.  In 2022, the Respondent wore a Chaparral Elementary School t-shirt to a local store. One of the adult employees of the store smiled and spoke up when he saw the Chaparral Elementary t-shirt.  The employee said: "Chaparral!  That school changed my life!".  This employee, along with his mother (who happens to work at the same store), mentioned specifically that his **"2nd grade teacher and Principal FG changed his life"**.  The Respondent felt pleasantly overwhelmed to be seen as part of a community that changed a student's life.

The Respondent shared this news with the two 2nd grade educators (**MW and PC**) who once worked with the former student (now an adult), and the Respondent also shared this news with MB. MB has always spoken fondly of Principal FG.

EXAMPLE 3

In 2018, the Respondent worked with a 1st grade student rated as a high-risk for suicide. The 1st grade student, several times per week, expressed suicidal ideation, along with a plan.

When this student entered the 2nd grade, he was placed in the classroom of an Educator who bears the same surname as the RCI investigator.   The 2nd grade Educator radiated a reliable sense of love, safety, and support for a formerly suicidal student.  To the Respondent's knowledge, the child did not express a desire for suicidal ideation ever again.

When the Respondent performed the Circle of Love exercise with this child, the child identified his 2nd grade Educator as the person who loved him the most. In the Circle of Love diagram, the child consistently identified his 2nd grade Educator as the person who

DL-APS_000075

Corrective Action - Supplemental for LE, DANIEL  T (Page 76 of 310)

loved him the most, over a regular series of meetings that took place over the course of 3 years.  When the child was in 3rd grade, he asked the Respondent to disclose this information to his 2nd grade Educator, unaware that she was in transition to become his 4th grade Educator.

When the Educator took a leave of absence that extended into 2022, the effect on the child, and other children within the classroom, was immediate.  Newly uncharacteristic behaviors began to manifest, not just in him, but throughout the entire classroom.  The absence of an emotionally stable and caring Educator created a domino effect whereby several students began to behave in disruptive ways.  When students do not feel a genuine sense of affection and support, their outward behavior reflects how they feel internally.

EXAMPLE 4

From 2016 up until 2022, the Respondent worked with a student from kindergarten all the way up until the 5th grade.  This student experienced a series of Adverse Childhood Experiences from early childhood, up until the 5th grade.  Committed and caring faculty strove to make sure that this child could feel supported; members of the 2016-2022 Chaparral educational ecosystem came together, as a caring community, to provide as much support as possible for a child in need of loving attention.

One Educator, from 2018-2021, met with this child's family as regularly as she could, offering support to all of the people within the child's home ecosystem.  The child could feel the support.  Using the Circle of Love, the Respondent would invite the student to ponder various questions:

DL-APS_000076

Corrective Action - Supplemental for LE, DANIEL  T (Page 77 of 310)

1. Who do you feel cares about you the most?
2. Who is someone where you feel that you can genuinely be yourself?
3. What and who brings you the most joy?  (Child mentioned two activities and a rotating list of 5-7 Faculty members)
4. Who knows you that you are a genius? (Child listed one specific Faculty member in the Spring of 2022)

The faculty member that the student identified as the one who loved him most dearly (question 1) among all faculty, retired from APS in 2022.  Despite knowing about the departure of this one faculty member, a unique breakthrough emerged in the Spring of 2022.  When it was time for this child to check-in with the Respondent in the Spring of 2022, the child recognized that his academic gifts and talents were just as important as his emotional and social well-being.  In the Spring of 2022, this child, now a 5th grader, began to say things like, "Sorry Mr. Daniel, I can't check in today because I need to focus on my math and it is really important."  The child's 5th Grade Classroom Educator (B.A.) uniquely facilitated a sense of dignity and gravity when it comes to how this child now nurtures his own academic potential.  This 5th grade child, bound for middle-school, in the Spring of 2022, gave permission to the Respondent to let his 5th grade Classroom Educator (B.A.) that she is the one who "is most able to recognize his genius[29]", with respect to all the people who showed love for him throughout his years of school.

---

[29] Within the Chaparral prek-5 educational ecosystem, a coordinated and committed group of individuals came together to form a Circle of Love beginning from a child's kindergarten year (2016) up until graduation in 5th grade (2022). Despite experiencing a high number of Adverse Childhood Experiences, one child graduated with the recognition that there is value in nurturing his academic, emotional and social potential until the day he decides to become an astronaut or police officer.  **REFERENCE FOR INTERVENTION:** "Research has shown that positive emotions and interventions can bolster health, achievement, and resilience, and can buffer against depression and anxiety. And while considerable research in neuroscience has focused on disease, dysfunction, and the harmful effects of stress and trauma, very little is known about the neural mechanisms of human flourishing. Creating this network of positive neuroscience researchers will change that." Professor Martin P. Seligman

DL-APS_000077

# XII. <u>LINEAR RECORD OF UNMERITED ALLEGATIONS IN 2022 ADVANCED ADAMANTLY BY STUDENTS</u>

1. On May 2, 2022 a student approached the Respondent and provided a detailed account of sexual harassment. The student, while crying, mentioned that his classmate exposed him to pornography on his phone and that his classmate also showcased his private parts, while on school grounds. The student repeated this accusation several times in the counseling office to the Respondent.  Due to such a uniquely detailed account, the Respondent took the allegation seriously. Fortunately, the SPED Assistant Principal engages in careful investigative research. Despite the uniquely detailed account of sexual harassment, it is discovered that the APS student who made this allegation presented a false narrative.

2. In the Spring of 2022, 3 students stated that they overheard their 5th grade classmate issue a death threat against another classmate. 3 Chaparral faculty asked the Respondent to investigate. All were deeply concerned.   The 5th grade student who felt targeted for death went home, lamented to a parent, and expressed sadness over the fact that a classmate wanted him dead.  The parent of the alleged target empathized and sympathized with her son.  With this understandable concern on the part of many, the Respondent met with the alleged target and the alleged source of the death threat.  The accusation turned out to be false.  The two students (alleged target and alleged threat-maker) moved past the incident and expressed a desire to play basketball together after meeting with the Respondent in the counseling office. In this case, the Illusory Truth Effect was able to be dispelled among multiple parties, except for one person.

3. In 2022, a 1st grade student accused her classmate of poking her with a thumbtack, on the hand, in the bathroom. The student reported this harassment to her sister, her mother, her grandmother, her classroom educator, and the

DL-APS_000078

`

.

Corrective Action - Supplemental for LE, DANIEL  T (Page 79 of 310)

Respondent.  The Respondent took the allegation seriously and brought this matter to the attention of the Principal.  Thankfully, the Principal was able to review the cameras and discover that the accuser and her alleged harasser were never in the bathroom together at the same time.  It was impossible for such a thing to happen.  The 1st grade child, nonetheless, maintained the veracity of her initial position.

4.  In April of 2022, a 5th grade student openly accused her classmate of sexual harassment, in the presence of several other classmates. Later in the day, she amended her claim and admitted it was false.  The accuser openly stated that she was entitled to say things because of an experience within her past. The 5th grade student who had been falsely accused of sexual harassment sought immediate counseling for trauma.  On a positive note, **allegation # 4 ties in with allegation #2.** Positive peer student support for this child, within the Chaparral student body, immediately came in the form of the 5th grade student who, in the situation of false allegation #2, expressed empathy because he knew the painful experience of being widely condemned by several eyewitnesses for a false allegation.

5.  In April of 2022, two students approached the Respondent to share something important. The two students mentioned that they saw their classmate use his hand to spank a private area of another classmate.  The students who issued this report sounded credible, despite the incredulity of the claim.  After investigating this claim, it was found to be completely false and totally without merit.

6.  In the Spring of 2022, a grief-stricken student requested counseling over a break-up that he did not initiate. Rumors circulated. A female classmate of the grieving student spread the false narrative that the real reason for the break-up was that the grieving student had always been "in love" with her, as opposed to his former girlfriend. Another student circulated a rumor that she overheard the grieving student "bragging" about hurting the feelings of his former girlfriend. Students met as a group and stated that they would stop spreading rumors.  The two

CONFIDENTIAL

DL-APS_000079

Corrective Action - Supplemental for LE, DANIEL  T (Page 80 of 310)

students who initiated false rumors nonetheless persisted to advance their original narrative with any willing audience.

**In all of the above instances, with the exception of #4, the accusing parties remained adamant in their initial positions, even after repeated interviews.  (The Illusory Truth Effect)**

CONFIDENTIAL

DL-APS_000080

Corrective Action - Supplemental for LE, DANIEL T (Page 81 of 310)

## XIII.  SYNOPSIS

### MAY 3, 2020

A community of 1.4 billion hue-mans are targeted as the cause for a global pandemic. Global **anxiety** is given a physical target in the form of any hue-man being who radiates a specific ethnic background and phenotype.

### MAY 3, 2021

The 4th grade classroom Educator of the Complainant sends a message to the Respondent. Complainant is seeking counseling for **anxiety.**

### NOVEMBER 17, 2021

The first check-in between the Respondent and the Complainant takes place. It takes place as a result of a professional obligation to help the Complainant process a situation in which she expressed visible discomfort and reported **anxiety** to MB. The anxiety was directly related to a perception of sexual harassment from another student. The first, face to face, check-in between Respondent and Complainant takes place on the same day as the incident in the cafeteria.

### LATE MARCH/EARLY APRIL 2022

The Complainant asks the Respondent to check-in about something important.  The Respondent opens a time slot for the Complainant to reveal what she wishes to share. On April 6, the Complainant shares a dream/wish, with romantic inclinations, with respect to the same student where there was once a visible expression of bodily discomfort, in November 2021.  The Respondent remains aware of the potential **anxiety** that can come from the manifestation of the Complainant's dream.   Rather than amplify the desire of the Complainant's stated dream/wish, the Respondent invites the Complainant to participate in activities that can potentially facilitate the self-image and

CONFIDENTIAL

DL-APS_000081

Corrective Action - Supplemental for LE, DANIEL  T (Page 82 of 310)

social supports she may have once felt in 1st or 2nd grade[30].  Respondent and Complainant discuss a platonic friendship group (same gender and/or opposite gender). Complainant does not seem interested.

The Complainant discloses that she feels as if there is not one student with whom she can disclose her feelings with, at Chaparral Elementary School.  The Respondent would like to note that he is aware of at least one student, on the Respondent's caseload, who views the Complainant as a good friend, wishing for her best, expressing a desire to be helpful to her, without the pressure of reciprocating any romantic intent. MB knows this same student as well.

LAST WEEK OF APRIL 2022 (April 26 or April 27)

Primary Caregiver of the Complainant requests future counseling services from the Respondent re: Complainant.  Primary Caregiver requests 3 clinical references so that the family can attend counseling outside of APS.  Primary Caregiver also declares that there is an injunction, within the family, in regard to any kind of romantic desires in the lives of her children.  The Respondent takes note of all three statements by the Primary Caregiver of the Complainant, honoring them to the best of his ability.

MAY 3, 2022

Respondent receives a letter from APS Human Resources that mentions allegations of sexual harassment.   Respondent has, to the best of his ability, to the day of this submission, honored the instructions within the letter and the expressed wishes of the families and children who were once on the Respondent's caseload.

---

[30] REFERENCE FOR INTERVENTION: "the epigenome can be affected by positive experiences, such as supportive relationships and opportunities for learning. . . research demonstrates that there may be ways to reverse certain negative changes and restore healthy functioning. But the very best strategy is to support responsive relationships and reduce stress to build strong brains from the beginning". https://developingchild.harvard.edu/resources/what-is-epigenetics-and-how-does-it-relate-to-child-development/

CONFIDENTIAL

Corrective Action - Supplemental for LE, DANIEL  T (Page 83 of 310)

### JUNE 9, 2022

Respondent learns the identity of the Complainant from an outside detective hired by APS.  Respondent is asked questions about the Complainant's disclosures. Respondent is shocked at the allegations since the Complainant's Primary Caregiver had requested permission to continue counseling with the Complainant when the Complainant went on to middle school.  Respondent also notes that he performed a plus/delta at the end of each counseling session with the Complainant, asking for feedback on how he could improve services for the betterment of the Complainant. Complainant offered positive feedback to the Respondent during the counseling session.

### JUNE 16, 2022

On this day, Respondent hears a joke that focuses on two dogs (one named "Panda") engaging in incest. The joking conversation begins with, "Oh Panda!", followed by, "Incest is best."  Respondent is the only person in the local bike store who does not laugh when this joke is issued.

All of the students on the Respondent's caseload (2021-2022) are able to see a huge drawing of a Panda in the upper corner of the Respondent's counseling office; this drawing of the Panda explicitly states "East Asia" in bold lettering.   Respondent must consider the real possibility of Systemic Prejudice (i.e. racialized caricatures and racialized discrimination) with respect to the allegations of the Complainant and all involved parties who perpetuate this narrative.

### OCTOBER 21, 2022

APS, Office of Equal Opportunity Services, emails a report to Respondent with information that an allegation has been corroborated by an investigative team, Robert Casewell Investigations.  APS, Office of Equal Opportunity Services also notifies Respondent of the right to submit an intent to appeal the current status of the finding. Respondent submits an Intent to Appeal and a Redacted Report in Response to

DL-APS_000083

Corrective Action - Supplemental for LE, DANIEL  T (Page 84 of 310)

Allegations of Sexual Harassment on October 30, 2022 to APS Office of Equal Opportunity Services. Mr. Jerry Thorn at Albuquerque Teachers Federation is copied on the email to EOSOffice@aps.edu

## OCTOBER 31, 2022

APS Office of Equal Opportunity Services provides Respondent with a Revised Redacted Report of the Allegations, along with a hearing date of November 22, 2022 at 9:30 A.M.

CONFIDENTIAL

DL-APS_000084

Corrective Action - Supplemental for LE, DANIEL  T (Page 85 of 310)

## XIV. <u>CONCLUDING THOUGHTS AND THANKS</u>

The Respondent is thankful to be given the opportunity to respond. Thank you for investing the time to review the contents of this Redacted Report. There is a sincere hope that this document can provide more context for the Respondent's desire to appeal the current status of the finding and be completely absolved of an absurd allegation.

CONFIDENTIAL

DL-APS_000085