# Exhibit 1-6


**Albuquerque Public Schools**

EXHIBIT 6

Heather Cowan <heather.cowan@aps.edu>

## Question

**Jessica Rivera** <rivera_j@aps.edu>                                    Fri, Feb 9, 2024 at 4:06 PM
To: Heather Cowan <heather.cowan@aps.edu>

Heather:

Thank you for your fast response. The answer to your question about why Mr. Le was put on administrative leave is a bit complicated.  Mr. Le was moved to Sandia High School last semester in lieu of firing him (post the EOS report and HR process), and he was placed on a performance improvement plan, which included meeting with Vicki Price regularly. Vicki Price raised a number of concerns with Mr. Le about diagnosing or attempting to diagnose students, conflicts with staff, improper use of a doll with high school students, and his unwillingness to comply with the terms of the PIP. He was notified that he was scheduled for a due process hearing right before the Winter break to discuss these concerns, and a letter he submitted to Vicki Price which rehashed the EOS and Due Process findings, accused APS of discriminating against him, and indicating that he intended to hire an attorney.  The due process hearing was cancelled. In January, 2024 an attorney contacted HR indicating that he represented Mr. Le. The attorney made a number of unreasonable demands, including but not limited expunging the EOS finding which he referred to as a Kangaroo proceeding, along with the Due Process proceeding. Renni responded to his demand and has been trying to work something out with him so that Mr. Le can leave APS at the end of this semester.

Meanwhile, administrators from the high school sent emails to HR during this same time frame in January, 2024 complaining about Mr. Le's inability to provide academic scheduling to students although he was repeatedly trained by staff who tried to help him learn how to do it. Additionally, school staff was having to re-do his work because he made significant errors in students schedules that staff reported caused student's undue strain and confusion. They were very upset and asked that he be removed from the school because he was putting students at risk due to the errors he was making. Additionally, Mr. Le's attorney sent follow up correspondence alleging that Mr. Le was being retaliated against by staff who allegedly removed his printer privileges. Due to the complaints and increasing toxicity, HR placed Mr. Le on paid administrative leave to conduct a more in-depth investigation while attempt to negotiate and exit with Mr. Le's attorney.

I am not aware of any Attorney General's Office complaint being filed,  I assume I would have received it. Let us know if you need additional information.

[Quoted text hidden]


**EXHIBIT**
Ex. 6
Le 2/20/26

DL-APS_000322