# Exhibit 1-7

<u>Federal Sworn Statement and Letter of Rebuttal of Daniel Le</u>
I, Daniel Le, affirm that all statements, outlined in Blue ink, are accurate and true. This Federal Sworn Statement is designed for a Judge in the United States of America. This Federal Sworn Statement and Letter of Rebuttal rebuts the research of Robert Casewell Investigations and Law Firms who contract with Robert Casewell Investigations

<u>On 11-17-2021</u>, a student was subjected to multiple hip thrusts/moaning sounds in the school cafeteria. Incident was witnessed by multiple students and captured on the school video feed. A grandmother, with student at her side, pleaded for my help. Grandmother (Mrs. M------- B----) stated that "Admin did not believe" that student had been subjected to harassment. As Admin was observed reviewing the incident on the school video feed, laughter/smiling emanated from School Admin, as School Admin watched a student, in visible pain, on the school video feed. Admin continued to deny harassment until I pointed out the obvious fact of student in pain.

<u>On 11-17-2021</u>, I actively opposed Title VII Discrimination and New Mexico Human Rights Act Discrimination, in compliance with Erin's Law and Albuquerque public school District policies, <u>when others did not</u>. Albuquerque public schools Retaliated by contracting with Robert Casewell Investigations and Law Firm(s) in violation of Federal Laws, State Laws, and two district policies: "See Something Say Something" and "In Loco Parentis".

<u>In May 2022</u>, Albuquerque public schools lied about the situation by informing a Union Rep to tell me that Student, from 11-17-2021 incident, had filed a complaint. This lie was perpetuated by Albuquerque public schools in order to bury the Truth. The Truth is that I actively opposed Title VII Discrimination and New Mexico Human Rights Act Discrimination, in compliance with Erin's Law and school district policies, when others did not. Thankfully, a Certified Nurse Practitioner questioned my relationship with School Admin, during my visit to Urgent Care, a few days later. <u>On May 3 2022</u>, I lost consciousness and was transported to the hospital immediately when School Admin framed me as a target of investigation, feigning ignorance about their role in furthering the deception. I am Grateful that a Certified Nurse Practitioner acted with Ethical Integrity when I visited Urgent Care, a few days after being hospitalized on May 3 2022.

<u>In June 2022</u>, Albuquerque public schools utilized Robert Casewell Investigations to lie to me and state that Student from the 11-17-2021 incident (recipient of multiple hip thrusts/moaning sounds, on video) had filed a complaint against me. This lie never made sense since student had approached me for help, AND, caregiver of that Student had specifically requested permission for the Student to receive counseling services from me in late April 2022. Robert Casewell Investigations, Albuquerque public schools, and Law Firms contracted by Albuquerque public schools all ignored the fact I looked for three outside therapists (i.e. an older lady, an art therapist) to help student process their feelings. This request was fulfilled out of courtesy to Caregiver of Student (school district employee) and

CONFIDENTIAL



DL-APS_000385

Student.  The search for 3 Art Therapists took place after 5-3-2022, when Albuquerque public schools utilized its Office of Equal Opportunity Services (Aps EOS), Robert Casewell Investigations, and in-house Law Firm(s) to retaliate against me, lying about the fact that Student filed a complaint against me.

Robert Casewell Investigations (RCI) did violate my 4th Amendment Right to Privacy by illegally spoofing my personal cell phone on 6-10-2022, and then illegally hijacking two of my personal email accounts in an effort to find evidence to engage in further Retaliation.  The coordinated unlawful behavior of Aps, RCI, and Law Firms is troubling and a matter for the Public Interest.

Union Rep has a 200 + page Confidential Report that was issued in April 2023 that provides more detail of my Protected Opposition to Title VII Discrimination and Harassment that was captured on school video feed in front of many witnesses on 11-17-2021. I emailed Union Rep., on 6-9-2023, more details of my Protected Opposition to Discrimination in compliance with Title VII, the New Mexico Human Rights Act, and the Americans with Disabilities Act after Students, Staff members, Faculty, and School Admin asked for my help in November 2021. Email to Union Rep, dated 6-9-2023, has important context.

   Federal Laws, State Laws, and District Policies violated by Albuquerque public schools

1. Title VII of the Civil Rights Act is a Federal Law that prohibits Unlawful acts of Employment Discipline/Discrimination/Harassment/Retaliation that agents and employees of Albuquerque public schools initiated after I engaged in Protected Opposition to Title VII Discrimination on 11-17-2021.

2. The New Mexico Human Rights Act is a State Law that prohibits Unlawful acts of Employment Discipline/Discrimination/Harassment/Retaliation that the school district initiated against me after I engaged in Protected Opposition to Discrimination in November 2021.  Union Rep has a 200 + page Confidential Report that I issued in April 2023.  I emailed Union Rep. on 6-9-2023 details of Protected Opposition to Discrimination in compliance with Title VII, the New Mexico Human Rights Act, the Americans with Disabilities Act after several Students, Staff members, Faculty, and School Admin asked for my help in November 2021. Email to Union Rep, dated 6-9-2023, has important context.

3. The New Mexico Whistleblower Protection Act protects public employees who report concerning behavior of a public employer or concerning behavior of a private corporation.

4. The Americans with Disabilities Act (ADA) prohibits Discrimination against students and employees who are diagnosed with a Disability and prohibits Retaliation and Coercion against persons who engage in Protected Opposition to ADA Discrimination.  A student, protected under ADA, in a military family, disclosed being placed in an outdoor garbage

CONFIDENTIAL

DL-APS_000386

bin.  School Admin, Staff, and Students brought issues to my attention and asked for my help.  On 6-9-2023, I disclosed my Protected Opposition to Discrimination in compliance with Erin's Law and school district policies, in an email to Union Rep.  Albuquerque public schools retaliated by issuing a work transfer with a letter of reprimand on 8-8-2023, 90 mandatory Performance Improvement Plan, a disciplinary directive, more Gag Orders, and threats of discipline/discharge/nonrenewal/reprimand/suspension/termination.

5.  Erin's Law mandates a Child Protection curriculum due to the existential reality of child abuse/neglect.  Erin's Law became State Law in March 2014.  Mandatory Child Protection Unit became authorized in Elementary Albuquerque public schools after Victoria Martens passed in 2016.

6.  In Loco Parentis is a school district policy which mandates the legal responsibilities of school professionals, in a public school setting, when legal guardians/parents are not present. I opposed Title VII and New Mexico Human Rights Act Discrimination on 11-17-2021, when others did not.

7.  See Something Say Something is a common law school district policy that encourages students and staff to report concerning behavior. The school superintendent of Albuquerque public schools (at the time of 11-17-2021 incident) publicly acknowledged the school district policy, See It Say It, *after the school district endured the loss of Bennie Hargrove in August 2021.*

8.  The First Amendment of the US Constitution and Section 17 of the NM Constitution guarantee Freedom of Speech, Freedom of Assembly, and Right of Petition when public employees address a matter of Public Concern. Albuquerque public schools issued a Gag Clause on 5-3-2022, on 8-8-2023, and a stronger Gag Clause on 11-6-2023 in retaliation for my Protected Civil Rights Activity.

9.  Title 42 USC 1985 Civil Conspiracy to Interfere with Civil Rights under Equal Protection of the Laws prohibits agents and officials, under Color of Law, from conspiring to interfere with my Civil Rights.


I exhausted internal whistleblower channels by reporting above concerns to Union and to the Albuquerque public schools Office of Equal Opportunity Services (Aps EOS) in November 2022.

On 1-11-2023, at the prompting of Union Rep., I reported above concerns to Human Resources. Albuquerque public school district employees and the New Mexico Public Education Department in compliance with American School Counselor Association (ASCA) Ethical Standard E.1.d.

CONFIDENTIAL

DL-APS_000387

<u>In October of 2023, I externally reported concerns</u> to the local Office of Civil Rights. The Office of Civil Rights recommended Agencies/Bodies who value Federal/State Law. Offices of Civil Rights have reports that Rebut misleading information put out by Albuquerque public schools (Aps) when Aps contracted with Robert Casewell Investigations and Law Firms below to engage in continual acts of unjustified and unlawful Employment Discipline-Discrimination-Harassment-Retaliation.

<u>On 11-16-2023</u>, I issued a Report to the New Mexico Attorney General's Office at the recommendation of Trusted Counsel and the Office of the County Attorney General. The Public Education Department received a report in 12-2023 in compliance with American School Counselor Association Ethical Standard E.1.d. Compliance with several ASCA Ethical Standards was confirmed by Anti-Racism Anti-Oppression Division of New Mexico Public Education Department.



Robert Caswell Investigations
5901 Wyoming Blvd NE, Suite J 332
Albuquerque, NM 87109
505-797-5661

### CONFIDENTIAL INFORMATION / ATTORNEY WORK PRODUCT

The information contained herein was obtained at the request and direction of the client pursuant to a contractual agreement; and is intended for the exclusive use of the client. The discovery, reporting and anticipated use of this information has been discussed with the client and as such is an extension of the clients work product. The continued confidentiality of this information by Robert Caswell Investigations has been assured the client as a condition of employment. Any information obtained by Robert Caswell Investigations in connection to this matter whether directly or collaterally will not be divulged without the written consent of the client. Unless otherwise indicated herein, information obtained from other sources has not been verified and Robert Caswell Investigations does not guarantee the accuracy, completeness or timeliness of said information; and Robert Caswell Investigations assumes no liability for any loss or injury resulting from the use of information obtained from sources over which Robert Caswell Investigations has no control.

### ALBUQUERQUE PUBLIC SCHOOLS
### INVESTIGATIVE REPORT

Ref: 21223096

Location: Chaparral Elementary School

Claim: Harassment

Investigator: I

Date: Revised September 26, 2022

CONFIDENTIAL INFORMATION

This Federal Sworn Statement and Letter of Rebuttal of Daniel Le complies with Federal Laws, State Laws, district policy of <u>See Something, Say Something</u>, and several mandatory ASCA Ethical Standards. It is designed for the Community member who values the good of the Public Interest.

Students at the Elementary, Middle, and High School Level have disclosed a desire to be a Counselor, Educator, Therapist, Astronaut, member of Law Enforcement, Attorney, Supreme Court Justice, Nurse, Heart Surgeon, Brain Surgeon, Actor, Dancer, Artist, Graphic Designer, Engineer, Mechanic, Professional Athlete, Actuary, Mortician, or, a good Parent.

<u>On 1-11-2023</u>, Albuquerque public schools did admit that my Rights had been violated. This conversation was recorded by Albuquerque public schools. Union Rep. was present. <u>If Albuquerque public schools chose to engage in illegal and unethical behavior, going forward, I advised Albuquerque public schools that this would become a Legal, Ethical, and Moral Issue.</u>

<u>Around 12-20-2023</u>, Albuquerque public schools retained an attorney who had violated the Civil-Constitutional-Employment Rights of my Dear Friend, a Counselor protected under ADA. My Friend, a Counselor protected under ADA, had a private audience with Saint Teresa of Calcutta due to his work with children in New Mexico, reminding children how to end the cycle of violence. AFTER this Dear Friend requested reasonable accommodations afforded under ADA, Albuquerque public schools sent an attorney to threaten him the very next day. The Aps attorney threatened this Dear Friend by saying, something to the effect of, *"unless you sign this piece of paper saying that you will never complain about your working conditions, we can transfer you to any school that we want, year after year."* My Friend was scared and shocked. Out of coercion and threats of intimidation, he signed the piece of paper, under duress, from the threats of ongoing intimidation.

<u>Around 12-20-2023</u>, Albuquerque public schools sent same lawyer above to target me, AFTER I advocated for Civil Rights afforded under Title VII and the New Mexico Human Rights Act. AFTER receiving my Letter of Rebuttal, Albuquerque public schools threatened me by sending same lawyer from above who violated ADA protections of a fellow school counselor and Dear Friend.

I asked Union: <u>"You don't think that they (Aps) are going to do something unethical, do you?"</u> Union replied: <u>"I don't know."</u> *For specific reasons above, I declined to meet with that Aps lawyer.*

The coordinated behavior of Albuquerque public schools Office of Equal Opportunity Services, Aps Human Resources, Aps Admin, Aps Law Firms, and Robert Casewell Investigations to collectively frame me as a target for investigation, threaten me, and allege Libel/Slander as fact, AFTER I engage in legally protected activity, is a Public Concern. Such unlawful Aps misconduct implicates:

<u>Title 42 USC 1985 Conspiracy to Interfere with Civil Rights under Equal Protection of the Law</u>

CONFIDENTIAL

DL-APS_000389

<u>New Mexico Administrative Code 1.7.1.12 states, in part, that:</u>
"Agencies shall maintain a record of each employee's employment history in accordance with operational necessity and applicable state and federal law requirements. Employees shall have access to review their own file. Employment-related confidential records shall be available for inspection by agencies during the process of interviewing for employment when the employee has provided a signed release. No materials shall be placed in an employee's employment history without providing the employee with a copy.  Employees may submit written rebuttal to any material placed in their employment history. Agencies shall transfer the complete record of an employee's employment history upon inter-agency transfer.
<u>Article 14 of the Negotiated Agreement (Collective Bargaining Agreement) states, in part, that</u>
"The educator has the right to respond in writing to anything placed in that educator's open file and have such response placed with the material to which the response relates."

<u>Albuquerque public schools (Aps) did not comply with NM Admin Code 1.7.1.12 & Article 14 of the Negotiated Agreement, after Aps issued work transfers, on 4-22-2024, and on 3-17-2025. Due to Aps non-compliance with above Laws and Policies outlined in this Federal Sworn Statement and Letter of Rebuttal, I include this Letter of Rebuttal for the Aps EOS case file created by Robert Casewell Investigations, Aps EOS, and Law Firms contracted by Aps.</u>

On 4-7-2025, Ms. Jennifer O'Connell with Albuquerque public schools Office of Equal Opportunity Services confirmed, by phone, that she would be place this Federal Sworn Statement and Letter of Rebuttal with the Aps EOS case file created by Aps Law Firms and Robert Casewell Investigations and Aps EOS.  Ms. O'Connell also mentioned that she would acknowledge receipt of this Federal Sworn Statement and Letter of Rebuttal and state, by email, that this would be placed with the Aps EOS case file created by Aps EOS, Robert Casewell Investigations, and Law Firms contracted by Albuquerque public schools.

CONFIDENTIAL

DL-APS_000390