# Exhibit 1-10

# Formal Whistleblower Report

## Daniel Le

### Private Citizen

### Public Employee

### Purposely Released between 4-26-2025 and 4-27-2025

### Respectfully Submitted in Consideration of the Public Interest

0



EXHIBIT

10

Le 2/20/26

PLA000749

# Table of Contents

I.     Table of Contents                                                                                          (Page 1)
II.    Preface                                                                                                        (Page 2)
III.   In Memoriam                                                                                               (Page 3)
IV.    School policies that Guide Public Education                                                     (Page 4)
V.     Adverse Employment Actions resulting from Compliance with Supreme Courts    (Pgs. 5-6)
V.     A school district's non-compliance with the New Mexico State Constitution         (Pgs.7-12)
VI.    A school district's non-compliance with the United States Constitution                 (Pgs.13-21)

Schools agree to operate in Good Faith under a Negotiated Agreement
A school district that violates a Negotiated Agreement indicates Bad Faith
A school district that violates Civil, Constitutional, and Employment Rights fails its Mission
Violations of Good Faith, Law and Bargaining Rights in the Negotiated Agreement reiterated **(Page 22)**

VII.   Endnotes                                                                                                     **(Page 23)**

**New Mexico Governmental Conduct Act Compliance Guide** identifies the **New Mexico Whistleblower Protection Act, Open Meetings Act & New Mexico Statute 30-26-1** as <u>Laws that relate to Ethical Conduct</u>.  The New Mexico Governmental Conduct Act Compliance Guide was released by the Office of New Mexico Attorney General during the tenure of Attorney General Hector Balderas. It is a guide for all employees in the State of New Mexico. <u>**On 1-23-2025, the New Mexico Supreme Court ruled that all New Mexico public school districts must comply with the New Mexico Human Rights Act (NMHRA).**</u>

**On 1-11-2023, I informed Albuquerque public schools (Aps), Aps Attorney, and Union Rep. that if Albuquerque public schools continued to engage in illegal, immoral and unethical conduct, then the matter would become a Legal-Ethical-Moral issue. Union Rep. was present at 1-11-2023 meeting. Albuquerque public schools asked everyone to turn off recording devices immediately after I stated this. A Formal Whistleblower Report evolved after a district continually abused government authority and violated Laws and common school district policies.**

Information in this Whistleblower Report is subject to an **Open Meetings Act** by State Law. Any further acts of unjustified Employment Discipline-Discrimination-Harassment-Retaliation by agents and employees of Albuquerque public schools district will be documented accordingly. Hector Balderas filed a Statewide lawsuit in 2018 in order to protect Professionals with Asian ancestry.  The lawsuit encouraged all corporations and governments to comply with Law. It modeled an example where public employees act for the good of the Public Interest despite the temptation to exploit Liberties & Rights of hue-man beings who can fall into a vulnerable state.

Approximately 100 years before Attorney General Hector Balderas filed a lawsuit to protect Professionals with Asian ancestry, Racist Alien Land Laws were being passed by Residents across the United States of America.  Residents in the counties of Mora, Taos, and Guadalupe overwhelmingly voted to reject the passage of any Alien Land Law, as did residents in Santa Fe. Since Hector Balderas spent time in Mora County, this Formal Whistleblower Report appreciates and recognizes a Beauty when, through generations of consciousness-space-time, any soul holds faithfully to a principle of Equality of Justice and Equality of Opportunity under Equal Protection of the Laws. The University of Cincinnati Alien Land Law Project uncovered Alien Land Laws and worked to persuade States to remove all stains from a Nation's history.

PLA000750

# Preface

Starting around 2019, children mentioned that I needed to visit places in the Counties of Taos, Guadalupe & Santa Fe.  I did not know why.   Family members and I went forth to visit specific places that children recommended. I began to understand how some children viewed myself and the Land.  Family members and I appreciated places that children recommended. Maybe it was an ancestral memory of an inclusive Community. Residents in the Counties of Mora, Taos, Guadalupe and Santa Fe had voted to reject the passage of a 1921 Statewide Alien Land Law, a Law designed to restrict Asians from developing Agency, Capital & Land. Over 10,000 lawsuits were filed by Citizens of Asian ancestry in the late 1800s and early 1900s to defend against unjust exclusionary acts and massacres. Exclusionary Acts and massacres served as a prelude to Alien Land Laws. Alien Land Laws served as a prelude to Mass Incarceration Camps. Mass Incarceration Camps fulfilled a generational and multinational goal to restrict the Agency and Land Usage of Citizens with Asian ancestry. Citizens with as little as 1/16th Japanese ancestry were targeted. After Mass Incarceration Camps fulfilled the goal of restricting the Land Rights, Reproductive agency, and Social Agency of Asians, atomic bombs were twice detonated on civilians, incinerating over 10,000 US Citizens with Asian ancestry.

The first atomic bombs were not released on unsuspecting civilians living in Japan. The first atomic bombs were dropped near communities comprising US Citizens with Apache and Hispanic descent.   The dropping of atomic bombs was purposefully placed.  Elected officials knew about the cultural/ethnic/national origin/racial composition of the hue-man beings who lived where atomic bombings were to be dropped. The placement of bombs is not an accident.

In public school settings, children may recall a Land that existed before the formation of the Union, the Mexican government, and the arrival of a Spanish Crown.  Children joyfully trace a lineage to places on the African continent, the Americas, the Arabian Peninsula, Asian continent, European Peninsula, Indian subcontinent, or Persian Gulf. Children take joy in revealing an ancestry that traces back to the Mayflower. Eventually, children will mature. Some children may desire to abide in a Land where there is Equality of Justice and Equality of Opportunity under Equal Protection of the Laws. I am blessed to interact with a few such children, on a professional level.  I am referring to both the literal child and the Inner Child.

In Autumn of 2019, a Child, native to New Mexico, recommended her favorite film, "The Sun is Also a Star".  "The Sun is Also a Star" is a Love Story. The female lead and male lead care about one another, their families, and appreciate differences in the tapestry that connect each fragile hue-man life together. Love can falter, survive, and thrive when systems target families and persons for Harassment and Discrimination, across continents, countries, and lifetimes. This Formal Whistleblower Report celebrates the inner child who responds to acts of unjustified and unlawful Discrimination with a sense of humor, vigilance, an open heart, and an open mind.  This Formal Whistleblower Report provides information for the Child who may encounter agents and employees who specialize in violating hue-man Freedoms, hue-man Liberties and hue-man Rights that have been carefully enshrined in the New Mexico State Constitution and United States Constitution. This Formal Whistleblower Report defends against unlawful actions committed by various agents and employees in any United States corporation or government.

2

PLA000751

# In Memoriam

1. This Report is designed, in memoriam, to honor the labor of persons who, historically, investigated the fidelity with which governments adhere to Equality of Justice and Equality of Opportunity under Equal Protection of the Laws: **Keith Aoki**, **Coretta Scott King**, **Ulysses S. Grant and Amy Biehl** were born, or passed away, on April 26 or April 27 of the Roman calendar.

A. **Keith Aoki** served as an Artist and Law Professor. His writings devote attention toward marginalized communities, lower-income spaces, and persons of color. Keith Aoki's research unveiled a multigenerational pattern of Systematic Unlawful Discrimination, across the globe.
   1. *The intergenerational racialization of poverty due to <u>Black codes</u> and <u>Reproductive codes</u>* imposed on persons of Color in public places and gentrified neighborhoods. These acts took place throughout multiple nations on the globe, over generations. Keith Aoki acknowledged the unlawfulness of state-sanctioned wars against the Black Panthers by government agencies, within the United States, mirroring wars against people in Southeast Asia.
   2. *<u>Exclusionary Immigration/Labor practices</u> served as a prelude to Alien Land Laws.*
   3. *<u>Alien Land Laws</u> served as a prelude to <u>Mass Incarceration Camps targeting persons with 1/16th Japanese ancestry.</u> Mass Incarceration camps were then followed by the <u>Mass Deportation of US Citizens with Hispanic/Latina/Latino/Mexican ancestry across the Land</u>.*

   Mr. Aoki's work parallels the legacy of Norm Mineta, who advanced 3 lawsuits, after the 9/11 attacks, to ensure that persons would not be subject to the unlawful treatment he and thousands of individuals endured in the Mass Incarceration Camps under Federal Executive Order 9066. Norm Mineta's presence, as a Federal Cabinet Member, from 2000 to 2006, was required to persuade New Mexico legislators to repeal a 1921 Alien Land Law from a century prior. Norm Mineta passed away on 5-3-2022, a day where I lost consciousness after agents and employees of Albuquerque public schools conspired to frame me as a target for investigation.

B. **Coretta Scott King** extended MLK's legacy to Public Interest Law. The assassination and life of MLK is what persuaded the U.S. government to rectify the harm of generational roadblocks, purposely put in place by corporate powers and government actors, that actively denied Citizens of color from obtaining equal opportunities as whiter Citizens with respect to Liberties, Rights, Housing, Employment, Reproductive Agency and Wealth. The riots that followed MLK's assassination forced governments, at all levels, to redress past injustices and misdeeds.

C. **Ulysses S. Grant** signed the **Ku Klux Klan Act** and the **14th Amendment** into Law after the assassination of President Abraham Lincoln. <u>Without the Ku Klux Klan Act and the 14th Amendment</u>, <u>no hue-man being would have a lawful Right to defend against corporate/government misdeeds</u>. <u>Title 42 USC 1983 derives from the Ku Klux Klan Act.</u>

D. **Amy Biehl** invested her life in the hope of dismantling Apartheid. Amy Biehl's legacy is honored in the State of New Mexico. A family member remembers meeting Amy Biehl briefly at a party, at UC Davis, prior to Amy Biehl's departure and passing in South Africa. Residents in the State of New Mexico have chosen to honor the legacy of Amy Biehl.

2. **This Whistleblower Report** is designed with a community of children in mind. Students have disclosed a desire to be a Counselor, Educator, Therapist, Nurse, Astronaut, Attorney, member of Law Enforcement, Dancer, Actor, Supreme Court Justice, Heart Surgeon, Brain Surgeon, Actuary, Mortician, Engineer, Mechanic, or, a good Parent.

3

PLA000752

# School Policies that Guide Public Education

## All Information on this Page is Designed to be Incorporated as Evidence for Subsequent Sections

A Mandatory Child Protection Unit became authorized in Albuquerque public schools after Victoria Martens passed in 2016.  The Mandatory Child Protection Unit strives to help children discern the difference between safe & unsafe touch.  A Mandatory Child Protection Unit complies with Erin's Law, which became State Law in March 2014.   On 11-17-2021, a grandmother asked me to intervene after a student received multiple hip thrusts/moaning sounds in a school cafeteria, in front of multiple witnesses, captured on school video feed. Grandmother pleaded for help, stopped me in hallway with student at her side, stating, "Admin did not believe" student was harassed.  I saw school Admin laughing/smiling while watching video of incident on replay. School Admin repeated denial of harassment. **I engaged in Protected Opposition to Title VII/NMHRA Discrimination, in compliance with Erin's Law and District policies, when others did not.**

In Loco Parentis mandates that school professionals ensure the welfare of students when legal guardians/parents are not present. After the 11-17-2021 incident took place in front of multiple witnesses with respect to the Mandatory Child Protection Unit and Erin's Law, I contacted the New Mexico Attorney General's Office on 11-16-2023. In addition to the 11-17-2021 incident, another incident required attention.  In November 2021, students, staff, school Admin asked for help. One student in a military family, protected under ADA, with Native ancestry, disclosed being placed in an outdoor garbage bin.  I engaged in protected opposition to ADA/Title VII/NMHRA Discrimination, when others did not. When I submitted a detailed report on 6-9-2023, the district placed me on a 90 Day Mandatory PIP threatening discharge-discipline-nonrenewal-termination, and then transferred me to Sandia High School as a first year high school counselor. School professionals are often faced with situations where a life may be in danger. During **the Spring of 2015**, a kindergarten child of color disclosed a desire to die. Suicidal disclosure happened again.  A third time, child attempted to die by suicide by running headfirst, into a moving vehicle, on campus. A godly woman of Color saved child's life and brought child to counseling office.  Child was informed, "G-d loves you". Suicidal ideation ceased. In May 2015, in response to above, a district administrator smugly stated, in the presence of another district employee, that "*Racism. . .it's just the icing on the cake*" and "*you can never talk about G-d*". **District sent people to spy on me, preventing persons of Faith & Color from obtaining internship hours with me.**

See Something, Say Something encourages All persons to report concerns.  Albuquerque public schools (Aps) publicly acknowledged **See Something, Say Something** after the Community endured the loss of Bennie Hargrove in August of 2021, due to gun violence. Bennie Hargrove endured the loss of his life after standing up against bullying. The loss of Bennie Hargrove persuaded Albuquerque public schools district to promote **See Something, Say Something** as a common school district policy.  One Albuquerque public school Office of Equal Opportunity Services Specialist (Aps Eos) substantiated the violation of my Rights with respect to Law and School Policy: **See It Say It.**  The Aps Eos Specialist who substantiated the violation of my Rights, graduated from Amy Biehl High School. On 4-8-2025, I realized that the Aps Eos Specialist who **substantiated** the violation of my Rights is no longer an Aps Eos Specialist.  To protect myself from additional acts of unlawful corporate/government misconduct, this Formal Whistleblower Report has evolved for the protection of myself, children, and all beloved community members.

4

PLA000753

**Adverse Employment Actions resulting from Compliance with Supreme Courts**
**Information on this Page is Designed to be Incorporated as Evidence for Subsequent Sections**

Albuquerque public schools Office of Equal Opportunity Services (Aps Eos), Aps in-house Law Firms, and Robert Casewell Investigations (RCI) operate in coordination. Aps Eos coordinates with Aps Human Resources. In so doing, Aps authorizes hearings and investigations that violate **Freedom of Speech, Freedom of Viewpoint[i], Freedom of Assembly, Right of Petition, a Right to Privacy** and minimum standards needed to uphold **Due Process and Equal Protection enshrined in the 14th Amendment of the United States Constitution and Article II Section 18 of the New Mexico State Constitution.**

*Robert Casewell Investigations* is contracted by Albuquerque public schools to spy on public employees. Employees sued *Robert Casewell Investigations* for violating New Mexicans' Constitutional **Right to Privacy.** *Robert Casewells Investigations* settled the matter out of court with respect to violating **Rights to Privacy**. A Robert Casewells Investigator was contracted to violate my Civil-Constitutional-Employment Rights in May of 2022 by spoofing my cell phone on 6-10-2022 and then hijacking two of my personal email accounts. Albuquerque public schools district felt entitled to engage in this unlawful behavior after imposing a Gag Clause on me that violates Freedom of Speech, Freedom of Assembly, Freedom of Movement, and Right of Petition. The Robert Casewells Investigator who was contracted by the school district to engage in such unlawful behavior does have a name that is associated with violating Civil Rights in the State of New Mexico.

When a Robert Casewells investigator claimed that a student, from an 11-17-2021 incident, complained and disclosed concerns to him in an interview, it did not make sense. Children rarely trust strangers with the kind of intimate information that the student had disclosed, confidentially, to any school counselor. When the Robert Casewells Investigator claimed that he interviewed a student from an 11-17-2021 incident, it became clear that a school district felt entitled to falsify facts to bury a pattern of unlawful government misconduct outlined in this Formal Whistleblower Report. I declined to break Confidentiality[ii] when investigator lied.

After I engaged in protected opposition to ADA/Title VII/NMHRA Discrimination in November 2021, I lost consciousness on 1-6-2022. I lost consciousness again, on 5-3-2022, waking up to the sound of water sprinklers going off in the auditory nerves of my brain. I was transported to emergency room hospital by ambulance. A <u>Certified Nurse Practitioner</u> questioned my relationship with school Admin during my visit to Urgent Care, a few days after I lost consciousness and heard water sprinklers in my brain. Later, I learned that school Admin framed me as a target for investigation to bury their legal and ethical responsibilities to me, students, and the community. A <u>Certified Nurse Practitioner's</u> willingness to act with Integrity is something for which I am grateful. Without a <u>Certified Nurse Practitioner's</u> Integrity to act for the good of the Public Interest, the unlawful deception of various agents and employees might have succeeded in violating the Law. <u>I am Grateful that New Mexico Legislators intend to pass a Healthcare Whistleblower Protection Act on 7-1-2025.</u>

**On 4-17-2023**, I released a 200 + page Confidential Report, designed to be released in the year 2047-48, for the good of the Public Interest. That Report discloses my protected opposition to Title VII/NMHRA/ADA Discrimination and unjustified acts of Title VII/NMHRA/ADA Retaliation a school district imposed on me.

**On 6-9-2023,** <u>I emailed a detailed report of my protected opposition to ADA/Title VII/NMHRA Discrimination</u>

**On 7-27-2023**, I contacted an Attorney with a reputation for safeguarding the Public Interest, and mentioned a Title VII Report to protect myself, loved ones, children with Asian ancestry & persons holding faith in Deity. <u>Within minutes of contacting the Attorney,</u> Albuquerque public school district contacted Union to inform me of a transfer to Sandia High School. The district continued to impose unlawful acts of Employment Discipline-Discrimination-Harassment-Retaliation, after my <u>Protected Opposition to unlawful Discrimination</u>. The submission of this Formal Whistleblower Report addresses unlawful Employment Discipline-Discrimination-Harassment-Retaliation under the **New Mexico Human Rights Act** regarding Age, Ancestry, Race, Color, Perceived Origin, Faith, Disability, Gender, Gender Identity, Sexual Orientation &serious Medical Condition.

5

PLA000754

In October 2023, I externally reported concerns to an Office of Civil Rights. I submitted an inquiry to the Federal Equal Employment Opportunity Commission on **11-4-2023**. I gave consent to release my name to proceed with a Federal Civil Rights investigation on **11-5-2023**. I submitted a report to the New Mexico Attorney General on **11-16-2023** after consulting with Trusted Counsel and the Office of the County Attorney General. I submitted a report to the New Mexico Public Education Department on **12-12-2023**. Realizing that agents & employees of a New Mexico public school district are not to be underestimated in their ability to bury government misdeeds, I contacted the Civil Rights Division of the United States Department of Justice.

**All legally protected whistleblower activities have been confirmed to comply with American School Counselor Association Ethical Standards by the Anti-Racism Anti-Oppression Division of the New Mexico Public Education Department, School Counseling Professors, and Trusted Counsel.**
**All Civil Rights Activity complies with the rulings of the United States Congress.**
**An Attorney was sent by the school district to violate my Civil-Constitutional-Employment Rights around 12-20-2023. Attorney attempted to allege that Civil Rights is not legally protected whistleblower activity.**

I am invoking the New Mexico Whistleblower Protection Act by releasing this Formal Whistleblower Report. On 1-23-2025, the New Mexico Supreme Court ruled that all New Mexico public school districts must comply with protections afforded under the New Mexico Human Rights Act. The New Mexico Human Rights Act must be understood against the backdrop of the State's painful history of Discrimination in public schools. The 1-23-2025 NM Supreme Court ruling on the New Mexico Human Rights Act and the 4-17-2024 unanimous US Supreme Court ruling on Title VII of the Civil Rights Act provide a much needed defense against corporate and government actors who feel entitled to utilize taxpayer funds to engage in government misconduct.

The **Americans with Disabilities Act** (ADA) prohibits unlawful Discrimination against persons who have a diagnosed disability in any corporate or government setting with respect to hiring, firing, and terms of employment. The ADA prohibits Retaliation against persons who engage in Protected Opposition to ADA Discrimination and report violations of the Americans with Disabilities Act.

The **New Mexico Whistleblower Act** (NMWPRA) protects public employees who uncover Violations of Law and Abuse of Government Authority in any New Mexico school district. It allows civil action against all government agencies who engage in Retaliation after an employee reports misconduct.

I exhausted internal whistleblower channels within a New Mexico school district after I engaged in Protected Opposition to Title VII/ADA/NMHRA Discrimination on 11-17-2021 due to concerning behavior captured on the school video feed in front of multiple witnesses. On 11-16-2023, I reported *abuse of government authority* and *violations of Law* to the New Mexico Attorney General's Office in compliance with American School Counselor Association Ethical Standards. On 4-8-2025, I issued a formal whistleblower complaint after realizing that Albuquerque public schools district continued to falsify facts with respect to my Protected Opposition to ADA/Title VII/NMHRA Discrimination dating back to Spring of 2015 and November 2021.

The **New Mexico Human Rights Act** (NMHRA) protects individuals from unlawful Discrimination with respect to protected classes of Ancestry, Race, Disability, Color, National Origin, Sex, Gender Identity, Sexual Orientation, Medical Condition, Religion and Age. The New Mexico Human Rights Act protects employees who engage in opposition to NMHRA Discrimination. New Mexico public school districts must comply with the New Mexico Human Rights Act. This ruling was set by the New Mexico Supreme Court on 1-23-2025.

**Title VII of the Civil Rights Act** prohibits unlawful Discrimination with respect to protected classes of Race, Color, Sex, Perceived Origin, and Religion. Title VII of the Civil Rights Act protects employees who engage in opposition to Title VII Discrimination. Placement on admin leave and work transfers accompanied by derogatory personnel files indicate a violation of Title VII Protections and the First Amendment in the US Constitution. The United States Supreme Court (Muldrow vs. City of St. Louis) unanimously ruled Plaintiffs need not show evidence of "significant material harm" to prevail on a Title VII Claim on 4-17-2024. This Formal Whistleblower Report provides detailed evidence with respect to violations of Title VII and First Amendment.

6

PLA000755

# A school district's non-compliance with the New Mexico State Constitution
## All information from foregoing paragraphs of this Formal Whistleblower Report is incorporated into this section as background evidence for each Violation of State Law

1A. Violation of **the New Mexico Whistleblower Protection Act** (NMWPA) became evident after a New Mexico school district violated the **NMWPA** by imposing unjustified employee discipline-discrimination-harassment-retaliation on me, AFTER I disclosed my Protected Opposition to Discrimination on 11-2021, 11-2022, 1-11-2023, 4-17-2023, 6-9-2023, and months afterward. In 2015, a school district sent people to spy on me after myself and a godly woman of Color (Native ancestry) intervened to prevent a kindergarten child of color from dying by suicide. District said, "Racism. . .it's just the icing on the cake" and "You can never talk about G-d".

In November 2021, after I engaged in protected opposition to ADA/Title VII/NMHRA Discrimination, **when others did not**, I endured Retaliation on 1-6-2022, leading to a loss of consciousness. In April 2022, another student and caregiver reached out for help from an 11-17-2021 incident captured on the school video feed in front of many witnesses. A Gag Clause was imposed on me, on 5-3-2022. I issued a 200 + page Confidential Report to be released in the year 2047-48 for the good of the Public Interest, disclosing my protected opposition to ADA/Title VII/NMHRA Discrimination on 4-17-2023.  I reached out to an Attorney with a reputation for safeguarding the good of the Public Interest on 7-27-2023 and mentioned a Title VII Report. Albuquerque public schools district imposed another Gag Clause on 8-8-2023 with threats of discharge/discipline/nonrenewal/reprimand/suspension/termination. District imposed a stronger Gag Order on 11-6-2023. I contacted the office of the New Mexico Attorney General after consulting with the Office of County Attorney General and trusted Counsel.
**The Federal EEOC and a trusted Attorney have much of the evidence.**

1B. Violation of **Article II Section 17 in the New Mexico Constitution Freedom of Viewpoint**[iii] became evident after a New Mexico public school district administrator sent people to spy on me, and smugly stated, "You can never talk about G-d" and "Racism. . . it's just the icing on the cake", in front of another district employee. Meeting took place after myself and a godly woman of Color engaged in Protected Opposition to Discrimination and Suicidal Behavior after a kindergarten child of color tried to run headfirst, into a moving vehicle on campus.   District administrator then sent people to spy on me to make sure I "was not talking about G-d".
**Albuquerque public schools did admit that my Rights were violated on 1-11-2023.**
**Union Rep. was present as this conversation was recorded by Aps on 1-11-2023.**

1C. Violation of **Article II Section 17 in the New Mexico Constitution Freedom of Speech** became evident after a New Mexico school district violated **Free Speech** by imposing Gag Clauses on 5-3-2022, 8-8-2023, and a stronger, overly broad Gag Order on 11-6-2023. Gag Clauses and Gag Order, imposed on me by school district, were accompanied by threats of discharge-discipline-nonrenewal-reprimand-suspension-termination.
**The Federal EEOC, Attorney, and Union have much of the evidence.**

1D. Violation of **Article II Section 17 in the New Mexico Constitution Freedom of Assembly**[iv] **and Freedom of Association for persons of Faith and persons of Color** became evident after a New Mexico school district transferred me to another school after a

7

PLA000756

godly woman of Color and I engaged in Protected Opposition to Discrimination and suicide attempt in the Spring of 2015. District then prevented myself and persons of Faith and Color from engaging in partnerships to help one another obtain internship experience. **Albuquerque public schools did admit that my Rights had been violated on 1-11-2023. Union Rep. was present as this conversation was recorded by Aps on 1-11-2023.**

1E. Violation of **the New Mexico Human Rights Act** became evident after a New Mexico school district framed me as a target for investigation, spoofed my cell phone, hijacked two personal email accounts, imposed Gags and falsified evidence in violation of **New Mexico Human Rights Act & Privacy Rights, AFTER** I engaged in Protected Opposition to NMHRA Discrimination in November 2021. Gag Clauses & Gag Order, imposed on me by school district, were accompanied by threats of discharge-discipline-nonrenewal-reprimand-suspension-termination. *The spoofing of my cell phone involved family.* **Family members and I noticed this on 6-10-2022 when we could not contact one another. Union Rep. and another individual did concede my Privacy Rights were violated. Family and I are members of protected classes under Title VII and the NMHRA.**

1F. Violation of **Article II Section 10 in the New Mexico Constitution Right to Privacy** became evident after a public school district contracted with Robert Casewell Investigations (RCI) to spoof my cell phone on 6-10-2022 & hijack two personal email accounts, AFTER I engaged in Protected Opposition to **NMHRA/Title VII/ADA** Discrimination. Myself and family members were prevented from contacting each other as our Rights were violated.

1G. Violation of **Article II Section 18 in the New Mexico Constitution Due Process** became evident after a district violated **Occupational Liberty Interests protected under the Due Process Clause**. I engaged in Protected Opposition to ADA/Title VII/NMHRA Discrimination in November 2021. To be specific, a child with Native ancestry, in a military family, protected under ADA, disclosed being placed in an outdoor garbage bin.

<u>AFTER I engaged in Protected Opposition to above Discrimination,</u>

<u>I.</u>      Aps imposed a Gag Clause on 5-3-2022 with allegations of employee misconduct. I lost consciousness and was transported to hospital by ambulance. I heard water sprinklers for a few minutes in the auditory nerves of my brain after awaking. Nurse was brought in to confirm that no water sprinklers were actually running. Ms. Jennifer O'Connell was listed as my point of contact on the **5-3-2022 letter from Aps HR.**

<u>II.</u>     Ms. O'Connell was promoted from Aps HR Specialist to Aps Eos Specialist in 6-2022. Aps HR and Aps Eos are supposed to operate independently from one another. Aps Eos proceeded with an allegedly impartial investigation. The promotion of Ms. O'Connell from Aps HR Specialist to Aps Eos Specialist indicates a violation of the impartiality clause in Procedural Due Process. When two different administrative departments have a revolving door that allow the same employee to influence both departments in an Aps investigation, Procedural Due Process Rights are already violated during all administrative hearings in which Ms. O'Connell has been involved.

8

PLA000757

III.    Ms. Jennifer O'Connell served as my point of contact for my Aps HR file (5-3-2022 letter from Aps HR) and then served as a lead for my Aps Eos investigative process from 5-2022 onward. Ms. Jennifer O'Connell shared my Aps Eos file with Aps in-house Law Firms, and influenced how the investigation was to proceed with Robert Casewell Investigations. Ms. O'Connell, Robert Casewell Investigations, and Aps in-house Law Firms all failed to include essential evidence for an investigation:

A.    All parties failed to include the fact that the Aps school Administrator who framed me as target of investigation on 5-3-2022, had framed me as a target of investigation to hide the fact that Aps school Admin laughed/smiled while watching a student being subject to multiple hip thrusts/moaning sounds in the school cafeteria, violating the Rights of myself and Students on 11-17-2021, denying harassment several times despite a student seen in visible pain.

B.    All parties failed to include fact that I engaged in protected opposition to NMHRA Discrimination, in front of multiple witnesses, after a grandmother stopped me in hallway, and pleaded for help with student at her side, stating that "admin did not believe" harassment had taken place, on 11-17-2021.

C.    All parties failed to include the fact that I engaged in Protected Opposition to Title VII/NMHRA Discrimination, on 11-17-2021, in compliance with Erin's Law and a mandatory Child Protection Unit, *when others did not.*

D.    All parties failed to include the fact that the only reason why I knew of one student is because that student was referred to me by a grandmother, after that grandmother realized that Admin had denied harassment during an incident that was captured on video, in front of multiple witnesses, on 11-17-2021.

E.    All parties failed to include the fact that in November of 2021, I opposed ADA/Title VII/NMHRA Discrimination when a child, with Native ancestry, in a military family, protected under ADA, disclosed being placed in an outdoor garbage bin.

F.    All parties failed to include the fact that it was empirically impossible for me to meet 4-5 times, in April 2022, with the student from the 11-17-2021 incident, as factually alleged by an Aps Eos investigative report.

G.    Aps Eos, Aps HR, Aps in-house Law Firms, and Robert Casewell Investigations each made a coordinated effort to convince me that student, from 11-17-2021 incident, filed a complaint.  This effort to systematically lie, for several months, violated Due Process and the Equal Protection Clause for a Class of One. It also implicates Federal Violation of Title 42 USC 1985 Civil Conspiracy to Interfere with Civil Rights under Equal Protection of the Laws.

H.    All parties ignored the fact that I had already stated that the caregiver of the student had issued sexual noises at me, over the phone, while simultaneously requesting permission for student to receiving counseling services from me in late April 2022. Caregiver stated that student had once done really well with "an older lady. . .an art therapist".  As a courtesy to that family, I looked for 3 art therapists who matched the profile of "an older lady, an art therapist". These efforts all took place after 5-3-2022.

9

PLA000758

I.      Finally, all parties ignored the fact that on 5-3-2022, the caregiver of student met, behind closed doors, with school Admin who laughed/smiled while watching video of hip thrusting/moaning sounds during the 11-17-2021 incident captured on the school video feed with multiple witnesses. Caregiver of student from 11-17-2021 incident and school Admin met behind closed doors on 5-3-2022.  When same school Admin framed me as a target of investigation on 5-3-2022, feigning ignorance about their role in furthering deception, I lost consciousness for 45 seconds and woke up to the sound of water sprinklers going off in the auditory nerves of my brain for a few minutes.

IV.     After all parties dismissed the evidence listed above next to **A, B, C, D, E, F, G, H and I next to 1G:III,** Ms. Jennifer O'Connell became promoted from Aps HR Specialist to Aps Eos Specialist, and from Aps Eos Specialist to Aps Eos Coordinator.

V.      **Throughout the Aps Eos process**, Aps Eos **SUPPRESSED EVIDENCE** of my compliance with the Mandatory Child Protection Unit, Erin's Law, my protected opposition to Title VII/ADA/NMHRA Discrimination, and the violation of my Rights and Liberties by agents and employees of a New Mexico public school district. Aps Eos, Aps HR, Aps in-house Law Firms, and Robert Casewell Investigations made a concerted and coordinated effort to convince me that student from the 11-17-2021 incident filed a complaint.  This lie never made any sense, as student from 11-17-2021 incident approached me for help in April 2022, AND **caregiver of that student asked permission for student to receive counseling services from me in late April 2022**.   The coordinated effort by multiple agents and employees to systematically lie, for several months, indicates violation of Due Process and a violation of the Equal Protection Clause for a Class of One.

The lies of agents and employees of a New Mexico public school district ONLY came to written Light after I reached out to an Attorney with a reputation for safeguarding the good of the Public Interest on 7-27-2023.  On 8-8-2023, Albuquerque public schools finally admitted that student from the 11-17-2021 incident had never filed a complaint. **From 5-3-2022 until 8-8-2023, a school district nonetheless felt entitled to utilize taxpayer funds to falsify evidence and lie about the facts of an investigation.** If not for the work of an Attorney who has a reputation for safeguarding the good of the Public Interest, agents and employees of a New Mexico public school district would be tempted to abuse taxpayer funds, ad infinitum.

VI.     **Deliberate indifference** to my compliance with School District Policies, State Law, Civil Rights, and Civil Liberties indicates that Albuquerque public schools suppressed factual evidence, favorable to me, during an allegedly impartial investigation. *Deliberate indifference* is a **violation of Due Process under Article II Section 18 in the New Mexico State Constitution**.  **Deliberate falsification of factual evidence** (Aps agents and employees falsely alleging that student from 11-17-2021 incident filed a complaint) violates Due Process and Equal Protection Rights.  This opinion is supported by the United States 9th Circuit Court of Appeals regarding

10

PLA000759

*deliberate falsification of facts*, *deliberate indifference to favorable evidence*, and *deliberate suppression of favorable evidence* as violating Due Process.

VII.    When any dual certified HR Specialist and Eos Specialist (Ms. O'Connell) dismisses my compliance with District Policies, my compliance with State Law (Erin's Law) and my compliance with Civil Rights (protected opposition to Title VII-ADA-NMHRA Discrimination), a Formal Whistleblower Report becomes necessary.

3 elements are needed to prove a Due Process claim for deliberate suppression of evidence under Article II Section 18 of the New Mexico State Constitution:

A. the defendant (Aps) suppressed evidence, that was favorable to the respondent, during an investigation;
B. the suppression of evidence by the defendant (Aps) harmed the respondent; and
C. the defendant (Aps) acted with deliberate indifference to a respondent's rights or for the truth in suppressing the evidence.

**One conclusion seems unavoidable.** Albuquerque public schools (Aps) district rewards agents/employees who dismiss my compliance with School District Policies (Mandatory Child Protection Unit, In Loco Parentis, See It Say It), dismiss my compliance with State Law (Erin's Law), and dismiss my compliance with Civil Rights (my Protected Opposition to NMHRA/Title VII/ADA Discrimination).
The reward for agents/employees who suppresses evidence of my compliance with District Policies, State Law, and Civil Rights is a promotion between Aps departments, and a promotion within Aps departments. This is what took place for Ms. O'Connell when she was promoted from Aps HR Specialist to Aps Eos Specialist, and then later promoted from Aps Eos Specialist to Aps Eos Coordinator.

As an Aps Eos coordinator, Ms. O'Connell's close relationship with Aps HR, Aps Eos, Aps Law Firms, and Robert Casewell Investigations does violate minimum standards needed to uphold **Procedural Due Process in the 14th Amendment**. For review:

The minimum standards needed to uphold Procedural Due Process are:
1. Notice of an administrative hearing
2. The right to respond and attend an administrative hearing
3. The ability of administrative officers to act impartially or in an impartial manner

The United States Supreme Court and New Mexico Supreme Court both affirm that any administrative hearing must comply with all 3 standards for any hearings to have any validity. **When all 3 standards for Procedural Due Process are not met, Due Process is violated.**

11

PLA000760

**1H.** Violation of **Article II Section 18 of the New Mexico State Constitution** under the **Equal Protection Clause for a Class of One** became evident after a N.M. public school district

1. Imposed Gag Clauses and Gag Order accompanied by threats of discharge-discipline-nonrenewal-reprimand-suspension-termination.
2. Hijacked my personal cell phone and two personal emails on 6-10-2022, after imposing a Gag Clause on 5-3-2022
3. Falsified facts during an allegedly independent investigation from 5-3-2022 until 4-7-2025
4. Framed me as a target for investigation after I reported my protected opposition to Title VII/NMHRA/ADA Discrimination in November 2021, 11-2022, 1-11-2023, in a 200 + page Confidential Report on 4-17-2023, in an email on 6-9-2023, and afterward.
5. Created false evidence to substantiate the need for a 90 Day Mandatory Performance Improvement Plan on 8-8-2023. **Federal EEOC & Attorney have evidence which destroys bogus rationale that district created to justify a 90 Day Mandatory PIP.**
6. Imposed Gag Clauses on 5-3-2022 and 8-8-2023 after I engaged in protected opposition to unlawful Discrimination and reported my protected opposition to Discrimination to district on 11-2022, 1-11-2023, in a 200 + page Confidential Report on 4-17-2023 and 6-9-2023.
7. Imposed Slander/Libel on 10-2-2023, alleging sexualizing activity with me and Louie the Lobo as fact, reading from a letter with District Letterhead, in front of another public employee
8. Imposed a Gag Order on 11-6-2023 that violates the New Mexico WPA and Free Speech
9. Imposed discipline on 11-6-2023 after I refused to violate Section 504 ADA Law in 9-2023 (This is a violation of the Negotiated Agreement which requires feedback within 10 days)
10. Imposed discipline on 11-6-2023 after I purchased a work laptop since district never provided me a laptop, despite my formal request on record dating back to 9-1-2021
11. Sent an Attorney to violate my Civil-Constitutional-Employment Rights around 12-20-2023
12. Purposely prevented me from accessing and responding to student/parent requests for schedule changes after 12-20-2023, which resulted in student/parent complaints complaining in January 2024, unaware that a school district would impose illegal and unethical treatment on a first year high school counselor.
13. Removed my employee ID from the Sandia High School Counseling printer in 1-2024
14. Placed me on admin leave shortly after a student at Sandia High School reached out electronically, requesting help due to "being bullied for being a Christian".
15. Placed me on admin leave around 1-22-2024 with a letter stating that a primary point of contact is the same Aps HR Specialist who engaged in Slander/Libel by asserting, falsely, that site supervisor witnessed me using Louie the Lobo in a sexual way with student, and placing Louie the Lobo on my lap with a sexual intent, dating back to 10-2-2023.
16. Refused to input my Letters of Rebuttal and Federal Sworn Statements for a school district's Office of Equal Opportunity Services (Aps Eos) case file up until 4-7-2025, helping me understand as to why there was a pattern of unwarranted speculation regarding defamatory and derogatory files that agents/employees of a New Mexico public school district felt entitled to impose from 5-3-2022, leading up to January 2024, AFTER I filed formal Federal Charges of Unlawful Employment Discipline-Discrimination-Harassment-Retaliation.  The refusal to input my Letters of Rebuttals is a violation of New Mexico Administrative Code 1.7.1.12 and a violation of Article 14 of the Negotiated Agreement.

12

PLA000761

## A school district's non-compliance with the United States Constitution
### All information from foregoing paragraphs of this Formal Whistleblower Report is incorporated into this section as background evidence for each Violation of Federal Law

2A. Violation of **U.S. First Amendment Right of Petition** became evident after a New Mexico public school district issued Gag Clauses on 5-3-2022 and 8-8-2023. A stronger Gag Order was imposed on 11-6-2023 to prevent me from communicating with Community members about Public Concerns, after the violations of multiple Civil Rights and Constitutional Freedoms from 2015 onward. Gag Clauses and Gag Order, imposed on me by a school district, were accompanied by threats of discharge-discipline-nonrenewal-reprimand-suspension-termination.

2B. Violation of **U.S. First Amendment Freedom of Speech** became evident after a New Mexico school district imposed unjustified acts of employee discipline-discrimination-harassment-retaliation on me, AFTER I disclosed my Protected Opposition to Title VII/NMHRA/ADA Discrimination dating back to Spring 2015, and on 11-2021, 11-2022, 1-11-2023, 4-17-2023, 6-9-2023, 10-2023, and 12-2023.  A district imposed Gag Clauses on 5-3-2022, 8-8-2023, and a stronger Gag Order on 11-6-2023.  Gag Clauses and Gag Order, imposed on me by a school district, were accompanied by threats of discharge-discipline-nonrenewal-reprimand-suspension-termination.

2C. Violation of **U.S. First Amendment Freedom of Assembly** became evident after a New Mexico public school district actively denied **Freedom of Assembly and Association for myself and persons of Faith and Color** after a godly woman of Color and myself engaged in Protected Opposition to Discrimination in Spring of 2015, in response to a kindergarten child of color attempting to die by suicide on campus. Aps sent people to spy on me to "make sure" I was "not talking about G-d" and prevented persons of Faith and Color from obtaining internship hours, in collaboration and partnership, alongside me.

2D. Violation of **Title VII of the Civil Rights Act (Title 42 USC 2000e et al.)** became evident after a New Mexico school district framed me as a target for investigation, spoofed my cell phone, hijacked two personal email accounts, imposed Gag Clauses, and falsified evidence, in violation of the **Title VII and the United States 4th Amendment Right to Privacy. A school district infringed on Title VII & the 4th Amendment AFTER** I engaged in Protected Opposition to Title VII/ADA/NMHRA Discrimination in November of 2021. Gag Clauses and Gag Order, imposed by on me by a school district, were accompanied by threats of discharge-discipline-nonrenewal-reprimand-suspension-termination.
**Family members and I noticed this on 6-10-2022 when we could not contact one another. Union Rep. & another person begrudgingly admitted my Privacy Rights were violated. Family and I are members of protected classes under Title VII and the NMHRA.**

13

PLA000762

2E.  Violation of **U.S. Fourth Amendment Right to Privacy** became evident on 6-10-2022 after Robert Casewell Investigations was contracted by the school district to spoof my cell phone and hijack two personal email accounts, <u>AFTER I reported my Protected Opposition to Discrimination in 11-2021, on 11-2022, on 1-11-2023, 4-17-2023, 6-2023, and onwards</u>. **Family members and I noticed this on 6-10-2022 when we could not contact one another. Union Rep. & public employee begrudgingly admitted my Privacy Rights were violated.**

2F.  Violation of the **Equal Protection Clause for a Class of One in the 14th Amendment of the United States Constitution** became evident after a New Mexico public school district

1.  Imposed Gag Clauses and Gag Order accompanied by threats of discharge-discipline-nonrenewal-reprimand-suspension-termination.
2.  Hijacked my personal cell phone and two personal emails after 6-10-2022, right after school district imposed a Gag Clause on 5-3-2022.
3.  Falsified facts during an allegedly independent investigation from 5-3-2022 until 4-7-2025
4.  Framed me as a target for investigation after I reported my protected opposition to Title VII/NMHRA/ADA Discrimination in Spring 2015, in November 2021, 11-2022, 1-11-2023, in a 200 + page Confidential Report on 4-17-2023, in email on 6-9-2023, and afterwards.
5.  Created false evidence to substantiate the need for a 90 Day Mandatory Performance Improvement Plan on 8-8-2023. Federal EEOC and trusted Attorney have evidence which destroys bogus rationale created by district to justify imposing 90 Day Mandatory PIP.
6.  Imposed Gag Clauses on 5-3-2022 and 8-8-2023 after I engaged in protected opposition to unlawful Discrimination and reported my protected opposition to Discrimination to Union.
7.  Imposed Slander/Libel on 10-2-2023, alleging sexualizing activity with me and Louie the Lobo as fact, reading from a letter with District Letterhead, in front of another public employee
8.  Imposed a Gag Order on 11-6-2023 that violates the New Mexico WPA and Free Speech
9.  Imposed discipline on 11-6-2023 after I refused to violate Section 504 ADA Law in 9-2023 (This is a violation of the Negotiated Agreement which requires feedback within 10 days)
10.  Imposed discipline on 11-6-2023 after I purchased a work laptop since district never provided me a laptop, despite my formal request on record dating back to 9-1-2021
11.  Sent an Attorney to violate my Civil-Constitutional-Employment Rights around 12-20-2023
12.  Purposely prevented me from accessing and responding to student/parent requests for schedule changes after 12-20-2023, which resulted in student/parent complaints complaining in January 2024, unaware that a school district would engage in illegal and unethical treatment toward a first year high school counselor.
13.  Removed my employee ID from the Sandia High School Counseling printer in 1-2024
14.  Placed me on admin leave shortly after a student at Sandia High School reached out electronically, requesting help due to "being bullied for being a Christian".
15.  Placed me on admin leave around 1-22-2024 with a letter stating that a primary point of contact is the same Aps HR Specialist who engaged in Slander/Libel by asserting, falsely, that site supervisor witnessed me using Louie the Lobo in a sexual way with student, and placing Louie the Lobo on my lap with a sexual intent, dating back to 10-2-2023.
16.  Refused to input my Letters of Rebuttal and Federal Sworn Statements for the Aps Eos case file up until 4-7-2025, helping me understand as to why there was a pattern of

14

PLA000763

unwarranted speculation regarding defamatory and derogatory files agents and employees of a New Mexico public school district felt entitled to create from 5-3-2022 onwards. The omission of my Federal Sworn Statement and Letter of Rebuttal is an omission of factual evidence; the omission of factual evidence, by a school district, violates Liberty Interests protected by the Due Process Clause and Equal Protection Clause for a Class of One.

2G. Violation of **Occupational Liberty Interests protected under the Due Process Clause in the 14th Amendment of the United States Constitution** became evident *AFTER I engaged in Protection Opposition to ADA/Title VII/NMHRA Discrimination* in November 2021, due to Students, staff, and Aps school admin requesting my help due to concerning behaviors taking place on school campus. To be specific, a child with Native ancestry, in a military family, protected under ADA, disclosed being placed in an outdoor garbage bin.

   <u>After I engaged in Protected Opposition to ADA/Title VIINMHRA Discrimination</u>:

<u>I.</u>     District imposed a Gag Clause on 5-3-2022 with allegations of employee misconduct. I lost consciousness and was transported to hospital by ambulance.  I heard water sprinklers for a few minutes in the auditory nerves of my brain after awaking. Nurse was brought in to confirm that no water sprinklers were actually running. Jennifer O'Connell was listed as my point of contact on the **5-3-2022 letter from Aps HR**.

<u>II.</u>    Ms. O'Connell was promoted from Aps HR Specialist to Aps Eos Specialist in 6-2022. Aps HR and Aps Eos are supposed to operate independently from one another. Aps Eos proceeded with an allegedly impartial investigation. The promotion of Ms. O'Connell from Aps HR Specialist to Aps Eos Specialist indicates a violation of the impartiality clause in Procedural Due Process. When two different administrative departments have a revolving door that allow the same employee to influence both departments in an Aps investigation, Procedural Due Process Rights are already violated during all administrative hearings in which Ms. O'Connell has been involved.

<u>III.</u>   Ms. Jennifer O'Connell served as my point of contact for my Aps HR file (5-3-2022 letter from Aps HR) and then served as a lead for an Aps Eos investigative process from 5-2022 onward. Ms. Jennifer O'Connell shared my Aps Eos file with Aps in-house Law Firms, and influenced how the investigation was to proceed with Robert Casewell Investigations. Ms. O'Connell, Robert Casewell Investigations, and Aps in-house Law Firms, sadly, failed to include essential evidence for an investigation:
   A.   All parties failed to include the fact that the Aps school Administrator who framed me as target of investigation on 5-3-2022, had framed me as a target of investigation to hide the fact that Aps School Admin laughed/smiled while watching a student being subject to multiple hip thrusts/moaning sounds in the school cafeteria, violating the Rights of myself and Students on 11-17-2021, denying harassment several times despite a student seen in visible pain.
   B.   All parties failed to include the fact that I engaged in protected opposition to Title VII/NMHRA Discrimination, in front of multiple witnesses, after a grandmother stopped me in the hallway, and pleaded for my help with student

15

at her side, stating that "admin did not believe" harassment had taken place, on 11-17-2021.

C.  All parties failed to include the fact that I engaged in Protected Opposition to Title VII/NMHRA Discrimination, on 11-17-2021, in compliance with Erin's Law and a mandatory Child Protection Unit, *when others did not.*

D.  All parties failed to include the fact that the only reason why I knew of one student is because that student was referred to me by a grandmother, after that grandmother realized that Admin had denied harassment during an incident was captured on video, in front of multiple witnesses, on 11-17-2021.

E.  All parties failed to include the fact that in November of 2021, I opposed ADA/Title VII/NMHRA Discrimination when a child, with Native ancestry, in a military family, protected under ADA, disclosed being placed in an outdoor garbage bin.

F.  All parties failed to include the fact that it was empirically impossible for me to meet 4-5 times, in April 2022, with student from the 11-17-2021 incident, as factually alleged by the Aps Eos investigative report.

G.  Aps Eos, Aps HR, Aps in-house Law Firms, and Robert Casewell Investigations each made a coordinated effort to convince me that student, from 11-17-2021 incident, filed a complaint. This effort to systematically lie, for several months, violated Due Process and the Equal Protection Clause for a Class of One. It also implicates Federal Violation of Title 42 USC 1985 Civil Conspiracy to Interfere with Civil Rights under Equal Protection of the Laws.

H.  All parties ignored the fact that I had already stated that the caregiver of the student had issued sexual noises at me, over the phone, while simultaneously requesting permission for student to receiving counseling services from me in late April 2022. Caregiver stated that student had once done really well with "an older lady. . .an art therapist". As a courtesy to that family, I looked for 3 art therapists who matched the profile of "an older lady, an art therapist". These efforts all took place after 5-3-2022.

I.  Finally, all parties ignored the fact that on 5-3-2022, the caregiver of student met, behind closed doors, with school Admin who laughed/smiled while watching video of hip thrusting/moaning sounds during the 11-17-2021 incident captured on the school video feed with multiple witnesses. Caregiver of student from 11-17-2021 incident and school Admin met behind closed doors on 5-3-2022. When same school Admin framed me as a target of investigation on 5-3-2022, feigning ignorance about their role in furthering deception, I lost consciousness for 45 seconds and woke up to the sound of water sprinklers going off in the auditory nerves of my brain for a few minutes.

IV.  After all parties dismissed the evidence listed above next to **A, B, C, D, E, F, G, H, and I under 2G: III,** Ms. Jennifer O'Connell became promoted from Aps HR Specialist to Aps Eos Specialist, and from Aps Eos Specialist to Aps Eos Coordinator.

PLA000765

**V.** **Throughout the Aps Eos process**, Aps Eos **SUPPRESSED EVIDENCE** of my compliance with the Mandatory Child Protection Unit, Erin's Law, my Protected Opposition to Title VII/NMHRA/ADA Discrimination, and the violation of my Rights and Liberties by agents and employees of a New Mexico public school district.    Aps Eos, Aps HR, Aps in-house Law Firms, and Robert Casewell Investigations made a concerted and coordinated effort to convince me that student from the 11-17-2021 incident filed a complaint.  This lie never made any sense, as student from 11-17-2021 incident approached me for help in April 2022, AND **caregiver of that student asked permission for student to receive counseling services from me in late April 2022**.   The coordinated effort by multiple agents and employees to systematically lie, for several months, indicates violation of Due Process and a violation of the Equal Protection Clause for a Class of One.

The lies of agents and employees of a New Mexico public school district ONLY came to written Light after I reached out to an Attorney with a reputation for safeguarding the good of the Public Interest on 7-27-2023.  On 8-8-2023, Albuquerque public schools finally admitted that the student from the 11-17-2021 incident had never filed a complaint. **From 5-3-2022 until 8-8-2023, Aps nonetheless felt entitled to use taxpayer funds to falsify evidence and lie about the facts of an investigation.** If not for the work of an Attorney who has a reputation for safeguarding the good of the Public Interest, agents and employees of a New Mexico school district would be tempted to abuse taxpayer funds, ad infinitum, and continue engaging in a pattern of producing false government reports to bury corporate-government misdeeds.

**VI.** A deliberate indifference to my compliance with School District Policies, State Law, Civil Rights, and Civil Liberties indicates how a New Mexico public school district suppressed evidence, favorable to me, in violation of Due Process Rights under Article II Section 18 in the New Mexico State Constitution.  In addition, the **deliberate falsification of evidence** (multiple Aps agents and employees falsely alleging that student from 11-17-2021 incident filed a complaint) further violates Due Process Protections and Equal Protection Rights.

**VII.** When any dual certified HR Specialist and Eos Specialist (Ms. O'Connell) dismisses my compliance with District Policies, my compliance with State Law (Erin's Law), my compliance with Federal Civil Rights (protected opposition to Title VII/ADA Discrimination), and my compliance with State Civil Rights (protected opposition to NMRHRA Discrimination), a Formal Whistleblower Report became necessary.

3 elements are needed to prove a Due Process claim for deliberate suppression of evidence in the 14th Amendment of the United States Constitution:
   A. the defendant (Aps) suppressed evidence, that was favorable to the Respondent, during an investigation;
   B. the suppression of evidence by the defendant (Aps) harmed the Respondent; and
   C. the defendant (Aps) acted with deliberate indifference to a Respondent's rights or for the Truth in suppressing the evidence.

17

PLA000766

**One conclusion seems unavoidable.** Albuquerque public schools (Aps) district rewards agents and employees who dismiss my compliance with School District Policy (Mandatory Child Protection Unit, In Loco Parentis, See It Say It), who dismiss my compliance with State Law (Erin's Law), and who dismiss my compliance with Civil Rights Laws (my Protected Opposition to NMHRA/Title VII/ADA Discrimination). The reward for agents/employees who dismiss evidence of my compliance with District Policies, State Law, and Civil Rights is a promotion between Aps departments, and a promotion within an Aps department. This is what took place for Ms. O'Connell.

Ms. O'Connell's close relationship with Aps HR, Aps Eos, Aps Law Firms, and Robert Casewell Investigations does violate minimum standards needed to uphold **Procedural Due Process Protections in the 14th Amendment**. For review,

The minimum standards needed to uphold Due Process in an admin hearing are:
1. Notice of an administrative hearing
2. The right to respond and attend an administrative hearing
3. The ability of an administration to act impartially during the hearing(s)

The United States Supreme Court and New Mexico Supreme Court both affirm that all administrative hearings must comply with the 3 standards above for any administrative hearing to have any validity. Standard 3 was clearly lacking during any of my administrative hearings. **When all 3 standards for Due Process are not met, Due Process Rights are violated**.

2H. Violation of **Title 42 USC 1985 for Civil Conspiracy to Interfere with Civil Rights under Equal Protection of the Laws** became evident AFTER students and staff members brought concerns to my attention and requested help with situations, prompting a need to comply with **School District Policies** (*Mandatory Child Protection Unit, In Loco Parentis, See It Say It*), **State Law** (*Erin's Law*), and **Civil Rights Laws** (*Title VII/ADA/New Mexico HRA*). After I engaged in protected opposition to Discrimination and a suicide attempt in compliance with above Policies and Laws, and after Reporting these actions to Aps Human Resources and Aps Attorney on 1-11-2023, the following events took place:

I. **Albuquerque public schools (Aps) did admit my Rights were violated on 1-11-2023, in the presence of Union Rep. This conversation was recorded by Aps on 1-11-2023. Albuquerque public schools acknowledged the unlawfulness of spying on me and the infringement on my Free Speech after my Opposition to Discrimination and a suicidal attempt in Spring 2015.**

**On 1-11-2023, after being prompted by Union Rep., I disclosed that school Admin laughed/smiled while watching replay video of 11-17-2021 incident observed by multiple witnesses, where hip thrusts/moaning sounds were in public view of several students and staff, and school Admin denying harassment.**

18

PLA000767

On 1-11-2023, I informed All that if the district and any associated agents continued to engage in unethical and unlawful conduct, then this would become a Legal-Ethical-Moral issue. Union Rep. was present. Aps asked everyone to turn off recording devices after I stated this.

II. On 4-17-2023, I released a 200 + page Confidential Report to Union disclosing my Protected Opposition to Title VII/ADA/NMHRA Discrimination. Union Rep. said school districts are obliged to operate in Good Faith under any Collective Bargaining Agreement. On 6-9-2023, I released a report to Union documenting my Protected Opposition to Title VII/ADA/NMHRA Discrimination. I informed Union Rep. that I was willing to transfer to a High School as long as Albuquerque public schools expunged my personnel file of all derogatory materials that they imposed. Right of Petition is enshrined under United States First Amendment and Article II Section 17 of the New Mexico Constitution.

III. On 8-8-2023, Albuquerque public schools district imposed a letter of reprimand on me, a 90 Day Mandatory Performance Improvement Plan, another Gag Clause, and threats of Discipline-Discharge-Nonrenewal-Reprimand-Suspension-Termination. Albuquerque public schools concocted another false allegation in an attempt to justify placing me on a 90 Day Mandatory Performance Improvement Plan. EEOC and attorney have evidence. Albuquerque public schools invented another allegation to prove the need for a 90 Day Mandatory Performance Plan. EEOC and Attorney have evidence of bogus PIP rationale.

IV. On 10-2-2023, Albuquerque public schools HR Specialist Ms. Jennifer Mackey read from a letter with official District Letterhead. HR Specialist stated that a site supervisor at Sandia High School witnessed me using Louie the Lobo in a sexual way with a student, placing Louie the Lobo on my lap with sexual intent. I was disgusted, nauseous, and speechless. HR Specialist then stated, "your heart. . .your heart looks to be in pain." This Slander/Libel was stated, as fact, in front of another public employee. Site supervisor later confirmed allegation as false. Site supervisor is a former AP Science Teacher. Since AP Science Teachers are expected to be precise with the observation of empirical phenomena, I trusted AP Science Teacher's word over Slander/Libel from HR Specialist.

V. On 11-6-2023, Albuquerque public schools issued a stronger Gag Order, a disciplinary directive with additional false and misleading allegations, and then penalized me for using a work laptop that I purchased in order to meet the demands expected of any first year high school counselor. **Albuquerque public schools had refused to provide me with a district issued laptop when I formally requested one on 9-1-2021. The district then penalized me on 11-6-2023 after I purchased a work laptop.** This is an instance of **Title VII Disparate Treatment**. Every school counselor had already been provided with a district laptop dating back to formal requests from 9-1-2021, sans me.

When a school district imposed a 11-6-2023 disciplinary directive on me for purchasing a work laptop, ignoring the fact that I had formally asked for one on 9-1-2021, the school district also ignored the fact that multiple employees are permitted to use their own personal devices/laptops for work, well into 2025, a practice dating back years. In

19

PLA000768

addition to violating Title VII Disparate Treatment, the unreasonable employment discipline violates the Equal Protection Clause for a Class of One, given the unique nature of such an action, relative to the thousands of employees in the school district.

When it became abundantly evident that agents/employees of Albuquerque public schools were acting in Bad Faith in violation of Free Speech, Title VII, NMHRA, the ADA Anti-Retaliation clause, Due Process, the Equal Protection Clause in the 14th Amendment for a Class of One, and Collective Bargaining Rights, I issued a Letter of Rebuttal.

**After receiving my Letter of Rebuttal in 12-2023**, Albuquerque public schools district sent another Attorney to meet me around 12-20-2023.

I asked Union: "You don't think they (Aps) are going to do something unethical do you?" Union replied: "I don't know."

VI.    Albuquerque public schools retained an Attorney who violated the Civil and Constitutional Rights of a Counselor protected under **ADA**. A Dear Friend and fellow Counselor worked with students in New Mexico, reminding children how to end the cycle of violence. He had a private audience with Saint Teresa of Calcutta due to this work. After the Counselor requested reasonable accommodations under **ADA**, Albuquerque public schools sent an Attorney to threaten him, the next day, saying something to the effect of, *"if you do not sign this piece of paper, we can transfer you, anywhere, year after year, to any school!"*.

**Under duress, a Dear Friend and Counselor signed the paper waiving ADA rights.**

VII.   Albuquerque public schools district, around **12-20-2023,** sent the same Attorney above to meet with me after I advocated for my Rights under **Title VII** and the **New Mexico Human Rights Act**. I declined to meet with that Albuquerque public schools Attorney.

VIII.  Between **1-19-2024 and 1-22-2024**, Albuquerque public schools district placed me on administrative leave.  The placement on administrative leave took place **AFTER a student at Sandia High School reached out for help, electronically, and requested a meeting due to "being bullied for being a Christian".**

IX.    **On 4-8-2024**, I released a Letter of Rebuttal and Sworn Statement for a Federal Judge in the United States of America.  Albuquerque public schools Attorney was asked to place the Rebuttal Letter in my personnel file per State Law.  Albuquerque public schools refused to comply with Law, and Article 14 of the Negotiated Agreement.

X.     **On 4-22-2024**, Albuquerque public schools issued a transfer to Jefferson Middle School. The school district's refusal to place Letters of Rebuttal in my personnel file, dating back to 12-2023 and 4-2024, did lead to more unwarranted speculation from colleagues who were only able to access derogatory personnel files that a New Mexico public school district imposed on me, after I had engaged in protected opposition to Title VII/ADA/NMHRA Discrimination from November 2021, reporting it to Aps and Union

20

PLA000769

through an Aps Eos panel on 11-2022, to Aps HR on 1-11-2023, and in more detail in a 200 + page Confidential Report to Union Rep. on 4-17-2023, and 6-9-2023.

On 7-26-2024, I received a district issued laptop from the school district, dating back to my first formal request on 9-1-2021, nearly 3 years prior. I noticed that Albuquerque public schools district Technology Help Desk stopped recording their own phone calls when I contacted the Technology Help Desk office by phone. In January of 2024, a previous Technology employee was gracious enough to point out that someone in Albuquerque public schools district had removed my employee ID from the counseling printer at Sandia High School in January 2024. This conversation was recorded by the school district. After I submitted this as evidence to the Federal EEOC, the district stopped recording their own phone calls, which is odd, given the fact that district had long recorded previous phone calls with Technology Help Desk when I first remember in 2014.

In January 2025, a student alleged that she had been inappropriately touched on her breast area by someone on campus. Student who alleged this information to me is protected under ADA. Student, protected under ADA, also informed me that the person who inappropriately touched her does have a reputation for lying, as was disclosed to her by 3 students who had graduated from same school previously. After I reported this incident to school principal and the Federal EEOC, I began to receive Retaliation, again.

In February 2025, I did disclose to a school administrator that I was exploring all of my opportunities. I did so in order to protect myself from Retaliation that started to surface after making a January 2025 report to the Federal EEOC. After a work transfer took place in March 2025, I requested the opportunity to look at my personnel file since I wanted to ensure that the school district placed my Letters of Rebuttal and Federal Sworn Statements in my personnel file, for all prospective supervisors, going forward.

In March 2025, I realized that the school district had never included my Letters of Rebuttal and Federal Sworn Statements for my personnel file. At the recommendation of Union, I reached out to Aps HR Director Ms. Jessica Rivera for assistance. I did meet with Ms. Jessica Rivera. I am thankful that Ms. Jessica Rivera invested time to input my Letters of Rebuttal and Federal Sworn Statements for my HR file in compliance with State Law and Article 14 of the Negotiated Agreement in April 2025. Ms. Rivera advised that I make an appointment with Aps Eos to see what was in the Aps Eos case file. On 4-7-2025, Aps Eos Coordinator Ms. O'Connell refused to let me look at the Aps Eos file.

XI. On 4-7-2025, I received email confirmation that Albuquerque public schools Office of Equal Opportunity Services (Aps Eos) had finally placed my Letters of Rebuttal and Federal Sworn Statements into my Aps Eos file, dating back to the 11-17-2021 incident, nearly 3 and a half years prior. Aps Eos Coordinator Ms. Jennifer O'Connell alleged that I already have all parts of the Aps Eos case file. If this is true, Albuquerque public schools is unable to add any more derogatory files to my Aps Eos or Aps HR file, by Law, unless Albuquerque public school district has been given my express permission.

PLA000770

## Collective Bargaining Agreements compel school districts to operate in Good Faith
### Albuquerque public schools district, after 11-17-2021, committed the following Bad Faith actions:

- **Informing Union to lie and tell me** that student from 11-17-2021 incident filed a complaint.
- **Contracting with Robert Casewell Investigations to repeat same lie** above from 6-2022 onwards.
- **Utilizing an Aps in-house attorney to lie on 1-11-2023** to repeat same lie above.
  **Creating false reports** through the Albuquerque public schools Office of Equal Opportunity Services, Aps in-house Law Firms, Aps School Admin, Aps Human Resources, and Robert Casewell Investigations.
- **Deliberately suppressing evidence** of my compliance with School District Policies, Laws, and Civil Rights during a district's allegedly independent investigation into employee misconduct after 5-3-2022.
- **Imposing Gag Clauses** on 5-3-2022, 8-8-2023, and a stronger Gag Order on 11-6-2023
- **Creating false evidence** to impose a 90 Day mandatory Performance Improvement Plan on me, threatening discharge/discipline/nonrenewal/reprimand/suspension/termination. **EEOC & trusted Attorney have proof of false evidence created by school district to create mandatory PIP.**

The coordinated lies among multiple agents violates the Equal Protection Clause for a Class of One. The deliberate deception also violates Due Process Protections that make it illegal for agents/employees to *falsify evidence* during an allegedly independent investigation.
*Falsification of evidence* by Robert Casewell Investigations and Aps in-house Attorneys provides motivation as to why Albuquerque public schools district imposed several <u>Gag Clauses</u> that violate Freedom of Assembly-Petition-Speech-Viewpoint & the New Mexico Whistleblower Protection Act.

A New Mexico school district also violated Articles 4, 13 & 14 of the Negotiated Agreement
- **Article 14** states that a district will include Letters of Rebuttal for a personnel file. School district refused to include Letters of Rebuttal & Federal Sworn Statements for my file when the district transferred me to another school, leading to unwarranted speculation from multiple employees. **AFTER I informed the <u>Federal EEOC and hired a trusted Attorney</u>**, the school district was finally forced to comply with **State Law (NM Admin Code 1.7.1.12) and Article 14 on 4-7-2025.**
- **Article 13** states that a school district will provide feedback within 10 calendar days during any mandatory Performance Improvement Plan that school district imposes on an employee. Evidence of the district's non-compliance with Article 13 is with the Federal EEOC, an Attorney, and Union.
- **Article 4** states that a school district agrees to abide by a policy of Non-Discrimination. Evidence in this Report shows that a school district, clearly, did not abide by a policy of Non-Discrimination.
- **Alleging Slander/Libel as Fact** on School District Letterhead. On 10-2-2023, Aps HR Employee Relations Specialist Ms. Jennifer Mackey stated that site supervisor witnessed me using Louie the Lobo in a sexual way with student, and then placing Louie the Lobo on my lap with a sexual intent. Aps HR Specialist then said, "*your heart. . . your heart looks to be in pain.*" The Slander/Libel that was alleged as fact, on School District Letterhead, was confirmed as false, after conversation with the site supervisor who was alleged to have witnessed sexualizing behavior between myself & Louie the Lobo. Slander/Libel from Aps was stated, as fact, in front of another public employee.
  **New Mexico Statute 30-26-1 imposes criminal penalties on government agencies who issue Slander/Libel as fact. New Mexico Statute 30-26-1 is a State Law mandating Ethical conduct for all government employees in New Mexico.**

Albuquerque public schools (Aps) district did send an Attorney to threaten me <u>AFTER I advocated for rights under Title VII and the New Mexico Human Rights Act, in a Letter of Rebuttal</u>. District sent same attorney who <u>violated the ADA Rights of my friend</u> who had a private audience with Saint Teresa of Calcutta. After the district sent same exact Attorney to threaten my Civil Rights, I declined to meet that Attorney.

Albuquerque public schools (Aps) district sent Attorney to violate my Civil-Constitutional-Employment Rights around 12-20-2023 even AFTER admitting that Albuquerque public schools district had already violated my Rights and the Rights of students in a meeting, recorded by Aps district, on 1-11-2023.

22

PLA000771

[i] After Albuquerque public schools (Aps) district felt entitled to spy in violation of enshrined United States First Amendment Freedoms and Rights, and after Aps prevented persons of Faith and Color from obtaining internship hours and collaborative work experiences in partnership with me, the Federal Equal Employment Opportunity Commission and the Civil Rights Division of the United States Department of Justice were the only agencies that might have been able to offer support in the Spring of 2015 through 2022. AFTER Albuquerque public schools district imposed Gag Clauses and threats of discharge-discipline-nonrenewal-reprimand-suspension-termination, from 5-3-2022 onward, a New Mexico public school district failed to recognize that the local Board of Education leadership had evolved. The local Board of Education now affirms a need for Educators who are sensitive to the reality of Historical Discrimination, and specifically, a need for Educators of Color who are sensitive to the reality of historical Discrimination. Of note is that the New Mexico Department of Justice continues a Statewide lawsuit against the New Mexico Public Education Department for a failure to comply with the spirit of the Equal Protection Clause suggested within Article XII Section 1 of the N.M. State Constitution.

On January 23, 2025, the New Mexico Supreme Court ruled that all New Mexico public school districts must comply with the New Mexico Human Rights Act, and that Albuquerque public schools district needs to understand that the New Mexico Human Rights Act must be understood in light of the State's painful history of Discrimination, taking place in public schools. The ruling of the New Mexico Supreme Court affirmed painful historical realities that took place in public schools. The New Mexico State Historian has affirmed that the State of New Mexico does have a painful history of both Anti-Black and Anti-Asian prejudice. This Formal Whistleblower Report proceeds from the premise that a moral arc is long, generational, and perseveres from one lifetime into the next.

[ii] **Confidentiality** is a cornerstone of the School Counseling profession which involves providing a sense of privacy to any student who may wish to disclose feelings, observations, and thoughts that may not mesh with the beliefs of a student's biological family, of a student's legal guardian, or with the designs of any school system that works to ensure the welfare of each and every student.

Many children have become aware that members of local law enforcement are not to be trusted blindly due to Federal investigations that started taking place in 2014. Federal investigations into the ethical conduct and misconduct of local law enforcement continues. Federal Investigations into police officer misconduct involve local police, local sheriffs, and even State level police officers.

In a similar vein, investigators who are contracted to work for any school district understand the nature of continued employment. When any public school district feels entitled to engage in illegal and unethical conduct, investigators understand that continued employment, by such a school district, depends on an investigator's willingness to affirm the narrative being touted by that district. The integrity of any investigator will eventually become compromised in a situation that requires the burying of government misconduct and government misdeeds. This dilemma is faced by law enforcement officers in multiple law enforcement agencies, at every level, from one generation into the next. This dilemma is faced by investigators who are hired by school districts, primarily, to bury a school district's misconduct and misdeeds. This pattern is an abuse of taxpayer funds and cause for Public Concern.

[iii] **Title VII of the Civil Rights Act** was built upon the labor of souls who endeavored to give substance to the United States Constitution. It evolved after Justice Thurgood Marshall persuaded the United States Supreme Court that public school districts were failing to comply with the spirit of the **Equal Protection Clause in the 14th Amendment of the United States Constitution.** 5 year old Sarah Roberts in 1850, 9 year old Gong Lum in 1927, 12 year old Roberto Alvarez in 1931, and 8 year old Sylvia Mendez in 1946 paved the way for 7 year old Linda Brown to persuade the United States Supreme Court to certify the substance of the Equal Protection Clause in the 14th Amendment in **Brown vs. Board of Education**. Justice Thurgood Marshall cited **Mendez vs. Westminster as a precedent for upholding Equal Protection of students in public school settings. Prior to Brown vs Board of Education**, the Japanese American Citizens League, American Civil Liberties Union, Lawyer's Guild, Attorney General of the State of California, National Association for the Advancement of Colored People, and American Jewish Congress all supported briefs to challenge the logic of all racial segregation and the legality of segregating Mexican-Americans in California (Marina Hsieh) when it came for the 9th Circuit US Court of Appeals to apply **Mendez vs Westminster** as a precedent for the integration of public schools. The research of Kenneth and Mamie Clark provided social scientific evidence to help the Public understand the effect of Segregation.

The integration of public school settings eventually paved the way for defenders of the Public Interest to acknowledge **Title VII of the Civil Rights Act** as a legal remedy to persuade privately owned corporations and government agencies to comply with the spirit of the Equal Protection Clause in the 5th and 14th Amendment of the United States Constitution. Once defenders of the Public Interest affirmed the substance of the Equal Protection Clause in public schools, it only became natural to uphold the substance of the Equal Protection Clause in employment settings. **Title VII of the Civil Rights Act** recognizes that a willingness to uphold the Equal Protection Clause in all school districts is meaningless, unless there are privately owned corporations and public agencies who are willing to uphold the spirit of the Equal Protection Clause when it comes to Equal Employment opportunities within the Nation. **Title VII of the Civil Rights Act** provides a Way for Private Citizens and Public Employees to litigate for the good of the Public Interest.

[iv] All events, documented from page 1 until 23, provide evidence of a New Mexico public school district's non-compliance with *Freedom of Assembly, Freedom of Association, Right of Petition, Freedom of Speech, Diversity of Viewpoint* AND non-compliance with the spirit of *Equal Protection* and *Due Process* guaranteed in the New Mexico State Constitution and United States Constitution. With regard to any moral arc that is long and bending toward justice, this Formal Whistleblower celebrates the 4-17-2024 unanimous United States Supreme Court ruling on Title VII of the Civil Rights Act and the 1-23-2025 New Mexico Supreme Court ruling on the New Mexico Human Rights Act, as two Acts which can plant a seed of Hope and Faith in children, everywhere, upon graduation.

23

PLA000772