# Exhibit 2

**EEOC (Inquiry) Number: 543-2024-00142**

## INQUIRY INFORMATION

### INQUIRY OFFICE

**Receiving:** Albuquerque Area Office

**Accountable:** Albuquerque Area Office

### POTENTIAL CHARGING PARTY

**Name:** Mr. Daniel Le

**Address:** 320 Rhode Island Street NE Apartment 1

ALBUQUERQUE, NM 87108

**Year of Birth:** 1976

**Email Address:** counselor.le@gmail.com

**Phone Number:** (505) 480-2096

### POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** Male

**Disabled?** No

**Are you Hispanic or Latino?** No

**Ethnicity:**

**National Origin:** Japanese Origin

### RESPONDENT/Employer

**Organization Name:** ALBUQUERQUE PUBLIC SCHOOLS

**Type of Employer:** Local Government that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Primary Address:** 6400 UPTOWN BLVD NE STE 210

Albuquerque, NM 87110, UNITED STATES OF AMERICA

**County:** Bernalillo

**Phone Number:**

**Work Address:**

**Remote Work:** false

### RESPONDENT CONTACT

**Name:** Tessa Chrisman

**Email Address:** tchrisman@modrall.com

**Phone Number:** (505) 848-1869

**Title:** Attorney

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 10/02/2023

PLA000058

**Reason for Complaint:**  Race, National origin and/or ethnicity, Sex (including pregnancy, sexual orientation and gender identity), Retaliation - I complained to my employer about job discrimination

**Pay Disparity:** No

**Location of Incident:** New Mexico

**Submission (initial inquiry) Date** 11/04/2023

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:**

**Charge Number:**  543-2024-00142

**Claim previously filed as complaint with another Agency?** Yes

**Agency Name:** New Mexico Human Rights Bureau

**Approximate Date of Filing:**  11/04/2023

**Nature of Complaint:** Violations of Title VII of the Civil RIghts Act, violation of Title IX, violation of the Equal Rights Amendment ratified in New Mexico, non-compliance with Erin?s Law, violation of New Mexico Human Rights Act and New Mexico Civil Rights Act.


## ADVERSE ACTION(s)

In 2020, I addressed a student sexual harassment issue with the Principal and Faculty. During the meeting, the Principal made a racially inappropriate comment. On 11/17/2021, I advocated for a harassed student, but the Principal denied it despite clear evidence, using a racially offensive term towards me and mocking me. In April 2022, the Principal imitated my mom with a mock Asian accent. On 5/3/2022, she omitted my advocacy efforts in a conversation with a caregiver. The Principal initiated an investigation against me, framing me as a harassment perpetrator, affecting my job prospects. During a Due Process Hearing on 1-11-2023, HR displayed a lack of awareness about Child Protection Unit and Erin?s Law. On 7-31-2023, I received a Letter of Reprimand, and an amended version on 8-8-2023. I signed a 90-day Performance Improvement Plan on 8-14-2023. During a 10-2-2023 meeting, false accusations were made against me, prompting me to report this.


## APPOINTMENT

**Appointment Date and time:** 01/19/2024 13:00:00 MST

**Interview Type:** Phone


## APPROXIMATE DEADLINE FOR FILING A CHARGE: 07/29/2024

PLA000059

**Supplemental Information**

**What Reason(s) were you given for the action taken against you?**

APS human resources alleges that licensed school employees are not obligated to comply with Erins Law (https://www.nmsenate.com/erins-law-passed-in-new-mexico-to-require-sexual-abuse-detection-training-in-schools/.) when there is clear evidence, recorded on video in front of multiple eyewitnesses, of a student receiving several hip thrusts/moaning sounds in the school cafeteria.  Incident took place on 11-17-2021.  A licensed school employee, with student at her side, asked me to advocate for the student and stated, Admin did not believe student was harassed.  When I walked into the Admin office, I saw Principal watching the video with two others.  Principal stated, there is no harassment, despite clear evidence on video.  I am willing to take a polygraph to verify that Principal Mondragon was laughing and smiling while watching the video, stating, There Is No Harassment.  After close consultation with multiple citizens, this behavior was, and remains, concerning.

When APS Principal ms. Mondragon refused to comply with Erins Law and other legal/ethical/occupational duties to a student, I complied with Erins Law and my ethical duties. I complied with Erins Law when others did not.  I chose to engage in opposition to Title VII discrimination when there was clear video evidence of a student being subject to hip thrusts/moaning sounds on school property in front of multiple eyewitnesses.

APS human resources alleges that I acted outside the scope of my responsibility as a school counselor. I informed APS Human Resources, in writing, that their own District policies affirm the reality that all publicly licensed school employees are obligated to operate under the principle of In Loco Parentis, all licensed school employees are obligated to protect any student from sexual harassment.

I informed APS human resources that what they have done is illegal, unethical, and immoral on 7-31-2023.  I requested a complete expungement of my employment records with APS on 7-31-2023.  APS Human resources responded to my request with unsubstantiated and untrue allegations against my person on 8-8-2023.

The allegations against my character - dignity - employment opportunities -esteem -family - honor -livelihood - reputation have been addressed in an Executive Summary and Sworn Statement.  I shared an early draft of the Executive Summary Sworn Statement with Union Representation, Albuquerque Teachers Federation.

On 10-2-2023, human resources employee Jennifer Mackey read from an intra-corporate letter with District letterhead. Ms. Jennifer Mackey stated an allegation in factual form and said that my site supervisor witnessed me using Louie the Lobo, a UNM mascot, in a suggestive way with a student. Specifically, Ms. Jennifer Mackey said, Did You Put Louie On Your Lap? I felt grossly ill from the slander. To be specific, I have already needed to take no less than 26 therapy sessions to deal with the mountain of unsubstantiated slander that employees of APS suddenly feel entitled to launch in my direction after I engaged in opposition to Title VII Discrimination (a student on the receiving end of multiple hip thrusts/moaning sounds in public view on school property), knowing that Principal Mondragon responded to the video recorded evidence with laughter and smiling while watching a student in pain.

With respect to the slanderous allegation launched by Jennifer Mackey on 10-2-2023, I later confirmed with site supervisor at Sandia High School that allegation was false and that site supervisor did not witness any such behavior from me with Louie the Lobo.   Ms. Jennifer Mackey did acknowledge that my Heart Looks To Be In Pain? after she issued the allegation as fact while reading from an intra-corporate letter with APS District Letterhead.  During the 10-2-2023 meeting, district counseling director did not bother to confirm whether this accusation had substance while Ms. Jennifer Mackey read a slanderous accusation as fact.  District counseling director chose to send a Memo penalizing me instead.

Since 10-2-2023, mandated meetings at District have taken on an increasingly punitive format. Every statement that comes forth from my mouth is subject to increased scrutiny and it feels like ongoing harassment and retaliation.  Since 10-2-2023, employees of the APS District continually strive to insinuate and interpret any statement in a manner that results in harm to my character, dignity, esteem, honor, livelihood, and reputation as a licensed school counselor.

To give you one example, human resources employee Joseph Lovato and district counseling director Vicki Price

PLA000060

threatened me with a disciplinary Directive for not using a District issued laptop. Please know that I had previously put in an official request for a new District issued laptop on 9-1-2021.  A new laptop benefit was actually negotiated by the Union in August of 2021. Despite putting in an official request on 9-1-2021, I never received a new laptop from the District. A Tech employee at District (Kay) mentioned that the District had run out of District issued laptops, when I followed up with my official request and to speak with a Tech employee directly.

To remedy the situation and work more efficiently, I purchased a laptop in August of 2023 for the specific purpose of working more efficiently as a high school counselor. Please know that I did not complain about the fact that every high school counselor in APS had already been provided with a new laptop. Under these circumstances, it was unreasonable for two employees of the school District (Vicki Price and Joseph Lovato) to issue a disciplinary directive toward me, especially since I had not received a new laptop after issuing a formal and official request 2 years and 2 months prior to the threat from human resources employee Joseph Lovato and district counseling director Vicki Price.

I issued a Whistleblower Report to the Anti-Racism Anti-Oppression Division of the New Mexico Public Education Department on 11-23-2023 in compliance with ASCA Ethical Standard E.1.d. I submitted an Executive Summary and Formal Complaint of Whistleblower Activity Report to the New Mexico Public Education Department Licensing Board and the Anti-Racism Anti-Oppression Division on 12-15-2023.

When I returned to school on 1-10-2024 after the Winter Break, I noticed that APS District had turned off my ability to utilize work printers. I was not able to print out forms and transcripts for students which is an essential task of the job of all school counselors. I submitted a formal request for help through the Tech Support ticket website but am not expecting to receive any help. No reasons have been provided by APS District as to why my ability to utilize work printers has been turned off.

For all these reasons and more, I am filing a report with the United States Equal Employment Opportunity Commission.

**Was anyone in a similar situation treated the same, better, or worse thanyou?**

From August 2023 until the end of December 2023 I have been the only multi-year school counselor with APS experience who was mandated to attend several First Year Counselor Meetings that extend for the length of an entire work day. No other multi-year counselors with APS experience were forced to attend First Year Counselor Meetings as a condition of continuing employment. No other multi-year counselors, I am aware of, have been publicly fetishized/racialized/sexualized by a school Principal during their tenure as a school counselor. No other counselor, to my knowledge, has had family members racialized and sexualized by a school Principal.

At the Elementary School Level, I am not aware of any licensed school employee who has been publicly fetishized, racialized, and/or sexualized while conducting the Mandatory Child Protection Unit in compliance with Erins Law. After I engaged in opposition to Title VII discrimination in compliance with Erins Law, Principal Mondragon began referring to me in racialized/sexualized terms. See -- https://www.amazon.com/Breathe-Me-Bries-Submission-12-ebook/dp/B01MA5ZVM1  I am not aware of any public school system where it falls within the scope of an administrator?s duties to refer to a counselor as a character from a pornographic book series, to yell this racially pornographic term across the hallway (a minimum of three times) while I am walking by in the hallway, just to make sure this fetishizing/racializing/sexualizing terminology can be heard by another school principal. Principal Mondragon began publicly using this term after I engaged in opposition to Title VII Discrimination in compliance with Erins Law when I advocated on behalf of a student who was publicly subjected to hip thrusts/moaning sounds on school property.

The behavior by School Principal, in the presence of multiple witnesses, began as early as 11-06-2020.  On 11-06-2020, I convened a meeting to address an unrelated issue of sexual harassment among the student body. During the meeting, Principal Mondragon referred to my nephew as, China Doll, resulting in shock to both myself and a faculty member with the open racialization and sexualization of a minor on clear display by APS Administration.

In late January 2022, Principal Mondragon began yelling Tono Ren Nosaka across the hallway in the presence of multiple witnesses.  In April of 2022, Principal Mondragon used an exaggerated faux Asian accent to mock a family member in the presence of multiple witnesses, including a student.

At the High School Level, a colleague openly and repeatedly stated (9-18-2023 to 9-22-2023), You Need A Female Counselor, to a student on my caseload, and to myself and colleagues. Student subsequently went home to share this opinion with staff members and family members. Counseling colleagues agreed that the person who made this comment harbors outdated gender stereotypes. A member of Title IX confirmed that the gender stereotypes of that colleague openly violated Title IX prohibitions.  I can forgive the behavior of that colleague and have already spoken with Title IX.  What felt especially discriminatory, however, is the fact that a high school

PLA000061

administrator appears to have been influenced by that colleagues behavior to undermine my credibility with the student body by indicating that it was inappropriate for me, as a male, to speak with female students. Nothing prompted this behavior and I already informed site supervisor of the danger of such stereotypes. To compound the damage, district counseling director Ms. Vicki Price shifted blame upon my person for the fact that a colleague openly violated Title IX prohibitions with multiple witnesses.  District counseling director also already knew that I had reported a case of sexual harassment and had asked that colleague to truthfully report the child abuse and domestic abuse he heard about directly from student on my caseload.

Incidentally, at the same high school, a respected high school counselor once had a student who requested a different counselor. No disciplinary memo was issued to the other high school counselor when a student requested a switch.  Nonetheless, district counseling director chose to single me out in a disciplinary Memo after a colleague openly violated Title IX prohibitions several times with multiple witnesses. As far as I know, I am the only person who has been singled out for discipline over the fact that a student requested a different counselor, despite the fact that everyone knew that a colleague openly violated Title IX prohibitions with a student, administration, myself, and other counseling colleagues.

Throughout November of 2023, district counseling director and a human resources employee threatened me for not using a District issued laptop. Please know that I had officially requested a District issued laptop on 9-1-2021 right after the Union negotiated for a new laptop benefit for all educators. Please know that I did not receive a laptop for 2 years and 2 months.  The threat from district counseling director and human resources felt discriminatory, harassing, and retaliatory. I am not aware of an employee, at any school District, who has never used a personal device to check a work email.  I am also not aware of a high school counselor who did not receive a District issued laptop for over 2 years.

From 10-17-2023 until 12-2023, district counseling director sent a number of disciplinary Memos along with a disciplinary Directive. The Memos penalized me over the fact that a student requested a different counselor (despite the fact that this has happened before with another respected counselor), penalized me for the fact that a student was switched from regular choir to concert choir (despite the support of family, student, and choir instructor), and overall, the Memos contains messaging that is false.

From a counseling perspective, the district counseling director questions whether or not I should offer a space of support to a student who has disclosed a diagnosis of depression/anxiety/eating disorder in their 504 plan or IEP. This behavior by district counseling director is certainly at odds with recommendations provided directly from an American School Counseling Association National Trainer on 11-3-2023. The opinion from district counseling director (i.e. questioning whether it is appropriate to offer support to a student who discloses a diagnosed condition) runs contrary to the advice offered by American School Counseling Association Trainer Dr. Karen Griffith. Dr. Karen Griffith, on 11-3-2023, publicly stated, during the New Mexico School Counseling Association Conference, that she listens to a student and offers some support if a student discloses a diagnosed condition. Dr. Karen Griffith shared that the mental health counseling track, community counseling track, and school counseling track are all very similar. For clarification, I am sure that Dr. Karen Griffith also offers outside resources to support all students when there is a disclosure in a school setting. This would be a recommended practice by all school Districts.

For the record, I respect both Dr. Karen Griffith and district counseling director.  HOWEVER, I do not enjoy being harassed, week after week, for deferring to the expertise of Dr. Karen Griffith when it comes to supporting students who have a diagnosed condition. I have felt sick for about 5 hours after my weekly meetings with district counseling director and APS human resources where I am continually and increasingly subject to increased harassment and scrutiny, simply because I engage in standard operating procedures that align with the recommendation of a nationally recognized American School Counseling Association Trainer.

For the protection of ALL, I issued a Whistleblower Report to the Anti-Racism Anti-Oppression Division of the New Mexico Public Education Department on 11-23-2023 in compliance with ASCA Ethical Standard E.1.d.

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this personwill provide.**

I am aware of a student who witnessed Principal Mondragon referring to my mom with a mock Asian accent. There is, in fact, more than one.   However, I prefer to keep the identity and name of students Confidential.

For proof that Principal Mondragon referred to my nephew in a racializing/sexualizing manner on November 6, 2020, you can reach out to Faculty Member Mr. Brian Cordova.  His phone number is 505-814-8821.

For proof that Principal Mondragon referred to my person as Tono Ren Nosaka and yelled this term across the hallway while I was walking by, after I engaged in opposition to Title VII Discrimination in compliance with Erins Law, you can speak with the following persons who are employed by Albuquerque Public Schools:

PLA000062

Principal Michelle Tudor

Mrs. Nikita Shanks

Mrs. Jamie Barela


The phone number for the school where they currently work at is 505-831-3301

I do believe that Principal Michelle Tudor, Mrs. Nikita Shanks, and Mrs. Jamie Barela have the integrity to remember that Principal Mondragon thrice advanced a fetishized/racialized/sexualized caricature of Tono Ren Nosaka toward my person in 2022, yelling this term across the hallway to make sure it was heard by Principal Michelle Tudor.

Since all three of the above persons are employed by Albuquerque Public Schools, I am concerned that that not only myself, but that these three persons could be retaliated against for being truthful about the fact that Principal Mondragon referred to me as Tono Ren Nosaka, in violation of my Civil Rights under Title VI, Title VII, Title IX, the Equal Rights Amendment, New Mexico Human Rights Act, and New Mexico Civil Rights Act.  Since APS human resources continues to imply harm to my employment opportunities as a result of my advocacy for students, families, employees, and my own self, then it is likely that they could do the same to any other person currently employed by APS.


On 5-3-2022, I lost consciousness for 45 seconds when Principal Mondragon framed me as a target of investigation to shield herself from the fact that she refused to comply with Erins Law and several other legal/ethical/occupational duties. Principal Michelle Tudor is the person who timed my loss of consciousness on 5-3-2022. Just prior to the loss of consciousness, Principal Mondragon handed me a letter and feigned ignorance about her role in framing me on this day. Immediately after Principal Mondragons deception, I wound up being transported to the emergency room hospital. I heard water sprinklers for 2-3 minutes after waking up from the loss of consciousness. I underwent a series of brain/heart scans over the next 6 months and have attended no less than 26 therapy sessions to deal with the emotional distress and unexpected damage to my mirror neurons. If you need the name of the therapist I have met with in an attempt to process the emotional distress and injury, I can disclose it during the interview on 1-19-2024. I also wrote a letter to Dr. Baljinder Sandhu in January of 2023 that discloses the damage to my mirror neurons as a result of Admins deception on 5-3-2022, leading to my loss of consciousness. Dr. Baljinder Sandhu is the Chief Neurologist of Presbyterian Hospital who met with me and ordered the brain scans on my behalf after I lost consciousness on 5-3-2022.


I respect a retired APS counselor who met with Mother Theresa and two former United States Presidents in the Oval Office.  The retired APS counselor who once met with Mother Theresa and two former United States Presidents in the Oval Office disclosed to me that APS threatened him after he advocated for his rights under the American with Disabilities Act. This is what happened. 6 months after meeting with a sitting United States President in the Oval Office, my friend returned to the school where he worked, feeling good about the Americans with Disabilities Act.  My friend is special. He once had a promising career as a professional baseball player until a man approached him and shot him at point blank range.  My friend chose to forgive the person who shot him, even though the person who shot him wound up bragging about the act while in prison.  It is a powerful story of Love and Forgiveness that students can appreciate. Long story short, my friend, while serving as a school counselor, asked the school principal if there was any way that a ramp could be built for someone who needs wheelchair access. The school principal told my friend that she thought it was a good idea.  The day after my friend advocated for his rights under the Americans with Disabilities Act, APS sent their lawyer to meet with my friend unexpectedly. The lawyer, hired by APS, shoved a piece of paper in my friend?s face. The lawyer said, you either sign this sheet that says you enjoy all of the working conditions here at this school, OR, APS has the right to move you, year to year, to any school they choose, and you will not have any say in the matter.  My friend was completely shocked. Under duress and out of shock, he signed the form that the APS lawyer put in front of him.  Since my friend still receives his pension from APS, please understand why I cannot disclose his name.


I am aware of a godly woman, a good mom, faithful spouse and licensed counselor who identifies as a person of color. Name of the licensed counselor is Mrs. Marlina McCall. Mrs. Marlina disclosed that, as a person of color, she was treated horribly by district counseling director, Vicki Price. Mrs. Marlina has worked as a counselor in the APS District.   Please know that I have not disclosed the specific contents and details of this report to Mrs. Marlina McCall.   Nonetheless, a number of concerned citizens have disclosed that unless this is reported to a higher authority, the APS school District will continue in its corruption.


I do believe that it is in the interests of the Federal Equal Employment Opportunity Commission to hear what Mrs. McCall has to say since she and her family radiate a genuine Care for all students and families in the District, in all places. The phone number for the McCall family is 505-357-0004.  They have a passion for seeing that the right

PLA000063

thing is done.  I remember how their child was affected after watching a video of both MLK and RFK giving speeches in 1968, and subsequently, passing away shortly thereafter.  If you can guarantee Confidentiality and Protection from Retaliation, I am sure you will find great Wisdom from the McCall family.

### Please tell us any other information about your experience.

I have been advised that, for the public good, it is necessary to share information in this report for the continued advancement, protection, welfare, and well-being of all.  Several students have disclosed that it is their dream to become a counselor, educator, and/or therapist. Therefore, a formal Whistleblower Report has been issued to the requisite authorities.

I am grateful for the Office of Civil Rights and am aware that if not for the death of the Freedom Riders, MLK, and countless women and men throughout decades, the United States Government would not be able or willing to guarantee protection from retaliation.  APS has violated other Civil Rights of mine, but for now, I am chiefly concerned with Title VII of the Civil Rights Act, Title IX, the Equal Rights Amendment first ratified in Hawaii thanks to Patsy Mink, New Mexico Human Rights Act, and the New Mexico Civil Rights Act.  I am grateful that the State of New Mexico did advance the New Mexico Whistleblower Protection Act.

Legally and ethically, the willingness of a school Principal, a director of Human Resources, and associated allies (Ms. Jennifer Mackey of APS Human Resources) to work together to frame me as a target of investigation, and to willingly allow a fetishized/racialized/sexualized caricature to become a part of my employment file is both Illegal (United States Code 18 Section 241) and Racist (Title VI, Title VII, New Mexico Human Rights Act, New Mexico Civil Rights Act).  I am willing to take a polygraph, if needed.

After disclosing these concerns to senior employees in the school District in compliance with ASCA Ethical Standard E.1.d, the Office of Civil Rights City of Albuquerque advised reaching out to the New Mexico Human Rights Bureau and the Federal Equal Employment Opportunity Commission.  Reaching out the New Mexico Human Rights Bureau and the EEOC was also advised by the Asian Law Caucus.

After I disclosed concerning behavior of a former site Administrator to several senior personnel in the District (Director of Title IX/EOS on 11-22-2023) (director of Human Resources and two other HR employees on 1-11-2023) (district counseling director on 8-21-2023), I was advised to reach out to the County Attorney General. The County Attorney Generals Office recommended reaching out to the New Mexico Attorney General after realizing I already disclosed this information to various senior personnel in the District. All of these steps are in compliance with ASCA Ethical Standard E.1.d.

After I submitted a report to the New Mexico Attorney Generals Office on 11-16-2023, I was not able to access my APS work email on the morning of 11-17-2023. I do feel it was retaliation for submitting a report to the New Mexico Attorney General.  It was not until I emailed my school Principal at Sandia High School and Union Representative on the afternoon of 11-17-2023, that I was able to access my APS work email and finally receive the laptop that I requested back in 9-1-2021.    It is my understanding that under the New Mexico Whistleblower Protection Act, I have 3 years of protection from retaliation after submitting the report to the NM Attorney General on 11-16-2023.

On a side note, Ms. Vicki Price did disclose she is close with associate superintendent Troy Hughes. From the beginning of 11-6-2023 up until 11-27-2023, there was writing on the whiteboard in the district counseling directors office. The writing on the whiteboard includes a personal message to Troy, the associate superintendent. I have wondered if that message was strategically placed there to let me know that district counseling director has the support of the associate superintendent if District employees decide to continually violate my Civil Rights, or the rights of any other employee in the school District.   It feels similar to the way that Principal Mondragon disclosed how she has a close relationship with director of human resources Ms. Jessica Rivera, right up until the day I was framed by both of them as a target for investigation on 5-3-2022, as a result of complying with Erins Law when others did not.

The current superintendent did send out an email to ALL District constituents on 4-23-2021. In that email, the current superintendent and the Admin from the 11-17-2021 incident were showcased walking together in a large photo. The messaging in that 4-23-2021 email, signed by the current superintendent, suggested a close connection between the superintendent and Admin from the 11-17-2021 incident.   It is for this reason that I have not reached out directly to the superintendents office to share my concerns. When the County Attorney Generals

PLA000064

Office mentioned reaching out directly to the school superintendents office, I refrained from mentioning the 4-23-2021 email that had been sent out by the current superintendent.

I appreciate the existence of the United States Equal Employment Opportunity Commission and how it provides protection from retaliation by any School District that receives public funds.  Mahalo nui loa and Thank you, for all of your efforts, on behalf of each and every citizen.  The existence of this office and the Federal Office of Civil RIghts provides my heart with a feeling of safety and security which allows for more free speech to organically unfold.

For what its worth, the current superintendent did quote MLK on how injustice anywhere is a threat to justice everywhere on February 10, 2023 in an email sent out to all District constituents.  If the current superintendent was aware of all that has gone on, I do believe he would hope to establish a resolution.  However, since Vicki Price disclosed a close relationship with associate superintendent Troy Hughes, I am deferring to the United States EEOC, the Federal Civil Rights Representatives at the Department of Education and other qualified legal and ethical specialists.

After no less than 26 therapy sessions (I stopped keeping track after this number), I have not found resolution.  I actively looked for a support group for males of Asian ancestry/ethnicity/origin/race who have been fetishized/racialized/sexualized by an administrative superior.  None, so far, seem to exist. I have come to the sobering conclusion that the best defense against Title VII discrimination is Federal Representation.  Former U.S. Congressperson and Federal Cabinet Member Norm Mineta not only made it illegal to subject airline passengers to racial profiling after the 9/11 attack (e.g. lawsuits were actually brought against 3 major airlines who engaged in such activity), but Norm Minetas brief presence in New Mexico in 2005 helped the New Mexico Legislature repeal the 1921 Alien Land Law that was built on top of the 1882 Chinese Exclusion Act, specifically targeting all US Citizens of East Asian ancestry from owning any land in New Mexico.  Perhaps this is why APS Leadership is hesitant to discuss the following article with me. https://www.latimes.com/california/story/2022-05-03/we-were-robbed-norman-minetas-long-quest-for-justice-for-japanese-americans  I informed APS Human Resources and district counseling director that if APS School District is truly genuine about its professed desire to serve students and families of color, it is important that we have a discussion about the contents of the above article.

I reminded APS District, in writing, that my loss of consciousness on 5-3-2022 coincides with the above article. Myself and family members feel there is a connection between the reparations Norm Mineta fought generations to achieve on behalf of the Nations highest ideals, and the treatment of myself and family members at the hands of APS district. Since a Beloved family member of mine experienced what it was like to be interned, against their will, at a Japanese American interment camp, the issue feels deeply personal.

PLA000065