**EXHIBIT**

**O**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DANIEL LE,

      Plaintiff,

vs.                                                                         Case No. 1-25-cv-00591 LF/JFR

BOARD OF EDUCATION FOR
ALBUQUERQUE PUBLIC SCHOOLS,

      Defendant.

### CERTIFICATE OF SERVICE

Pursuant to D.N.M.LR-Civ. 7.4(e), Defendant Board of Education for Albuquerque Public Schools ("APS"), by and through counsel of record, hereby notifies the Court that briefing is complete on its Motion for Summary Judgment, [Doc .39]. All docket entries relevant to this Motion are listed below:

    1.    Defendant's Motion for Summary Judgment [Doc. 39], filed March 30, 2026;

    2.    Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment [Doc. 46], filed April 27, 2026; and

    3.    Defendant's Reply In Support of its Motion for Summary Judgment [Doc. XX], filed May 25, 2026.

The briefing on Defendant's Motion for Summary Judgment [Doc. 39] is now complete and the Motion is ready for decision from this Court.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By: /s/ *Tessa L. Chrisman*
     Mia K. Lardy
     Tessa L. Chrisman
     Emily J. Windsor
     *Attorneys for Defendant APS*
     P.O. Box 2168
     Albuquerque, NM 87103-2168
     505.848.1800/ Fax: 505.848.9710
     mia.lardy@modrall.com
     tessa.chrisman@modrall.com
     emily.windsor@modrall.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Counxel Legal Firm**
Andrew N. Morrow
Andrew P. Meier
2222 S. Dobson Rd. Suite 1104
Mesa, AZ 85202
(480) 536-6122
amorrow@counxel.com
ameier@counxel.com
*Attorneys for Plaintiff*

By: /s/ *Tessa L. Chrisman*
     Tessa L. Chrisman

2