# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**DANIEL LE,**

    **Plaintiff,**

**v.**                                                                 **Case No. 1:25-cv-00591 LF/JFR**

**BOARD OF EDUCATION FOR
ALBUQUERQUE PUBLIC SCHOOLS,**

    **Defendant.**

**PLAINTIFF'S ANSWERS AND RESPONSES TO DEFENDANT'S FIRST SET OF
INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Plaintiff Daniel Le ("Plaintiff") responds as follows to Defendant's First Set of Interrogatories and Requests for Production ("Requests" or "Request"):

## GENERAL OBJECTIONS AND RESPONSES

1. Plaintiff asserts the following General Objections, which apply to each of the responses to the Requests. Although Plaintiff may respond specifically to certain Requests, the responses are subject to these General Objections and no response should be considered, or is, a waiver of any General Objection.

2. Plaintiff objects to the Requests to the extent that they seek information neither relevant to the issues raised in this case nor proportional to the needs of the case.

3. Plaintiff objects to the Requests to the extent that they are overly broad, unreasonably burdensome and oppressive, and impose an undue expense.

4. Plaintiff objects to the Requests to the extent that they seek information protected from disclosure by the attorney-client privilege, the work-product doctrine, or any other rule of privilege or confidentiality provided by law.

**EXHIBIT
O**

**INTERROGATORY NO. 6:** For the past ten (10) years, if you applied for work or employment of any nature, please state the name, address, and telephone number of the employer to whom you applied for work, the position applied for, the date of your application, whether you were offered any employment and, if so, the date of such offer of employment and the salary (including benefits) and position offered, whether you accepted or rejected the employment offered, and, if you rejected the employment offered, your reasons for rejecting the offer of employment.

**ANSWER: Plaintiff does not have any information that is responsive to this Interrogatory.**

**INTERROGATORY NO. 7:** If you have ever been arrested, charged with, or convicted of any crime, whether it be a felony or misdemeanor, please state as to each such arrest, charge or conviction, the date and place the offense was committed, by whom you were arrested or charged, the court and cause number, a complete description of all details and circumstances giving rise thereto, the name of your attorney, if any, the type of offense for which you were arrested or charged, the type of offense for which you were convicted or pled guilty or no contest, the disposition of each such arrest or charge and the penalty received.

**ANSWER: Plaintiff does not have any information that is responsive to this Interrogatory.**

**INTERROGATORY NO. 8:** Except as disclosed in response to other interrogatories, please state the name, last known address, telephone number and employer of each and every witness known to you or your attorneys who has any knowledge regarding the facts and circumstances surrounding the events which form the basis of this dispute and/or lawsuit, your alleged injuries and damage claims, and any other event pertaining to the current dispute and/or lawsuit, including,