**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DANIEL LE,

      Plaintiff,

vs.                                                                    Case No. 1-25-cv-00591 LF/JFR

BOARD OF EDUCATION FOR
ALBUQUERQUE PUBLIC SCHOOLS,

      Defendant.

## <u>NOTICE OF COMPLETION OF BRIEFING</u>

Pursuant to D.N.M.LR-Civ. 7.4(e), Defendant Board of Education for Albuquerque Public Schools ("APS"), by and through counsel of record, hereby notifies the Court that briefing is complete on its Motion for Summary Judgment, [Doc .39]. All docket entries relevant to this Motion are listed below:

1.      Defendant's Motion for Summary Judgment [Doc. 39], filed March 30, 2026;

2.      Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment [Doc. 46], filed April 27, 2026; and

3.      Defendant's Reply In Support of its Motion for Summary Judgment [Doc. 49], filed May 25, 2026.

The briefing on Defendant's Motion for Summary Judgment [Doc. 39] is now complete and the Motion is ready for decision from this Court.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.

By: /s/ *Tessa L. Chrisman*
        Mia K. Lardy
        Tessa L. Chrisman
        Emily J. Windsor
        *Attorneys for Defendant APS*
        P.O. Box 2168
        Albuquerque, NM 87103-2168
        505.848.1800/ Fax: 505.848.9710
        mia.lardy@modrall.com
        tessa.chrisman@modrall.com
        emily.windsor@modrall.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Counxel Legal Firm**
Andrew N. Morrow
Andrew P. Meier
2222 S. Dobson Rd. Suite 1104
Mesa, AZ 85202
(480) 536-6122
amorrow@counxel.com
ameier@counxel.com
*Attorneys for Plaintiff*


By:  /s/ *Tessa L. Chrisman*
        Tessa L. Chrisman