**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DANIEL LE,

      Plaintiff,

vs.                                                                           Case No. 1-25-cv-00591 LF/JFR

BOARD OF EDUCATION FOR
ALBUQUERQUE PUBLIC SCHOOLS,

      Defendant.

**NOTICE OF ERRATA TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT**

Defendant Board of Education for Albuquerque Public Schools ("APS"), by and through

its counsel of record, hereby submits this notice to correct the record concerning its Reply in

Support of Motion for Summary Judgment [Docs. 47, 49] and related Notices of Completion of

Briefing [Docs 48, 50]. In support thereof, APS states as follows:

1.      On May 25, 2026, a copy of Defendant's Reply in Support of its Motion for

Summary Judgment was filed as Document 47.

2.      The incorrect exhibit was inadvertently attached to Defendant's Reply in Support

of its Motion for Summary Judgment. [Doc. 47-1].

3.      A Notice of Completion of Briefing for Defendant's Motion for Summary

Judgment [Doc. 39] was then filed, referencing Doc. 47 as the Reply. [Doc. 48].

4.      Defendant did not discover that the wrong exhibit had been attached to its Reply

until later on May 25, 2026, at which time it promptly emailed opposing counsel a copy of the

Reply and correct exhibit (Exhibit O).

5.      Defendant also proceeded to file another copy of its Reply in Support of its Motion for Summary Judgment with the correct exhibit.[1] However, a copy of the incorrect exhibit [Doc. 47-1] was inadvertently attached to the Reply and submitted along with the Reply as Document 49. As such, Document 49 comprises the Reply and incorrect exhibit that are currently on the docket as Documents 47 and 47-1.

6.      The Document currently on the docket as Document 49-1 is the correct exhibit to Defendant's Reply in Support of its Motion for Summary Judgment.

7.      Accordingly, Document 47 (without its attachment) and Document 49-1, taken together, constitute the full Reply in Support of Defendant's Motion and proper Exhibit O thereto. A correct copy of the Reply and Exhibit O are also attached as **Exhibit 1** to this Notice.

8.      Briefing is complete on the Defendants' Motion for Summary Judgment [Doc. 39], and an Amended Notice of Completion of Briefing referencing this Notice of Errata will be filed to assist in the Court's consideration of all briefing related to that Motion.

---

[1] Notably, another Notice of Completion of Briefing was filed after Document 49, which references Document 49 as the Reply. [Doc. 50].

2

Respectfully submitted,

MODRALL, SPERLING, ROEHL,
 HARRIS & SISK, P.A.


 */s/ Mia K. Lardy*
Mia K. Lardy
Tessa L. Chrisman
Emily J. Windsor
P. O. Box 2168
Albuquerque, NM 87103-2168
(505) 848-1800
Fax (505) 848-9170
mia.lardy@modrall.com
tessa.chrisman@modrall.com
emily.windsor@modrall.com
*Attorneys for Defendant Albuquerque*
 *Public Schools*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Counxel Legal Firm**
Andrew N. Morrow
Andrew P. Meier
2222 S. Dobson Rd. Suite 1104
Mesa, AZ 85202
(480) 536-6122
amorrow@counxel.com
ameier@counxel.com
*Attorneys for Plaintiff*


By:  */s/ Mia K. Lardy*
      Mia K. Lardy


3