**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DANIEL LE,

      Plaintiff,

vs.                                    Case No. 1-25-cv-00591 LF/JFR

BOARD OF EDUCATION FOR
ALBUQUERQUE PUBLIC SCHOOLS,

      Defendant.

### <u>AMENDED NOTICE OF COMPLETION OF BRIEFING</u>

Pursuant to D.N.M.LR-Civ. 7.4(e), Defendant Board of Education for Albuquerque Public Schools ("APS"), by and through counsel of record, hereby notifies the Court that briefing is complete on its Motion for Summary Judgment, [Doc .39]. All docket entries relevant to this Motion are listed below:

1. Defendant's Motion for Summary Judgment [Doc. 39], filed March 30, 2026;

2. Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment [Doc. 46], filed April 27, 2026;

3. Defendant's Reply in Support of its Motion for Summary Judgment[1] [Docs. 47 and 49-1], filed May 25, 2026; and

4. Notice of Errata to Defendant's Reply in Support of its Motion for Summary Judgment [Doc. 52], filed May 28, 2026.

The briefing on Defendant's Motion for Summary Judgment [Doc. 39] is now complete and the Motion is ready for decision from this Court.

---

[1] As addressed more fully in the Notice of Errata [Doc. 52], Defendant's Reply and the correct exhibit were attached to the Notice of Errata as Exhibit 1, circulated to Plaintiff's counsel on May 25, 2026, and are fully accessible in the record by combined review of Documents 47 (disregarding 47-1) and 49-1, both of which were filed on May 25, 2026.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
  & SISK, P.A.


By: /s/ *Mia K. Lardy*
      Mia K. Lardy
      Tessa L. Chrisman
      Emily J. Windsor
      *Attorneys for Defendant APS*
      P.O. Box 2168
      Albuquerque, NM 87103-2168
      505.848.1800/ Fax: 505.848.9710
      mia.lardy@modrall.com
      tessa.chrisman@modrall.com
      emily.windsor@modrall.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of May, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Counxel Legal Firm**
Andrew N. Morrow
Andrew P. Meier
2222 S. Dobson Rd. Suite 1104
Mesa, AZ 85202
(480) 536-6122
amorrow@counxel.com
ameier@counxel.com
*Attorneys for Plaintiff*


By: /s/ *Mia K. Lardy*
    Mia K. Lardy

2