IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL LE,

    Plaintiff,

v.                                     Case No. 1:25-cv-00591-LF-JFR

BOARD OF EDUCATION FOR
ALBUQUERQUE PUBLIC SCHOOLS,

    Defendant.

## **ORDER SETTING TRIAL-SCHEDULING CONFERENCE**

    This matter comes before the Court *sua sponte*.   Having reviewed the record, the Court will set this case for a telephonic trial-scheduling conference on **Wednesday, December 16, 2026**, at **10:30 a.m. MST**.   The parties should be prepared to discuss scheduling the trial and other pre-trial hearings.   Counsel shall call my Webex toll-free conference line at 1-855-244-8681 and dial access code 2309-652-8911 to be joined to the proceedings.   When prompted for an Attendee ID number, press #.   There may be a short wait before you are prompted for the Attendee ID number.

    IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge